JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823),
mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016),
chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendants BMW Financial Services NA, LLC, and Asset Acquisition Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SALAMI; AUGUST GALARAGA,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BMW FINANCIAL SERVICES NA, LLC; ASSET ACQUISITION GROUP, LLC; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.  CV12-1754-LB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

GOOD CAUSE APPEARING, Defendants shall have up to and including June 1, 2012 to answer, move or otherwise to respond to the Complaint filed in this matter.

IT IS SO ORDERED.

Dated: April 19, 2012

_____
United States District Court Judge