JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823),
mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016),
chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendants BMW FINANCIAL SERVICES NA,
LLC, and ASSET ACQUISITION GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SALIMI; AUGUST GALARAGA,<br><br>              Plaintiffs,<br><br>      v.<br><br>BMW FINANCIAL SERVICES NA, LLC; ASSET ACQUISITION GROUP, LLC; and DOES 1-50, inclusive,<br><br>           Defendants. | CASE NO.     3:12-cv-1754 JSW<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:          September 28, 2012<br>Time:          1:30 p.m.<br>Courtroom:   11, 19th Floor<br>Judge:         Honorable Jeffrey S. White<br><br>Complaint Filed: February 27, 2012<br>Trial Date:     None |

THE COURT having reviewed the Stipulation to Continue the Case Management Conference, and good cause having been shown, hereby

ORDERS that the Case Management Conference currently scheduled for August 24, 2012, is hereby vacated and rescheduled to September 28, 2012, at 1:30 p.m.

Dated: August 9, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

PRINTED ON
RECYCLED PAPER
SF 1373916v1