**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD SALIMI and AUGUST GALARAGA,

    Plaintiffs,

  v.

BMW FINANCIAL SERVICES NA, LLC and ASSET ACQUISITION GROUP, LLC,

    Defendants.

No. C 12-01754 JSW

**AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has reviewed the parties joint case management statement. In their joint statement, the parties fail to propose a date for a motion for class certification. Therefore the Court HEREBY CONTINUES the case management conference to October 5, 2012 at 1:30 p.m. By no later than September 28, 2012, the parties shall submit a revised joint case management statement in which they propose the above deadline.

**IT IS SO ORDERED.**

Dated: September 25, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE