IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD SALIMI and AUGUST GALARAGA,

    Plaintiffs,

  v.

BMW FINANCIAL SERVICES NA, LLC and ASSET ACQUISITION GROUP, LLC,

    Defendants.

No. C 12-01754 JSW

**SECOND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Due to the parties' failure to propose a date for a motion for class certification, the Court had continued the case management conference and directed the parties to submit a revised joint case management statement in which they proposed such a date. The parties failed to file a revised joint case management statement. Accordingly, the Court HEREBY CONTINUES the case management conference to October 26, 2012 at 1:30 p.m. **By no later than October 19, 2012, the parties shall submit a revised joint case management statement in which they propose a deadline by which Plaintiffs shall file a motion for class certification.** The Court admonishes the parties that the failure to comply with this Order shall result in sanctions being issued.

    **IT IS SO ORDERED.**

Dated: October 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE