1   JEFFER MANGELS BUTLER & MITCHELL LLP
    MICHAEL J. HASSEN (Bar No. 124823),
2   mjh@jmbm.com
    CHRISTOPHER H. DOYLE (Bar No. 190016),
3   chd@jmbm.com
    Two Embarcadero Center, Fifth Floor
4   San Francisco, California 94111-3813
    Telephone:    (415) 398-8080
5   Facsimile:    (415) 398-5584

6   Attorneys for Defendants BMW FINANCIAL SERVICES NA,
    LLC, and ASSET ACQUISITION GROUP, LLC

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  MOHAMMAD SALIMI; AUGUST            CASE NO.    3:12-cv-1754 JSW
    GALARAGA,
12                                     **ORDER GRANTING REQUEST TO CONTINUE
                 Plaintiffs,           CASE MANAGEMENT CONFERENCE**
13
          v.                           Date:       October 26, 2012
14                                     Time:       1:30 p.m.
    BMW FINANCIAL SERVICES NA, LLC;    Courtroom:  11, 19th Floor
15  ASSET ACQUISITION GROUP, LLC; and  Judge:      Honorable Jeffrey S. White
    DOES 1-50, inclusive,
16
                 Defendants.           Complaint Filed: February 27, 2012
17                                     Trial Date:    None

18

19          THE COURT having reviewed the Request to Continue the Case Management

20  Conference, and good cause having been shown, hereby

21          ORDERS that the Case Management Conference currently scheduled for October 26,
                        January 18, 2013 at 1:30 p.m.  The Court FURTHER
22  2012, is hereby vacated and rescheduled to _____, at 1:30 p.m.
    ORDERS that the parties exchange their initial disclosures by October 16, 2012 and Defendant shall
23  produce a witness for a Rule 30(b)(6) deposition before December 10, 2012.

24  Dated: October 15, 2012          _____
                                     _____
25                                   HONORABLE JEFFREY S. WHITE
                                     UNITED STATES DISTRICT COURT JUDGE
26

27

28

PRINTED ON

RECYCLED PAPER
SF 1398637v1