KEMN ITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER (SBN#066401)
NANCY BARRON (SBN# 099278)
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
bryan@kbklegal.com
nancy@kbklegal.com

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (SBN# 90858)
NANCE F. BECKER (SBN# 99292)
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599
nance@chavezgertler.com
christian@chavezgertler.com

Attorneys for Plaintiffs
and the Proposed Class

JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823)
CHRISTOPHER H. DOYLE (Bar No. 190016)
Two Embarcadero Center, 5th fl.
San Francisco, CA 94111-3813
Telephone (415) 398-8080
mhassen@jmbm.com
cdoyle@jmbm.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMMAD SALIMI; AUGUST GALARGA,<br><br>Plaintiff,<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC; ASSET ACQUISITION GROUP, LLC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:12-cv-1754 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE COURT-ASSIGNED MEDIATOR AND PROCEED WITH SCHEDULED JAMS MEDIATION** |

1  WHEREAS on November 6, 2012, the Court assigned this matter to the Court's ADR
2  mediation program;
3  WHEREAS the parties had previously agreed to pursue private mediation with JAMS;
4  WHEREAS the parties had scheduled a mediation with the Honorable Ronald Sabraw
5  (Ret.) on January 15, 2013;
6  WHEREAS the parties have discussed this issue with Sharon O'Grady, the mediator
7  appointed pursuant to the Court's ADR mediation program;
8  WHEREAS the parties believe that Judge Sabraw's prior experience mediating similar
9  cases will be very helpful in this matter;
10  WHEREAS the parties desire to proceed with the mediation with Judge Sabraw on
11  January 15, 2013;
12  WHEREAS Ms. O'Grady has no objection to the parties' utilizing Judge Sabraw for
13  the mediation;
14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND
15  AMONG THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:
16  1.  The Court's Order of November 6, 2012 assigning this matter to the Court's
17  ADR mediation program shall be vacated; and
18  2.  The parties shall proceed with their scheduled mediation with Judge Sabraw
19  (Ret.) on January 15, 2013.

20  Dated: December 13, 2012          CHAVEZ & GERTLER LLP
21                                    KEMNITZER, BARRON & KRIEG LLP
22                                          /s/ Mark A. Chavez
23                              By:   Mark A. Chavez
                                      Counsel for Plaintiffs
24

25                                    JEFFER MANGELS BUTLER & MITCHELL LLP
26  Dated: December 13, 2012                /s/ Michael J. Hassen
27                              By:   Michael J. Hassen
                                      Counsel for Defendants
28

1     **IT IS SO ORDERED**

2

3  Dated: December __14__, 2012

                                                       _____

4                                                        HON. JEFFREY S. WHITE

5                                                        United States District Court