KEMNITZER, BARRON & KRIEG LLP
BRYAN KEMNITZER (Bar No. 066401)
NANCY BARRON (Bar No. 099278)
445 Bush St., 6th fl.
San Francisco, CA 94108
Telephone (415) 632-1900
bryan@kbklegal.com
nancy@kbklegal.com

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 090858)
NANCE F. BECKER (Bar No. 099292)
42 Miller Ave.
Mill Valley, CA 94941
Telephone (415) 381-5599
mark@chavezgertler.com
nance@chavezgertler.com

JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823)
CHRISTOPHER H. DOYLE (Bar No. 190016)
Two Embarcadero Center, 5th fl.
San Francisco, CA 94111-3813
Telephone (415) 398-8080
mhassen@jmbm.com
cdoyle@jmbm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SALIMI and AUGUST GALARAGA, <br><br> Plaintiff(s), <br><br> vs. <br><br> BMW FINANCIAL SERVICES NA, LLC; and ASSET ACQUISITION GROUP, LLC; <br><br> Defendant(s). | Case Number: C 12-01754 JSW <br><br> [PROPOSED] CASE MANAGEMENT ORDER <br><br> Date: Feb. 15, 2013 <br> Time: 1:30 p.m. <br> Dept: Courtroom 11, 19th fl. <br> Hon. Jeffery S. White <br><br> Complaint filed: Feb. 27, 2012 <br> Trial date: None set |

[PROPOSED] CASE MANAGEMENT ORDER, *SALIMI V BMW FINANCIAL*, PAGE 1 OF 2

1  The Court, having reviewed the stipulation of the parties, and good cause appearing, it
2  is hereby ORDERED that the Case management Conference currently scheduled in this
3  matter for February 15, 2013 is continued to April 12, 2013 at 1:30 p.m.

Dated February  11    , 2013

_____
HON. JEFFREY S. WHITE
United States District Court