KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER (SBN#066401)
NANCY BARRON (SBN# 099278)
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
bryan@kbklegal.com
nancy@kbklegal.com

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (SBN# 90858)
NANCE F. BECKER (SBN# 99292)
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599
nance@chavezgertler.com
christian@chavezgertler.com

Attorneys for Plaintiffs
and the Proposed Class

JEFFER MANGELS BUTLER & MITCHELL LLP
Michael J. Hassen (Bar No. 124823)
Christopher H. Doyle (Bar No. 190016)
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
mjh@jmbm.com
chd@jmbm.com

Attorneys for the Defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SALIMI; AUGUST GALARGA, <br><br> Plaintiff, <br><br> vs. <br><br> BMW FINANCIAL SERVICES NA, LLC; ASSET ACQUISITION GROUP, LLC; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:12-cv-1754 JSW <br><br> **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: May 10, 2013 <br> Time: 1:30 p.m. <br> Dept.: Courtroom 11, 19th fl. <br> Hon. Jeffery S. White <br><br> Complaint filed: Feb. 27, 2012 <br> Trial date: None set |

The Court, having considered the Parties Stipulation to Continue Case Management Conference and good cause appearing therefore, the Court hereby ORDERS as follows:

1. The Case Management Conference is continued to June 21, 2013, at 1:30 p.m. in Courtroom 11, 19th Floor.
2. The Parties shall file a Joint Case Management Conference Statement at least one week prior to the conference.

**IT IS SO ORDERED.**

Date: May 2_, 2013     _____
                      THE HONORABLE JEFFREY S. WHITE
                      UNITED STATE DISTRICT JUDGE