|   |   |
|---|---|
| 1 | KEMNITZER, BARRON & KRIEG LLP |
| 2 | BRYAN KEMNITZER (Bar No. 066401)<br>NANCY BARRON (Bar No. 099278) |

KEMNITZER, BARRON & KRIEG LLP
BRYAN KEMNITZER (Bar No. 066401)
NANCY BARRON (Bar No. 099278)
445 Bush St., 6th fl.
San Francisco, CA 94108
Telephone (415) 632-1900
bryan@kbklegal.com
nancy@kbklegal.com

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 090858)
NANCE F. BECKER (Bar No. 099292)
42 Miller Ave.
Mill Valley, CA 94941
Telephone (415) 381-5599
mark@chavezgertler.com
nance@chavezgertler.com

JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823)
CHRISTOPHER H. DOYLE (Bar No. 190016)
Two Embarcadero Center, 5th fl.
San Francisco, CA 94111-3813
Telephone (415) 398-8080
mhassen@jmbm.com
cdoyle@jmbm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MOHAMMED SALIMI and AUGUST GALARAGA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC; and ASSET ACQUISITION GROUP, LLC;<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 12-01754 JSW<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER<br><br>Date: September 27, 2013<br>Time: 1:30 p.m.<br>Dept:  Courtroom 11, 19th fl.<br>Hon. Jeffery S. White<br><br>Complaint filed:  Feb. 27, 2012<br>Trial date:  None set |
|---|---|---|

Joint Supplemental CMC Statement, *Salimi v BMW Financial,* Page **1** of **2**

1  The parties have finally reached agreement on the terms of a written settlement
2  agreement and the exhibits thereto. The parties are in the process of executing the
3  agreement. Plaintiffs expect to file a motion for preliminary approval shortly after receiving
4  the executed agreement from Defendant.

Dated: September 17, 2013   CHAVEZ & GERTLER LLP

KEMNITZER, BARRON & KRIEG LLP

By   *Mark A. Chavez*

Mark A. Chavez
Counsel for Plaintiffs

JEFFER MANGELS BUTLER & MITCHELL LLP

Dated: September 17, 2013   By   *Michael J. Hassen*

Michael J. Hassen
Counsel for Defendants

The Court HEREBY CONTINUES the case management conference to November 8, 2013 at 1:30 p.m. If Plaintiffs file a motion for preliminary approval by November 1, 2013, the case management conference will be vacated.

Dated: September 23, 2013

*[Signature: Jeffrey S. White]*
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA