KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER      Bar No. 066401
NANCY BARRON          Bar No. 099278
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
bryan@kbklegal.com
nancy@kbklegal.com

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ       Bar No. 090858
NANCE F. BECKER      Bar No. 099292
DAN L. GILDOR        Bar No. 223027
42 Miller Ave.
Mill Valley, CA  94941
Telephone:  (415) 381-5599
Facsimile:  (415) 381-5572
nance@chavezgertler.com
christian@chavezgertler.com

Attorneys for Plaintiffs and the proposed class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SALIMI; AUGUST GALARAGA, ALVIN LEUNG, and VELIA SERRANO,<br><br>Plaintiffs,<br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC; ASSET ACQUISITION GROUP, LLC; and DOES 1-50, inclusive,<br><br>Defendants | Case No. 3:12-cv-1754 JSW<br><br>CLASS ACTION<br><br>**DECLARATION OF BRYAN KEMNITZER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: January 24, 2014<br>Time: 9:00 a.m.<br>Dept: Courtroom 11, 19th Floor<br>Hon. Jeffery S. White |

Declaration of Bryan Kemnitzer in Support of Motion for Preliminary Approval of Class Action Settlement
1

I, BRYAN KEMNITZER, declare:

1. I am an attorney licensed to practice law in all of the courts of the State of California including the court in which this action is pending. Our law firm, Kemnitzer, Barron, & Krieg, LLP, along with the firm of Chavez and Gertler, LLP was retained by the Plaintiffs in this litigation. I have personal knowledge of the information stated below, based upon my knowledge of the facts and review of the file, and I am competent to testify thereto.

2. The facts and procedural history stated in the accompanying memorandum in support of this motion are accurate to the best of my knowledge based upon my review of the file, discussions with opposing counsel and co-counsel, and my personal communications with counsel.

### I. MEDIATION

3. The parties first mediated this case before the Hon. Ronald M. Sabraw of JAMS on January 15, 2013. After the mediation, the parties received Judge Sabraw's January 16, 2013 detailed email setting forth the terms of the tentative class settlement. On behalf of Salimi and the class, counsel negotiated the resolution based upon representations by BMW FINANCIAL SERVICES NA, LLC (hereinafter "BMW FINANCIAL SERVICES") regarding the class statistical information.

### II. ISSUES ARISING AFTER MEDIATION

4. Pursuant to the settlement BMW FINANCIAL SERVICES was to reacquire all sold accounts and cease all collection efforts. Plaintiffs' counsel believed that would take place immediately. After the mediation we were contacted by a putative class member, Cody King, who provided us evidence that downstream debt collectors were continuing to contact class members and demanding separate settlements and/or some sort of loan modification from them.

5. In addition, class members were being sued by downstream debt collectors. On February 15, 2013 I was contacted by a putative class member Velia Serrano. A company, Persolve, LLC dba Account Resolution Associates, had filed a case against Velia Serrano in Orange County Superior Court of February 7, 2013. As a result of being contacted by Velia Serrano, we filed an answer and class action cross-complaint in the case of *Persolve v. Serrano,* Orange County Superior Court Case No. 30-2013-00629313-CL-CL-CJC. In addition, Plaintiffs' counsel obtained information that other entities purchased BMW FINANCIAL SERVICES class member deficiency accounts.

6. After filing the class action cross-complaint in the Serrano case on March 13, 2013 the class statistical information from BMW FINANCIAL SERVICES changed substantially. The discrepancies in the class statistical information provided by BMW FINANCIAL SERVICES are outlined in the below chart:

|  | Statistical information given at January 15, 2013 mediation | Statistical information given after filing of Serrano cross-complaint |  |
|---|---|---|---|
| Class Members: | 5,250 | 5,178 |  |
| Outstanding Deficiencies: | approximately $35,000,000.00 | approximately $52,000,000.00 | 48.6% increase |
| Amount Collected from Class Members on Deficiency Balances: | approximately $600,000.00 | approximately $2,000,000.00 | 233% increase |

### III.   FURTHER MEDIATION AND UPDATED CLASS INFORMATION

7. As a result of the Cody King matter, the Velia Serrano matter, and the discrepancies regarding the class statistical information, Plaintiffs believed it was appropriate to renegotiate the terms of the settlement. With that in mind, the parties continued to discuss the details of a

Settlement Agreement and Release regarding the language so that the matter could be submitted to the court for preliminary approval.

8. The parties participated in a second mediation with Judge Sabraw on June 18, 2013, and thereafter continued to negotiate the final terms of settlement. Based upon the declaration of Chris Chadwick, the manager for recovery processing for BMW, dated June 27, 2013, the current class statistical information is as follows:

    (a) There are 5,178 individuals who meet the criteria definition of the proposed class,

    (b) of those individuals, 636 have paid all or a portion of the deficiency balance to BMW FINANCIAL SERVICES,

    (c) BMW FINANCIAL SERVICES collected approximately $2,088,202.43 in deficiency balances of $3,698,334.61 from those individuals,

    (d) the total amount owed to BMW FINANCIAL SERVICES by these proposed class members, i.e. the outstanding deficiency is $50,924,483.33.

9. Pursuant to the Declaration of Chris Chadwick, attached hereto as **Exhibit A**, the class statistical information set forth above includes 56 class members who paid $154,221.79 to accounts that BMW FINANCIAL SERVICES sold and then reacquired from third parties.

10. As contemplated by the Settlement Agreement, Plaintiffs have filed an amended complaint naming Velia Serrano as a class representative. The amended complaint was filed on October 24, 2013.

11. Based upon my experiences set forth herein and on my former experience with BMW FINANCIAL SERVICES, and its various related entities and on my experience in this particular action, I believe the result for this class is fair and reasonable and this settlement should merit the court's approval.

///

## IV. BACKGROUND IN SUPPORT OF OPINION

12. I graduated from Stanford University with a B.A. in 1972, and from the University of the Pacific, McGeorge School of Law with a J.D. in 1975. I was admitted to the California Bar in 1975. I am rated "AV" in Martindale-Hubbell. I have been a civil litigator for more than thirty years. I have tried numerous jury cases to judgment and I have served as an arbitrator and judge *pro tem*. I have tried a class action to judgment, obtaining classwide relief.

13. Our law firm specializes in consumer litigation. The vast majority of our law practice is representing consumers who have disputes with automobile manufacturers, auto dealers and auto finance lenders. In addition to handling a large number of these types of cases at the pre-trial and trial level, we have also done significant work in this area in the California appellate courts.

14. Throughout my career, I have been actively involved in a number of organizations seeking to promote the interests of consumers through public interest litigation. For several years, I was a member of the Board of Directors of the San Francisco Lawyer Referral Service Association. I have been a member of the Board of Governors of the Consumer Attorneys of California (formerly California Trial Lawyers Association) since 1999. I am a member of the National Association of Consumer Advocates, a non-profit corporation formed in response to the belief that an organization of private and public sector attorneys, legal services attorneys, law professors and students, whose primary practice or interests involve the protection and representation of consumers, was needed. Its mission is to promote justice for all consumers by maintaining a forum for information sharing among consumer advocates across the country and to serve as a voice for its members as well as consumers in the ongoing struggle to curb unfair and abusive business practices.

15. Our law firm Kemnitzer, Barron & Krieg, LLP specializes in consumer litigation. Our law practice is focused on representing consumers who have disputes with automobile manufacturers, auto dealers and auto finance lenders. In addition to handling a large number of these types of cases at the pre-trial and trial level, we have also done significant work in this area in the California appellate courts. The reported cases in which lawyers from our firm have been involved include the following:

1. *Ibrahim v. Ford Motor Co.* (1989) 214 Cal.App.3d 878 (Song-Beverly Act)
2. *Kwan v. Mercedes-Benz* (1994) 23 Cal.App.4th 174 (Song-Beverly Act)
3. *Jensen v. BMW of North America* (1995) 36 Cal.App.4th 112 (Song-Beverly Act)
4. *Music Acceptance v. Lofing* (1995) 32 Cal.App.4th 61 (Song-Beverly Act)
5. *Bank of America v. Lallana* (1998) 19 Cal.4th 203 (Rees-Levering Act and Comm. Code)
6. *Damian v. Tamondong* (1998) 65 Cal.App.4th 1115 (Rees-Levering Act)
7. *Joseph v. J.J. MacIntyre* (2002) 238 F. Supp.2d 1158 (Fair Debt Collection)
8. *Gutierrez v Autowest Dodge* (2003) 114 Cal.App.4th 77 (Consumer Arbitration)
9. *Joseph v. J.J. MacIntyre* (2003) 281 F. Supp.2d 1156 (Fair Debt Collection)
10. *Graham v. DaimlerChrysler* (2004) 34 Cal.4th 553 (Private Attorney General Fees)
11. *Fireside Bank v. Superior Court* (2007) 40 Cal.4th 1069 (Rees-Levering Class Action)
12. *Juarez v. Arcadia Financial Ltd.* (2007) 152 Cal.App.4th 889 (Rees-Levering)
13. *Pintos v. Pacific Creditors Association* (2009) WL 1151820 (C.A.9 Cal) (Fair Debt Collection)
14. *Arguelles v. Americredit Financial Services* (2010) 184 Cal.App.4th 825 (Consumer Arbitration)

16. Nancy Barron and I have been class counsel in the following consumer class action cases, among others:

1. *Ahsan v. Valencia Dodge*, Civil No. 307512 (San Francisco Superior Court)
2. *Asabi v. Santander Consumer USA Inc. dba Drive Financial Services*, Civil No. RG09443628 (Alameda Superior Court)
3. *Arguelles-Romero, et al. v. Americredit Financial Services, Inc.*, Civil No. BC410509 (Los Angeles Superior Court)
4. *Assett Acceptance Corporation v. Niumalelega*, Civil No. 03-424751 (San Francisco Superior Court)

...

5. *Bang and Johnson v. United States Fidelity and Guaranty Co., et al.*, Civil No. RG06273805 (Alameda County Superior Court)
6. *Bank of Stockton v. Tolentino, et al.*, Civil No. CV 160904 (Santa Cruz Superior Court)
7. *Bryan v. Franklin Capital Corp.*, Civil No. BC 340574 (Los Angeles Superior Court)
8. *Cooperrider v. First Metropolitan Credit Union*, Civil No. BC321978 (Alameda County Superior Court)
9. *Cross v. Ford Motor Company*, Civil No. BC281465 (Los Angeles Superior Court)
10. *Croxton v. Ford Motor Company*, Civil No. MSC02-02311 (Contra Costa Superior Court)
11. *Dadian v Westlake Services, Inc.*, Civil No. BC322765 (Los Angeles Superior Court)
12. *DaimlerChrysler Financial Services Americas LLC v. Pryer, et al.*, Civil No. RIC 470466 (Riverside Superior Court)
13. *Davis v. Volvo Finance North America*, Civil No. 03AS00938 (Sacramento Superior Court)
14. *Dawson v. Honda Financial Services*, Civil No. RG 09443611 (Alameda Superior Court)
15. *DePaula v Green Tree Servicing LLC*, Civil No. BC322375 (Los Angeles Superior Court)
16. *Dilsworth v Kia Motors of America*, Civil No. H 219121-0 (Alameda County Superior Court)
17. *Estrada v. Beneficial California*, Civil No. CV785139 (Santa Clara Superior Court)
18. *Ford Motor Credit Co. v. O'Neal, et al.*, Civil No. 37-2007-00077225-CL-CL-SC (San Diego Superior Court)
19. *Foster v. Repossess Auto Sales, et al.*, Civil No. BC 386112 (Los Angeles Superior Court)
20. *Friedrichs v. BMW Financial Services*, U.S.D.C. C08-4486 PJH (Northern District of California)
21. *Gitti v. Mercedes Benz Credit*, Civil No. BC359251 (Los Angeles County Superior Court)
22. *Gonzalez v. Hayward Dodge*, Civil No. H208451-4 (Alameda Superior Court)
23. *Graham v. DaimlerChrysler*, Civil No. BC215624 (Los Angeles County Superior Court)
24. *Guillermo v. RLB, Inc.*, Civil No. 12878 (Solano Superior Court)
25. *Gutierrez v. Auto West, Inc.*, Civil No. 317755 (San Francisco Superior Court)
26. *Harrell v US Bancorp*, Civil No. BC324881 (Los Angeles Superior Court)
27. *Lanier v. Infiniti Financial Services*, Civil No. BC359250 (Los Angeles Superior Court)
28. *Leon v. Chase Chevrolet*, Civil No. CV 004173 (San Joaquin Superior Court)
29. *Levasseur v. Westlake Motors*, Civil No. 998204 (San Francisco Superior Court)

Declaration of Bryan Kemnitzer in Support of Motion for Preliminary Approval of Class Action Settlement
7

30. *Liedorff v. Centerone Financial Services LLC*, U.S.D.C. C 08-5455 MHP (Northern District of California)
31. *Lobel Financial Auto Cases*, JCCP No. 4563 (Sacramento Superior Court)
32. *Macias v General Motors*, Civil No. 223837 (Ventura County Superior Court)
33. *Macias v. Allan Motor Company*, Civil No. RG03114711 (Alameda Superior Court)
34. *McCoy, et al. v. Alliant Credit Union*, Civil No. RG 09-444283 (Alameda Superior Court)
35. *Meza v. ACC Consumer Finance LLC*, Civil No. RG094558893 (Alameda Superior Court)
36. *Meyer v. First City Credit Union*, Civil No. BC386098 (Los Angeles Superior Court)
37. *Mohammadi v. Chuck Obershaw Toyota*, Civil No. 998205 (San Francisco Superior Court)
38. *Morrison v. Credit Acceptance Corp.* No. C 10-00549 PHJ (N.D. California)
39. *Murillo v. All Building*, Civil No. 01044014 (Santa Barbara Superior)
40. *Nguyen v AT&T Wireless Services, Inc.*, Civil No. 03AS06083 (Sacramento Superior Court)
41. *Novo Gradac v Lithia Motors, Inc.*, Civil No. CO2-03574 (Contra Costa County Superior Court)
42. *Orizabal v. LBS Financial Credit Union*, Civil No. (Los Angeles Superior Court)
43. *Peña v. Modesto Toyota*, Civil No. 991606 (San Francisco Superior Court)
44. *Peraza v. Nissan Motor Acceptance Corporation*, Civil No. BC 201048 (Los Angeles Superior Court)
45. *Ralston v Wells Fargo Bank*, Civil No. CGC04433286 (San Francisco Superior Court)
46. *Ruiz v. Credit Acceptance Corp.*, Civil No. BC 193888 (Los Angeles Superior Court)
47. *Safe Credit Union v. Martin, et al.*, Civil No. 06AM05906 (Sacramento Superior Court)
48. *Salazar v. 1st Pacific Credit Union*, Civil No. 06AS01213 (Sacramento Superior Court)
49. *Santos v. Meriwest Credit Union*, Civil No. RG09480463 (Alameda Superior Court)
50. *Serrano v. Chase Chrysler Plymouth*, Civil No. CV 007771 (San Joaquin Superior Court)
51. *Stephens v. Bay Federal Credit Union*, Civil No. CGC-08-478197 (San Francisco Superior Court)
52. *Tolentino v. Bank of Stockton*, Civil No. CV 160904 (Santa Cruz Superior Court)
53. *Tamayo v. Brainstorm*, Civil No. C01-20386 JF (RS) (USDC-NDC)
54. *The Best Service Co. v. Skehan*, Civil No. CGC01192657 (San Francisco Superior Court)
55. *Villalpando v. South Bay Toyota*, Civil No. 306599 (San Francisco Superior

    Court)
56. *Vitcov v. General Motors*, Civil No. BC 179634 (Los Angeles Superior Court)
57. *Warsinske v Bank of America*, Civil No. 04-432072 (San Francisco Superior Court) (JCCP4378 – Los Angeles Superior Court)
58. *Wiggins v. Heritage Community Credit Union*, Civil No. 05AS02705 (Sacramento Superior Court)
59. *Willoughby v. DT Credit Corporation*, Civil No. BC336262 (Los Angeles Superior Court)
60. *Wimberly v. Triad Financial Corporation*, Civil No. 30-2008-00059511 (Orange County Superior Court)
61. *Yeh v. Nissan Motor Acceptance Corporation*, Civil No. 768021 (Santa Clara Superior Court)

17. Additional qualifications will be presented at the time of the Final Approval Hearing, in support of Plaintiff's fee motion. This information is submitted at this time to support my position that, based upon our extensive collective experience, I believe this settlement to be fair and reasonable.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this Declaration is executed on October 30, 2013, at San Francisco, California.

_____
BRYAN KEMNITZER

# EXHIBIT A

# EXHIBIT A

```
1
2  JEFFER MENGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN        Bar No. 124823
3  mjh@jmbm.com
   CHRISTOPHER H. DOYLE     Bar No. 190016
4  chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
5  San Francisco, CA 94111-3813
   Telephone: (415) 398-8080
6  Facsimile: (415) 398-5584
7
   Attorneys for Defendants BMW FINANCIAL SERVICES NA, LLC, ALPHERA FINANCIAL
8  SERVICES, MINI FINANCIAL SERVICES, ROLLS-ROYCE MOTOR CARS FINANCIAL
   SERVICES, ASSET ACQUISITION GROUP, LLC, and INVESTMENT RETRIEVERS, INC.
9
10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13
14
   MOHAMMAD SALIMI; AUGUSTO          Case No. C12-01754 JSW
15 GALARAGA; AND ALVIN LEUNG
                                     CLASS ACTION
16 PLAINTIFFS,
17 VS.                               DECLARATION CHRIS CHADWICK
                                     IN SUPPORT OF MOTION FOR AN
18 BMW FINANCIAL SERVICES NA, LLC;   ORDER PRELIMINARILY
   ALPHERA FINANCIAL SERVICES; MINI  CERTIFYING A SETTLEMENT CLASS
19 FINANCIAL SERVICES; ROLLS-ROYCE   AND PRELIMINARLY APPROVING A
   MOTOR CARS FINANCIAL SERVICES;    SETTLEMENT
20 ASSET ACQUISITION GROUP, LLC;
   INVESTMENT RETRIEVERS, INC.; AND  Unlimited Civil Case
21 DOES 1-50, INCLUSIVE,
22 DEFENDANTS
23
24
25 I, Chris Chadwick, declare:

26 1.    I am Manager, Recovery Processing of Defendant BMW FINANCIAL SERVICES NA,
27 LLC. I have personal knowledge of the facts stated herein, and if called as a witness, could
28 testify competently to the truth of these facts.
```

2.  In my position as Manager, Recovery Processing, I have access to BMW FINANCIAL SERVICES NA, LLC's databases containing repossession dates, including the mailing dates of Notices of Intent to Dispose of Motor Vehicle ("NOI") sent following vehicle repossessions, and related deficiency balance and payment information.

3.  Financial data concerning BMW FINANCIAL SERVICES NA, LLC's customer accounts is collected, stored, and maintained in electronic format in an internal database. Financial data of BMW FINANCIAL SERVICES NA, LLC California customers is maintained on the database and can be searched using defined search criteria ("query").

4.  I also directed members of BMW FINANCIAL SERVICES NA, LLC to draft the appropriate queries necessary to identify the BMW FINANCIAL SERVICES NA, LLC California customers that fall within the following class definition:

The class is composed of all persons:

(1) who purchased a motor vehicle and, as part of that transaction, entered into an agreement subject to California's Rees-Levering Automobile Sales Finance Act, Civil Code §2981, *et seq.*;

(2) whose motor vehicle was repossessed or voluntarily surrendered;

(3) who was issued an NOI by BMW FINANCIAL SERVICES NA, LLC, ALPHERA FINANCIAL SERVICES, MINI FINANCIAL SERVICES, or ROLLS ROYCE MOTORCAR FINANCIAL SERVICES at any time from September 6, 2008 to January 15, 2013; and

(4) against whose account a deficiency balance was assessed.

The database was searched over the course of several months in accordance with the parameters of the class definition set forth above, and produced the following information, last updated June 18, 2013:

(a) There are 5178 individuals who meet the criteria definition of the proposed class,

(b) of those individuals, 636 have paid all or a portion of the deficiency balance to BMW FINANCIAL SERVICES NA, LLC,

(c) BMW FINANCIAL SERVICES NA, LLC collected approximately $2,088,202.43 on deficiency balances of $3,698,334.61 from those individuals,

(d) The total amount owed to BMW FINANCIAL SERVICES NA, LLC by these proposed class members, i.e. the outstanding deficiency is $50,924,483.33.

5. BMW FINANCIAL SERVICES NA, LLC sold or transferred to third parties 763 class member accounts after deficiencies were assessed.

6. BMW FINANCIAL SERVICES NA, LLC has repurchased all of the accounts it sold and reacquired all of the accounts it transferred to third parties. BMW FINANCIAL SERVICES NA, LLC has determined that 56 class members paid $154,221.79 on all such accounts.

7. BMW FINANCIAL SERVICES NA, LLC stopped sending the Post Repossession Worksheet attached as **Exhibit 1** in July 2012. BMW FINANCIAL SERVICES NA, LLC ceased all collection activities on the individuals identified as class members in paragraph 5 above.

8. In sum, BMW FINANCIAL SERVICES NA, LLC determined the class statistical information regarding the number of class members, the total deficiencies, and the amounts collected on each of the class member accounts.

9. I contacted the entities that purchased the deficiency accounts and informed them that BMW FINANCIAL SERVICES NA, LLC would be repurchasing all of the accounts. I asked the entities to provide me with the total amount of deficiencies collected from each class member.

10. Each entity electronically transferred me the information regarding amounts collected from each class member.

1
2   I declare under penalty of perjury under the laws of the State of California that the
3   foregoing is true and correct and this declaration is executed 27TH June, 2013, in Hilliard, Ohio.
4
5
6
7   By: _____
    Chris Chadwick
8   Manager, Recovery Processing
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

**BMW Financial Services**
**Post Repossession Worksheet** 

Please fill out this form completely. Please sign and fax this form back to (866) 280-3510 ATTN: REPOSSESSION UNIT, along with your current insurance policy's declaration page and proof of income from the year in which you financed the car. All documents must be received before we will review your account for reinstatement. Examples of proof of income include, W2, tax returns, or pay stubs. Please call our office (1-800-398-3039) after 48 hours of remitting this form and your insurance and income information.

**Main Signer:**                                                                 Account Number: 1000217089

Name: MOHAMMAD ALI SALIMI

**RESIDENTIAL INFORMATION**

Street: 10530 Wilshire Blvd. #404   City: Los Angeles   State: CA   Zip: 90024
Residence Phone: 424-832-3384   Cell Number: _____   E-mail: alixalisalimi.com

**EMPLOYMENT INFORMATION**

Employer: Connell Wood Chevron   Employment Phone: 310-498-7578   Pager Number: _____
Street: 35 E. Union St. Pasadena, CA   City: PASADENA   State: CA   Zip: 91103

**Additional Signer:**

Name: _____

**RESIDENTIAL INFORMATION**

Street: _____ City: _____ State: ___ Zip: ___
Residence Phone: _____ Cell Number: _____ E-mail: _____

**EMPLOYMENT INFORMATION**

Employer: _____ Employment Number: _____ Pager Number: _____
Street: _____ City: _____ State: ___ Zip: ___

**INSURANCE INFORMATION**

Insurance Company: GEICO                   Phone: 800-841-3000
Agent Name: _____                          Agent Phone: _____
Policy #: 4084-36-97-97                     Effective Dates: 2-28-09 to 8-28-09

**PERSONAL REFERENCES**

Name: Nona Bagheri   Address: 5491 Lakeside Dr. #2904 ATL, GA 30326   Phone: 770-222-8575
Name: Jamie Kim     Address: 10400 Wilshire Blvd #500 LA, CA 90015   Phone: 310-627-3940
Name: Jim Davari    Address: 1212 McClellan Dr. #82 LA, CA 90025     Phone: 404-754-3056

**VEHICLE INFORMATION**

Make: BMW   Model: 323i   Color: Black
Estimated Mileage: 37,000   Registration Current? (Y) or N   Plate: _____
Main Signer: [signature]   Date: 3/13/09
Additional Signer: _____   Date: _____

Post Repossession Worksheet                    8/26/2008

EXHIBIT 1

PROOF OF SERVICE

Re: *Salimi v. BMW Financial Services, et al.*
USDC-ND Cal. Case No. 3:12-cv-1754 JSW
Alameda County Superior Court Case No. RG12618717

I, Kirill Devyatov, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California. My business address is 445 Bush Street, San Francisco, California 94108.

On October 31, 2013, I served the following:

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM OF POINTS & AUTHORITIES**

**DECLARATION OF NANCY BARRON IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**DECLARATION OF BRYAN KEMNITZER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**[PROPOSED] ORDER CERTIFYING CLASS FOR SETTLEMENT PURPOSES, GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

(VIA ELECTRONIC CASE FILING) I filed electronically the documents listed above, using the above-captioned Court's electronic case filing service. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2013

_____
Kirill Devyatov