# BMW Financial Services

Via first-class mail, postage prepaid

November 11, 2013

**Name**
**Address**
**City, State Zip**

Reference   Loan # / Vehicle Type / Vin #
Date of contract:            Date of repossession:

Subject   Notice of our plan to sell property

Dear            :

BMW Financial Services NA, LLC ("BMW FS") has your 2009 BMW 528i (the "Vehicle") because you broke promises in our agreement.

We will sell the Vehicle at private sale sometime after December 02, 2013. A sale could include a lease or license.

The money we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at (800) 398-3939.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at (800) 398-3939 or write us at 5550 Britton Parkway, Hilliard, Ohio 43026-7456, and request a written explanation.

If you need more information about the sale, call us at (800) 398-3939 or write us at 5550 Britton Parkway, Hilliard, Ohio 43026-7456.

We are sending this notice to the following other people who have an interest in the vehicle or who owe money under your agreement:

You have additional rights under California law. See the NOTICE OF INTENT TO DISPOSE OF REPOSSESSED OR SURRENDERED MOTOR VEHICLE below for a description of these additional rights.

Company
BMW Financial
Services NA, LLC

BMW Group Company

Mailing Address
PO Box 3608
Dublin OH
43016-0306

Office Address
5550 Britton Parkway
Hilliard OH
43026-7456

Telephone
(614) 718-6900

Fax
(800) 820-4269

Western Union
Quick Collect
Code City
BMWOHIO

Internet
bmwusa.com

**EXHIBIT A**

# BMW Financial Services

**Subject** Notice of our plan to sell property
**Date** November 11, 2013
**Page** 2

NOTICE OF INTENT TO DISPOSE OF A REPOSSESSED OR SURRENDERED VEHICLE (CONDITIONAL SALES CONTRACT-CALIFORNIA)

BMW FS intends to dispose of the repossessed or surrendered Vehicle by private sale on or after 20 days from the date this Notice was mailed.  If we have received your written request to extend the redemption and reinstatement periods, we will, without further notice, extend the time for sale by 10 days (see RIGHT TO OBTAIN EXTENSION below).

You can get the Vehicle back in one of two ways: (1) by reinstating the contract; or (2) by redeeming the Vehicle.

## TO REINSTATE THE CONTRACT

You have a conditional right to reinstate the contract.  If the contract is reinstated, you may continue to make payments as provided in the contract.  To reinstate the contract, you must pay to BMW FS the REINSTATEMENT AMOUNT (the amount required to reinstate as of the date of this Notice plus any additional amounts that become due during the reinstatement period) and comply with any  OTHER CONDITIONS listed below within 20 days from the date of mailing of this Notice.  Upon written request, we will extend the reinstatement period for an additional 10 days (see  RIGHT TO OBTAIN EXTENSION below).  You must also make any PAYMENTS TO THIRD PARTIES to recover the vehicle upon reinstatement.

REINSTATEMENT AMOUNT:

Amount required to reinstate as of the date of this Notice:

| | |
|---|---|
| Total Installments Past Due: | |
| Delinquency Fees: | $ |
| Collection Costs: | $ |
| Repossession Costs: | $ |
| Attorney's Fees: | $0.00 |
| Other Charges: | $0.00 |
| REINSTATEMENT AMOUNT | $ |

Additional amounts that may become due during the reinstatement period:

| | | |
|---|---|---|
| Monthly Payment | 11/21/2013 | |
| Late Fee | 12/01/2013 | $ |

EXHIBIT A

# BMW Financial Services

Subject: Notice of our plan to sell property
Date: November 11, 2013
Page: 3

OTHER CONDITIONS:

- You must furnish proof of required insurance with loss-payee endorsement to BMW FS; and

- You will be required to pay amounts to third parties at the time you pick up the Vehicle. See PAYMENTS TO THIRD PARTIES below to learn about the amounts due to third parties.

## TO REDEEM THE VEHICLE

You have the right to redeem (get back) the Vehicle until the scheduled date of sale of the Vehicle, which will be no earlier than the expiration of 20 days after the date this Notice was mailed to you, by paying to BMW FS the REDEMPTION AMOUNT. Upon written request, we will extend the redemption period for an additional 10 days (see RIGHT TO OBTAIN EXTENSION below).

| | |
|---:|---:|
| Unpaid Contract Balance: | $ |
| Delinquency Fees: | $ |
| Collection Costs: | $ |
| Repossession Costs: | $ |
| Attorney's Fees: | $0.00 |
| Other Charges: | $0.00 |
| Credit (estimated unearned finance charges): | $0.00 |
| Credit (estimated canceled insurance refund): | $0.00 |
| REDEMPTION AMOUNT | $ |

The Redemption Amount listed above is the amount required to redeem the Vehicle as of the date of this Notice. You will owe additional finance charges in the amount of $1.50 per day for each day after the date of this Notice until the date of redemption. To learn the exact amount you must pay as of any date during the redemption period, call us at (800) 398-3939.

Credits we receive after the date of this Notice may either be applied to the amount you owe or refunded to you.

You will be required to pay amounts to third parties at the time you pick up the Vehicle. See PAYMENTS TO THIRD PARTIES below to learn about the amounts due to third parties.

**EXHIBIT A**

# BMW Financial Services

Subject  Notice of our plan to sell property
Date  November 11, 2013
Page  4

---
## PAYMENTS TO THIRD PARTIES
---

Before you can pick up the Vehicle you will be required to pay the following fees and charges to third parties.

STORAGE AND HANDLING FEES:

The Vehicle was repossessed on                                    .  A daily vehicle storage fee of $30.00 and a daily personal property storage fee of $15.00 will be charged as of the date of repossession and for each day following the date of repossession, including the date you pick up the Vehicle.

You will also be required to pay a personal property handling fee of $40.00.

CALIFORNIA LAW ENFORCEMENT FEE:

California law requires the payment of a $15 fee to the law enforcement agency in the city/county where the repossession occurred before a repossessed vehicle may be released.  If the Vehicle was repossessed in California, you will be required to pay this fee and present a receipt or proof of payment at the time you pick up the Vehicle.

---
## IMPORTANT INFORMATION
---

PAYMENTS:  The REINSTATEMENT AMOUNT or REDEMPTION AMOUNT must be sent to BMW FS, 5550 Britton Parkway, Hilliard, Ohio 43026-7456. Payment must be in the form of cashier's check, certified check, money order, or wire transfer, payable to "BMW Financial Services NA, LLC."
PAYMENTS TO THIRD PARTIES must be made to the name and address shown in the section titled  VEHICLE RETURN.

RIGHT TO OBTAIN EXTENSION:  Upon written request, BMW FS  will extend for an additional 10 days both the Redemption period and Reinstatement period.  You may request an extension by completing the Extension form at the end of this notice.  Your request must be personally served on us or sent to us by certified or registered mail, return receipt requested, to  BMW FS, 5550 Britton Parkway, Hilliard, Ohio 43026-7456, so that it is received before the expiration of the initial Redemption or Reinstatement period.

VEHICLE RETURN: Upon Redemption or Reinstatement, the Vehicle will be available for pickup at C.A.R.S, 215 S. I St  San Bernardino CA 92410.

**EXHIBIT A**

# BMW Financial Services

Subject: Notice of our plan to sell property
Date: November 11, 2013
Page: 5

RIGHT TO AN ACCOUNTING:  If you do not redeem the Vehicle or reinstate the contract,  BMW FS will dispose of the Vehicle.  Following disposition, we will send you an accounting of the disposition. In addition, upon written request, we will furnish you a written accounting regarding the disposition of the Vehicle as provided in California Civil Code section 2983.2(b). Your request must be made within one year after the disposition of the Vehicle and must be personally served on us or sent to us by first-class mail, postage prepaid, or certified mail, return receipt requested, to  BMW FS 5550 Britton Parkway, Hilliard, Ohio 43026-7456.

NOTICE:  YOU MAY BE SUBJECT TO SUIT AND LIABILITY IF THE AMOUNT OBTAINED UPON DISPOSITION OF THE VEHICLE IS INSUFFICIENT TO PAY THE CONTRACT BALANCE AND ANY OTHER AMOUNTS DUE.

NOTICE:  UPON THE DISPOSITION OF THE MOTOR VEHICLE, YOU WILL BE LIABLE FOR THE DEFICIENCY BALANCE PLUS INTEREST AT THE CONTRACT RATE, OR AT THE LEGAL RATE OF INTEREST PURSUANT TO CALIFORNIA CIVIL CODE SECTION 3289 IF THERE IS NO CONTRACT RATE OF INTEREST, FROM THE DATE OF DISPOSITION OF THE MOTOR VEHICLE TO THE DATE OF ENTRY OF JUDGMENT.

NOTICE:  AS REQUIRED BY LAW, YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING ON YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATIONS.

We are committed to providing you with the highest level of service. If you have any questions, please contact the Collections and Account Management Department  at 800-398-3939, Monday through Friday, from 9:00 am to 9:00 pm ET, or by mail at either address listed on this letter.

Yours sincerely,
BMW Financial Services NA, LLC



Auto NOS
Collection Specialist

**EXHIBIT A**

# BMW Financial Services

Subject  Notice of our plan to sell property
Date  November 11, 2013
Page  6

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <cut here> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO:   BMW Financial Services
      5550 Britton Parkway
      Hilliard Ohio 43026-7456

I request an extension of time of an additional ten (10) days.

Name:
Account No.


Signature_____         Date_____

Instructions:  This form must be personally served or sent by certified or registered mail, return receipt requested, to the office and address above and received before the expiration of the initial redemption and reinstatement periods.

**EXHIBIT A**