IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD SALIMI and AUGUST GALARAGA,

    Plaintiffs,

  v.

BMW FINANCIAL SERVICES NA, LLC and ASSET ACQUISITION GROUP, LLC,

    Defendants.

No. C 12-01754 JSW

**ORDER VACATING HEARING**

The motion for preliminary approval of class action settlement filed by Plaintiffs is currently set for hearing on Friday, January 24, 2014 at 9:00 a.m. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for January 24, 2014 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: January 21, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE