IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SALIMI and AUGUST GALARAGA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BMW FINANCIAL SERVICES NA, LLC and ASSET ACQUISITION GROUP, LLC,<br><br>　　　　Defendants.<br>_____/ | No. C 12-01754 JSW<br><br>**ORDER REQUIRING CLARIFICATION ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT** |

　　　　In connection with Plaintiff's motion for preliminary approval of class action settlement, Defendants requested that the Court approve their amended notice of intent ("NOI"). In response to the Court's request for additional information, Plaintiffs state that they are not asking the Court to approve the NOI. Thus, it appears as though this is a unilateral request by Defendants and that the parties are not in agreement on this issue. If the parties are not jointly requesting the approval of the NOI as part of their settlement, it is not clear that the Court would have the authority to address this issue.

　　　　Therefore, the Court is requiring the parties to meet and confer and submit a joint response to clarify whether or not the parties agreed, as part of their settlement, to request that the Court approve the amended NOI. To the extent the parties have not agreed, the parties shall address whether: (1) the Court has the authority to approve the amended NOI or whether Defendant's are requesting an advisory opinion and (2) Defendants still agree to the settlement

if the Court will not adjudicate the validity of the amended NOI. The parties shall meet and confer and submit a joint response by no later than March 13, 2014.

**IT IS SO ORDERED.**



Dated: March 3, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE