KEMNITZER, BARRON & KRIEG LLP
BRYAN KEMNITZER (Bar No. 066401)
NANCY BARRON (Bar No. 099278)
445 Bush St., 6th fl.
San Francisco, CA 94108
Telephone (415) 632-1900
bryan@kbklegal.com
nancy@kbklegal.com

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 090858)
NANCE F. BECKER (Bar No. 099292)
42 Miller Ave.
Mill Valley, CA 94941
Telephone (415) 381-5599
mark@chavezgertler.com
nance@chavezgertler.com

JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823)
CHRISTOPHER H. DOYLE (Bar No. 190016)
Two Embarcadero Center, 5th fl.
San Francisco, CA 94111-3813
Telephone (415) 398-8080
mhassen@jmbm.com
cdoyle@jmbm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SALIMI and AUGUST GALARAGA,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>BMW FINANCIAL SERVICES NA, LLC; and ASSET ACQUISITION GROUP, LLC;<br><br>　　　　Defendant(s). | Case Number: C 12-01754 JSW<br><br>**JOINT RESPONSE TO COURT'S ORDER OF MARCH 3, 2014**<br><br>Hon. Jeffery S. White |

The parties are in disagreement over the application filed by BMW FS and BMW FS is not willing to proceed with the settlement at this time. The parties are endeavoring to contact Judge Ronald Sabraw, Ret., who served as the mediator in this case and who has successfully resolved other disagreements by the parties over the scope of the settlement. With the Court's consent, the parties respectfully request that this matter be continued for 45 days to allow the parties to see if the settlement can be put back on track. The parties will immediately advise the Court, either that the proposed settlement is back on or that the application for preliminary approval is being withdrawn, as soon as they have completed their work with Judge Sabraw.

Dated: March 11, 2014

CHAVEZ & GERTLER LLP

KEMNITZER, BARRON & KRIEG LLP

By     *Mark A. Chavez*

Mark A. Chavez
Counsel for Plaintiffs

JEFFER MANGELS BUTLER & MITCHELL LLP

Dated: March 11, 2014

By     *Michael J. Hassen*

Michael J. Hassen
Counsel for Defendants