**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD SALIMI and AUGUST GALARAGA,

    Plaintiffs,

  v.

BMW FINANCIAL SERVICES NA, LLC and ASSET ACQUISITION GROUP, LLC,

    Defendants.

No. C 12-01754 JSW

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

    The Court has received the request filed by Defendants BMW Financial Services, N.A., LLC and Asset Acquisition Group, LLC to schedule a hearing or a status conference to discuss the parties' positions with respect to the proposed settlement. Unless the parties are in agreement regarding the terms of the proposed settlement, the Court cannot grant the motion for preliminary approval of class action settlement. Therefore, the Court denies the request to set a hearing or status conference. The Court HEREBY SETS a further case management conference for June 20, 2014 at 11:00 a.m. The Court urges the parties to work towards finalizing their proposed settlement on their own, or with the assistance of Retired Judge Sabraw. If the parties

///
///
///
///
///

are able schedule, but are unable to complete, a further mediation with Judge Sabraw by June 20, the parties may file a stipulation to continue the further case management conference.

**IT IS SO ORDERED.**

Dated: April 15, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2