KEMNITZER, BARRON & KRIEG LLP
BRYAN KEMNITZER (Bar No. 066401)
NANCY BARRON (Bar No. 099278)
445 Bush St., 6th fl.
San Francisco, CA 94108
Telephone (415) 632-1900
bryan@kbklegal.com
nancy@kbklegal.com

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 090858)
NANCE F. BECKER (Bar No. 099292)
42 Miller Ave.
Mill Valley, CA 94941
Telephone (415) 381-5599
mark@chavezgertler.com
nance@chavezgertler.com

JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823)
CHRISTOPHER H. DOYLE (Bar No. 190016)
Two Embarcadero Center, 5th fl.
San Francisco, CA 94111-3813
Telephone (415) 398-8080
mhassen@jmbm.com
cdoyle@jmbm.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SALIMI and AUGUST GALARAGA,<br><br>          Plaintiff(s),<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC; and ASSET ACQUISITION GROUP, LLC;<br><br>          Defendant(s). | Case Number: C 12-01754 JSW<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date    June 20, 2014<br>Time:  11:00 a.m.<br>Dept:  Courtroom 11, 19th fl.<br>Hon. Jeffery S. White<br><br>Complaint filed:  Feb. 27, 2012<br>Trial date:  None set |

The parties have agreed to participate in a final mediation with the Hon. Ronald Sabraw (Ret.), the mediator who brokered the settlement in this matter, on June 17, 2014. At this mediation the parties will attempt to resolve their differences relating to the settlement. They anticipate advising the Court of the results of the mediation shortly after June 17, 2014.


Dated: June 5, 2014                        CHAVEZ & GERTLER LLP

                                           KEMNITZER, BARRON & KRIEG LLP


                                           By      *Mark A. Chavez*
                                           _____

                                           Mark A. Chavez
                                           Counsel for Plaintiffs

                                           JEFFER MANGELS BUTLER & MITCHELL LLP


Dated: June 5, 2014                        By     *Michael J. Hassen*
                                           _____

                                           Michael J. Hassen
                                           Counsel for Defendants



The Court HEREBY CONTINUES the case management conference until July 11, 2014. The parties shall file an updated further case management statement by no later than July 3, 2014. The brief statement the parties filed above is not sufficient as a case management statement. IT IS SO ORDERED.


Dated: June 6. 2014

Judge Jeffrey S. White