KEMNITZER, BARRON & KRIEG LLP
BRYAN KEMNITZER (Bar No. 066401)
NANCY BARRON (Bar No. 099278)
445 Bush St., 6th fl.
San Francisco, CA 94108
Telephone (415) 632-1900
bryan@kbklegal.com
nancy@kbklegal.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SALIMI and AUGUST GALARAGA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>BMW FINANCIAL SERVICES NA, LLC; and ASSET ACQUISITION GROUP, LLC;<br><br>    Defendant(s). | Case Number: 4:12-cv-1754 JSW<br><br>**EXHIBIT A TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT, FILED JULY 2, 2014 (COURT DOCUMENT NO. 74)**<br><br>Date:  July 11, 2014<br>Time:  11:00 a.m.<br>Dept:   Courtroom 5, 2nd Floor (Oakland)<br>Hon. Jeffrey S. White<br><br>Complaint filed:  Feb. 27, 2012<br>Trial date:  None set |

The Joint Case Management Conference Statement, filed July 2, 2014 as Court Document No. 74, inadvertently failed to attach the described Exhibit A. Attached hereto is the document described as Exhibit A to the Joint Case Management Conference Statement.

Dated: July 7, 2014          CHAVEZ & GERTLER LLP

                              KEMNITZER, BARRON & KRIEG LLP


                              By_____/s/_____
                              Bryan Kemnitzer
                              Counsel for Plaintiffs

SCANNED

FILE COPY

*Judge Ronald M. Sabraw (Ret.)*
*Jams*
*2 Embarcadero Center, Suite 1500*
*San Francisco, CA 94111*

June 17, 2014

Judge Jeffrey S. White
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

          Re: Mohammed Salimi, et al v. BMW Financial Services, NA, et al
              No. C 12-01754

Dear Judge White:

    As you may recall, I have continued to serve as the Mediator in this matter and have convened at least two all-day mediations in the last year in an effort to reach a global settlement of the putative class claims which are pending in your court. In addition to the face-to-face discussions, there have been numerous phone calls and e-mail correspondence between the Mediator and the respective parties. I met with Mr. Kemnitzer (plaintiff's counsel) and Mr. Hassen (defense counsel) on April 22, 2014 for purposes of discussing the Court's February 6th and March 3, 2014 Orders requiring, inter alia, that the parties meet and confer regarding the question of whether the parties settlement included a joint request that the Court approve defendant's amended Notice of Intent (NOI). Following the meeting of April 22, 2014, I convened an additional half-day mediation on June 17, 2014 in an effort to review and memorialize the settlement of this matter. The parties have jointly requested that I submit this letter to the Court to generally summarize the posture of the case in anticipation of the preliminary approval of the class settlement in this matter.

    This putative class action lawsuit concerns certain alleged deficiencies in the defendant's Notice of Intent (NOI) to dispose of repossessed vehicles during the class period. In August of 2013 the parties agreed on a full settlement of the putative class claims, subject to the Court's preliminary and final approval. After this lawsuit was filed, defendants modified the NOI to correct the alleged deficiencies in the notice and defendants intend to use the modified NOI prospectively when defendants repossess automobiles following a borrower's default. While the new NOI is not the subject of the pending lawsuit, it reflects the modifications made by BMW FS to address alleged deficiencies in the NOI that were identified in the Complaint and in the Plaintiffs' mediation papers.

    The parties agree that Defendants may seek judicial approval of the revised NOI and that plaintiffs will not oppose that request. At the further mediation of this matter conducted on June 17, 2014 the parties agreed that BMW may request that the Court prospectively approve BWM FS's current NOI. If BWW makes such a request, plaintiffs' counsel will decline to give an

1

opinion on the merits of BMW's current NOI. Whether or not the Court makes a ruling with regard to BMW FS's request, the settlement shall remain in full force and effect.

Pursuant to the court-ordered meet and confer efforts of March 3, 2014, plaintiffs hereby inform the Court that to the extent Plaintiffs' February 25, 2014 Response to the Court Order dated February 6, 2014 is deemed an objection or opposition to BMW FS's amended request that the Court approve its revised NOI, it is withdrawn.

The parties are agreeable that the Court may in its discretion defer until the Final Approval Hearing any ruling on defendant's request that the Court approve defendant's modified NOI.

On behalf of the parties, we appreciate the Court's consideration of these circumstances and hope that this will assist the Court in its consideration of preliminary and final approval of the class settlement of this matter. To that end, by this letter the parties request that the Court re-calendar the pending Motion for Preliminary Approval and permit BMW FS's filing of its Amended Memorandum of Law in Support of Preliminary Approval of Class Action Settlement.

Sincerely,

Judge Ronald M. Sabraw (Ret.)
Mediator

Approved and agreed:

_____ dated: 6/17/14
_____ dated: 6/17/14
_____ dated: 6.17.14
_____ dated: 6/17/14

2

# PROOF OF SERVICE

Re: *Salimi v. BMW Financial Services, et al.*
USDC-ND Cal. Case No. 4:12-cv-1754 JSW
Alameda County Superior Court Case No. RG12618717

I, Sean R. Barry, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California. My business address is 445 Bush Street, San Francisco, California 94108.

On July 7, 2014, I served the following:

**EXHIBIT A TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT, FILED JULY 2, 2014 (COURT DOCUMENT NO. 74)**

(VIA ELECTRONIC CASE FILING) I filed electronically the documents listed above, using the above-captioned Court's electronic case filing service. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2014

Sean R. Barry