1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  MOHAMMAD SALIMI and AUGUST
   GALARAGA,
10                                                No. C 12-01754 JSW

            Plaintiffs,
11

      v.
12                                                **ORDER TO SHOW CAUSE**

   BMW FINANCIAL SERVICES NA, LLC and
13 ASSET ACQUISITION GROUP, LLC,

            Defendants.
14 _____/

15

16        Pursuant to 28 U.S.C. § 1715(b), "[n]ot later than 10 days after a proposed settlement of

17 a class action is filed in court, each defendant that is participating in the proposed settlement

18 shall serve upon the appropriate State official of each State in which a class member resides and

19 the appropriate Federal official, a notice of the proposed settlement . . ." as set forth in the

20 statute. *See* 28 U.S.C. § 1715(b).  It is not clear whether or not Defendants complied with this

21 requirement.  Therefore, the Court HEREBY ORDERS Defendants to show cause ("OSC") in

22 writing by no later than September 24, 2014 regarding whether they provided the requisite

23 notice and if not, by when they will comply.

24        **IT IS SO ORDERED.**

25

26 Dated: September 18, 2014

27                                          JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California