1  KEMNITZER, BARRON, & KRIEG, LLP
   BRYAN KEMNITZER (Bar No. 066401)
2  NANCY BARRON     (Bar No. 099278)
   445 Bush St., 6th Floor
3  San Francisco, CA  94108
   Telephone:  (415) 632-1900
4  bryan@kbklegal.com
   nancy@kbklegal.com
5
   CHAVEZ & GERTLER LLP
6  MARK A. CHAVEZ    (Bar No. 090858)
   NANCE F. BECKER    (Bar No. 099292)
7  42 Miller Ave.
   Mill Valley, CA  94941
8  Telephone:  (415) 381-5599
   nance@chavezgertler.com
9  mark@chavezgertler.com

10 Attorneys for Plaintiffs
   and the Settlement Class
11

12              **UNITED STATES DISTRICT COURT**

13         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14 MOHAMMAD SALIMI, AUGUST                )
   GALARAGA, ALVIN LEUNG and VELIA        )   Case No. 3:12-CV-1754 JSW
15 SERRANO                                )
                                          )   **DECLARATION OF MARK A.**
16              Plaintiffs,               )   **CHAVEZ IN SUPPORT OF MOTION**
                                          )   **FOR ATTORNEYS' FEES AND COSTS**
17        v.                              )
                                          )
18 BMW FINANCIAL SERVICES NA, LLC;        )
   ASSET ACQUISITION GROUP, LLC; and      )   Date:  February 6, 2015
19 DOES 1-50, inclusive,                  )   Time:  9:00 a.m.
                                          )   Courtroom:  5
20              Defendants                )
   _____)

21

22

23

24

25

26

27

28

I, Mark A. Chavez, declare as follows:

1.    I am an attorney and a member in good standing of the State Bar of California, a partner in and co-founder of the law firm Chavez & Gertler LLP, and co-Class Counsel for the Settlement Class in this action.  I have personal knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently to the matters stated herein.

2.    I have extensive experience representing consumers and other plaintiffs in class actions and unfair business practices litigation.  Moreover, I have particular expertise in handling class actions.  I make this declaration in support of Plaintiffs' motion for an award of attorneys' fees, costs and expenses in this action.

<u>MY EXPERIENCE AND QUALIFICATIONS</u>

3.    I received my B.A. *summa cum laude* from the University of the Americas in 1975 and my J.D. from Stanford Law School in 1979.  In the fall of 1978, I served as a Judicial Extern for the Honorable Mathew O. Tobriner, then Senior Associate Justice of the California Supreme Court. After graduating from law school, I joined the Civil Division of the United States Department of Justice in Washington, D.C., through the Attorney General's Honors Program.  I was subsequently employed with the law firm of Pillsbury, Madison &Sutro in San Francisco, California as an associate, and was a partner in the law firm of Farrow, Bramson, Chavez& Baskin in Walnut Creek, California.  For over 20 years, I have been a partner in the law firm of Chavez & Gertler LLP in Mill Valley, California handling class action litigation on behalf of plaintiffs.

4.    I am a member in good standing of the California State Bar and the bars of United States District Courts for the Northern, Eastern, Central and Southern Districts of California.  In connection with individual cases, I have been admitted to appear before the United States District Courts for the District of Arizona, the District of Colorado, the District of Columbia, the Middle District of Florida, the Southern District of Florida, the District of Idaho, the Northern District of Illinois, the District of Massachusetts, the District of New Jersey, the Eastern District of New York, the Eastern District of Pennsylvania and the Western District of Washington.  I have also been admitted pro hac vice and have appeared before state trial courts in Alabama, Arizona, Florida, Missouri, Nevada, Ohio, Washington, and West Virginia.

5.      I am admitted to practice before the United States Supreme Court and the United States Court of Appeals for the Ninth Circuit, the District of Columbia Circuit and the Eleventh Circuit.  I have argued appeals before the United States Court of Appeals, the California Supreme Court and the California Court of Appeals.  The published appellate opinions in my cases include the following:

(a)  In re Tobacco Cases II (2007) 41 Cal.4th 1257

(b)  Olszeweski v. ScrippsHealth, (2003) 30 Cal.4th 798;

(c)  Washington Mutual Bank v. Superior Court, (2001) 24 Cal.4th 906;

(d)  Linder v. Thrifty Oil Co., (2000) 23 Cal.4th 429 (argued as counsel for amicus);

(e)  AICCO, Inc. v. Insurance Co. of North America, (2001) 90 Cal.App.4th 579 (argued as counsel for amicus);

(f)  Norwest Mortgage, Inc. v. Superior Court, (1999) 72 Cal.App.4th;

(g)  Rowland v. U.S. Dist. Court for Northern Dist. Of California, 849 F.2d 380 (9th Cir. 1988);

(h)  Toussaint v. McCarthy, 801 F.2d 1080 (9th Cir. 1986); and

(i)  Gardiner v. Sea-Land Service, Inc., 786 F.2d 943 (9th Cir. 1986).

6.      In the course of my career, I have handled a number of other significant cases at the trial court level, including the following:

(a)  Karahalios v. National Federal of Federal Employee, Local 1263, 489 U.S. 527 (1989) - action involving the scope of federal court jurisdiction over federal labor matters;

(b)  United States v. PATCO, 524 F.Supp. 160 (D.D.C. 1981) - action to enjoin the air traffic controllers from engaging in a nationwide strike; and,

(c)  United Presbyterian Church v. Reagan, et al., 738 F.2d 1375 (D.C. Cir. 1984) - action challenging the constitutionality of President Reagan's Executive Order redefining the scope of permissible intelligence activities by the CIA, NSA and FBI.

7.      Throughout my career, I have been actively involved in a number of organizations seeking to promote the interests of consumers through public interest litigation.  I was a founding

member of the Stanford Public Interest Law Foundation in 1978 and in 1993 was one of three original members named honorary members of its Board of Directors in recognition of the extent and duration of our support for the organization.  For several years, I was a member of the Board of Directors of the San Francisco Trial Lawyers Association.  I am also a former member of the Board of Governors of the Consumer Attorneys of California (formerly California Trial Lawyers Association), Disability Rights Advocates and the Public Justice Foundation.  In 1993, I and seven other consumer attorneys from across the country founded the National Association of Consumer Advocates.  The National Association of Consumer Advocates is a non-profit corporation formed in response to the belief that an organization of private and public sector attorneys, legal services attorneys, law professors and students, whose primary practice or interests involve the protection and representation of consumers, was needed.  Its mission is to promote justice for all consumers by maintaining a forum for information-sharing among consumer advocates across the country and to serve as a voice for its members as well as consumers in the ongoing struggle to curb unfair and abusive business practices. It currently has approximately 1,600 members.  I have served as Co-Chair of the National Association of Consumer Advocates and was a member of its Board of Directors for eight years.

8.      I lecture frequently on various class action and consumer law issues.  In recent years, I have given presentations on class action matters at the American Bar Association's Class Action Institute, the American Association for Justice's Class Action Symposium, and the Practicing Law Institute's Consumer Financial Services Litigation Program.  I have also spoken at the annual convention of the American Bar Association, the National Consumer Rights Litigation Conference, the annual convention of the State Bar of California, the annual convention of the Consumer Attorneys of California, the California Bankers Association Conference, and the Banking Litigation Seminar of the Association of the Bar of the City of New York.  My most recent speaking engagements include the following:

(a) "Living on the Fault Line: Class Action Issues in California," American Bar Association's Thirteenth Annual National Institute on Class Actions, San Francisco, California, November 20, 2009

(b) "IPO, Hydrogen Peroxide, and the Evolving Standards of Proof for Class Certification", AAJ 2010 Annual Convention, Vancouver, Canada, July 13, 2010

(c) "Fighting Back Against The Big Business Agenda", Consumer Rights Litigation Conference, Chicago, Illinois, November 5, 2011

(d) "Federal Preemption: Endangered Species After Dodd-Frank and Clearing House", Financial Services Litigation in the Era of Dodd- Frank, Phoenix, Arizona, November 11, 2011

(e) "Wal-Mart v. Dukes – How Much of a Hazard to Class Certification in Financial Services Cases?", American Bar Association Consumer Finance Subcommittee Winter Meeting, Park City, Utah, January 9, 2012

(f) "The Impact of Wal-Mart v. Dukes on the Class Certification Calculus", CAOC/SFTLA Sixth Annual Class Action Seminar, San Francisco, California, February 28, 2012

(g) "The Implications of Downsizing Class Actions: Multi-District Litigation, Co-Counseling, Coordination," The Impact Fund's Tenth Annual Class Action Conference, Berkeley, California, March 2, 2012

(h)      "The Future of Class Actions," Bridgeport's Twelfth Annual Class Action Conference, Los Angeles, California, April 20, 2012.

9.      I am a member of the Editorial Board of the Consumer Financial Services Law Report and previously served on the Editorial Board of Class Action Reports for over 10 years.  I have also written and published a number of articles on class action and consumer law issues, including:  "The George Court Issues Surprising Endorsement of Class Action Device in Linder v. Thrifty Oil," FORUM, January/February 2001, at 12 and "Kraus, Cortez and Future Battlegrounds In Representative Actions Under the Unfair Competition Law," FORUM, July/August 2000, at 33 (co-authored with Alan M. Mansfield).  I also co-authored (with Kim Card) an article entitled "Recent Developments In California Law On Class Certification Issues," for the Consumer Attorneys of California 35th Annual Tahoe Seminar Consumer Remedies Program, at which I was a speaker, and an article entitled "California's Unfair Competition Law – The Structure and Use of Business and Professions Code §17200," for the Practicing Law Institute's Consumer Financial Services Litigation 2008 Program.  In addition, I prepared an article entitled "The MDL Process" for presentations before the National Consumer Rights Litigation Conference and the Practicing Law Institute's Consumer Financial Services Litigation Program.

10.      In the 35 years that I have been practicing law, I have spent the vast majority of my career litigating class action cases.  I have had extensive experience handling such actions in both the

federal and state courts.  In April 2000, I successfully argued Linder v. Thrifty Oil, (2000) 23 Cal.4th 429 before the California Supreme Court, on behalf of amicus the Consumer Attorneys of California. Linder was the first decision on class certification issues decided by the California Supreme Court in nearly two decades.  I was co-counsel for the plaintiff class in Washington Mutual Bank, F.A. v. Superior Court, (2001) 24 Cal.4th 906, in which the California Supreme Court defined the rules governing certification of nationwide classes in California.  In addition, I was lead counsel for the plaintiffs and argued before the California Supreme Court in Olszeweski v. ScrippsHealth, (2003) 30 Cal.4th 798.  I was also co-counsel for the plaintiff class in In re Tobacco Cases II (2007) 41 Cal.4th 1257.

    11.    In the course of my career, I have also served as lead or co-lead counsel in over 110 other class actions.  I have extensive experience and expertise handling consumer class actions in federal and state court.  Although most class actions settle prior to trial, I was co-counsel for the plaintiff class in a two-month federal court class action trial at which 65 witnesses testified and over 1,000 exhibits were introduced.  I was also lead counsel for the plaintiff class in a successful class action trial in California state court.

    12.    I have extensive experience and expertise in the field of consumer financial services litigation.  For six years, I was the Co-Chair of the Practicing Law Institute's Consumer Financial Services Litigation Program in New York and San Francisco.  I have been appointed lead or co-lead counsel for plaintiff classes in over 70 class actions filed against banks, credit card companies, automobile finance lenders and credit unions.  I have successfully prosecuted consumer financial services class actions in state and federal courts around the country over the past 25 years including Richardson v. Wells Fargo Auto Finance Inc., San Francisco Superior Court, Case No. CGC-08-481662 ($232 million settlement achieved after the filing of motion of summary judgment), Smith v. General Motors Acceptance Corporation, Case No. 776152 (Santa Clara County Superior Court) ($105 million settlement achieved after trial); and In Re Transouth Cases, (Santa Clara County Superior Court) ($76 million settlement).

    13.    Unlike many plaintiffs' attorneys, I have had substantial experience representing defendants in large scale class actions.  I defended such cases both while I was with the United States

1  Department of Justice and while in private practice.  For example, I previously served as lead or co-

2  counsel for the defendants in the following class actions:

3         (a)  Alexandra v. Alamo (Alameda Sup. Ct. No. 640832-9) - statewide class

4  action challenging the price of collision damage waivers sold by a car rental company.

5         (b)  Nosse, et al. v. Volkswagen of America, Inc. (S.F. Sup. Ct. No. 780024) -

6  statewide class action suit seeking damages allegedly resulting from a defective part in 1974-

7  1979 Volkswagen manufactured vehicles.

8         (c)  Bernice Turbeville v. William Casey and Central Intelligence Agency (E.D.

9  Va. Civil Action No. 81-1058-A) - nationwide class action alleging sex discrimination in

10  promotion, training and overseas assignments of the CIA's female operations officers.

11      14.  I and my firm have received a number of honors and awards for our work.  I have

12  been A-V rated by Martindale-Hubbell for 18 years.  In 1994, I was selected to deliver the opening

13  address at the National Consumer Rights Litigation Conference in recognition of my work on behalf

14  of consumers challenging force placed insurances charges by lenders around the country.  My firm

15  was named Law Firm of the Year by the Los Angeles Center for Law & Justice in 2001.  I have been

16  selected as a Northern California Super Lawyer by Law & Politics and San Francisco Magazine on

17  eight occasions.  In 2006, I received the Champion of Justice Award from the Bar Association of San

18  Francisco.  My firm received the Equal Justice Award from the Law Foundation of Silicon Valley in

19  2007.  In March 2012, I received the Guardian of Justice Award from Bay Area Legal Aid.  I received

20  the Consumer Attorney of the Year Award from the National Association of Consumer Advocates in

21  November 2013.

22      15.  I currently serve on the boards of directors of  two national public interest

23  organizations:  Public Citizen in Washington, D.C. and  the National Consumer Law Center in

24  Boston, Massachusetts.  In the course of my career, I have represented a number of other public

25  interest organizations as amicus counsel in various state and federal appellate courts.

26      16.  I have been actively involved in this litigation from inception and participated in the

27  negotiation of the settlement.  In my opinion, the proposed settlement is fair, reasonable and adequate

28  and warrants preliminary approval by the Court.

## SUMMARY OF LEGAL WORK PERFORMED

17.     Plaintiffs Salimi and Galaraga (later joined by Plaintiff Leung) filed this action on February 27, 2012 seeking restitution, declaratory and injunctive relief on behalf of all California consumers injured by Defendants' violations of California's Rees-Levering Automobile Sales Finance Act ("Rees-Levering Act"), Civil Code §2981 *et seq*.   Plaintiffs allege that during the class period, October 1, 2008 through January 15, 2013, BMW FS repossessed the financed vehicles of Plaintiffs and class members without giving them due Statutory Notice as required by Civil Code § 2983.2(a), and that BMW FS also wrongfully required Plaintiffs and class members who wished to reinstate their loans to provide personal information, in violation of Civil Code §2983.3(e).  In addition to violation of the Rees-Levering Act, Plaintiffs allege BMW FS's actions were unlawful and unfair business practices that violated the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §17200 *et seq*.

18.     Defendants removed the action to this Court on April 9, 2012.  The parties exchanged initial disclosures pursuant to Rule 26 and Plaintiffs deposed BMW FS's PMK on December 11, 2012.  Plaintiffs also added Mr. Leung as an additional class representative.  The parties then agreed to proceed to mediation under the auspices of the Hon. Judge Ronald Sabraw (ret.) at JAMS.

19.     The mediation was held on January 15, 2013.  After first reaching agreement on the amounts to be refunded and the equitable relief to be provided to class members, the parties then discussed and reached agreement as to the amount of attorneys' fees and service awards that Defendants would be willing to pay.   The amount of the fees was negotiated on the assumption that all that remained to be done was to reduce the agreement to writing, file the required approval motions with the Court, and oversee the settlement administration process.  However, a number of unusual and unanticipated events occurred that significantly delayed the resolution and also increased the litigation costs of the proceedings.

20.     First, and as reported in a subsequent CMC statement filed April 3, 2013 (ECF Doc. 42), after to the mediation Defendants advised Plaintiffs that the amount of Deficiency Balances at stake was significantly higher than originally estimated (over $50 million as opposed to the initial estimate of about $35 million).  Plaintiffs also discovered that at least one of the third parties to whom

1   BMW FS had assigned the alleged deficiency debts was continuing to take action to collect on the

2   accounts of the class members, including Ms. Velia Serrano.  This prompted Plaintiffs to demand a

3   more detailed explanation, and resulted in a second mediation (also before Judge Sabraw) on June 18,

4   2013.

5          21.     The second mediation resulted in modifications to the Settlement Agreement and the

6   addition of Ms. Serrano as a class representative.  Both sides then filed briefs in support of preliminary

7   approval.  (*See* ECF Doc. 60, 62.)  The Court granted preliminary approval on February 6, 2014 (ECF

8   Doc. 64).   However, the Court's order requested additional briefing regarding BMW FS's request

9   that in addition to approving the settlement, the Court review BMW FS's revised form of Statutory

10  Notice and rule that it is compliant with the Rees-Levering Act.  After those briefs were submitted, the

11  Court on March 3, 2014 issued a second order (ECF Doc. 67) directing further meet and confer (1) as

12  to whether the parties had or had not agreed to that procedure as part of the settlement and (2) if not,

13  whether the Court had authority and jurisdiction to rule on BMW FS's request.

14         22.     In response, the parties filed a joint statement (ECF Doc. 68) stating that BMW FS

15  was no longer willing to proceed with the settlement, and that the parties were seeking the assistance

16  of Judge Sabraw a third time.   Another mediation was scheduled for June 17, 2014.  On July 2, 2014,

17  the parties reported that the mediation was successful and that they had agreed (1) that BMW FS

18  would seek judicial approval of its Statutory Notice in connection with final approval and (2)

19  Plaintiffs would not oppose that request, but would take no position one way or the other about the

20  merits.  (Joint CMC Statement, ECF Doc. 74, attaching confirming letter from the mediator.)

21         23.     Based on the foregoing, on September 29, 2014 the Court issued an order certifying

22  the class for settlement purposes and granting preliminary approval (ECF Doc. 80).  The Order

23  required that Notice be mailed by October 20; objections and opt-outs are due December 22; and a

24  final approval hearing is set for February 6, 2015.   A true and correct copy of the Settlement

25  Agreement is attached hereto as Exhibit A.

26         24.     The Settlement Administrator reports that the Notices were duly mailed.  The Notice

27  informs the class members of the amount of attorneys' fees to be requested, and in addition class

28

1    members will have about three weeks to review Plaintiffs' motion papers before the deadline for filing

2    any objections.

3         25.    In my professional opinion, the settlement is an excellent result for the Plaintiffs and

4    the members of the class.  Plaintiffs have successfully secured both monetary relief to prevent future

5    violations of California law, and injunctive relief to prevent similar violations from recurring in the

6    future, thereby enforcing the legislative policy in favor of protecting consumers against unscrupulous

7    lending practices.  The settlement benefits a large class of persons who, because of the small sums at

8    issue in comparison to the complexity of the law, would not otherwise be able to secure judicial relief.

9    Plaintiffs have also secured valuable relief in the form of the correction of class members' credit

10   reports, which – without the deletion of the "repossession" notation that Defendants have agreed to

11   have removed – prevent most consumers from obtaining financing for a new vehicle.

12              <u>CHAVEZ & GERTLER'S ATTORNEYS' FEES AND COSTS</u>

13        26.    This declaration covers the attorneys' fees and costs incurred by my firm through

14   November 20, 2014, in connection with the prosecution of the claims against the Defendants herein

15   that were resolved through the Settlement Agreement.

16        27.    Chavez & Gertler takes cases on a contingent fee basis.  Because we do not have

17   regularly paying clients, we rely on awards for attorneys' fees and costs in order to continue our work

18   for the advancement of consumers' rights.  Our firm has received no compensation for our time or

19   expenses invested in this case, and if we do not prevail, we will receive no compensation whatsoever,

20   and will sustain a significant financial loss.  Although we have confidence in the claims we have

21   advanced, there is always a risk in every case taken on contingency that the case may ultimately prove

22   to be unsuccessful, whether because issues of law or fact are later decided adversely to the plaintiff,

23   because the facts cannot be proven, because of a procedural issue, or for any other number of reasons.

24   Thus, Chavez & Gertler has prosecuted this litigation up to this point, and has been completely at risk

25   throughout the case that it would not ultimately receive any compensation, while also expending

26   thousands of dollars in out-of-pocket expenses for investigation, depositions, class notice, and other

27   expenses.  Because the firm devoted its time and resources to this matter, as a small firm, it has

28   forgone other legal work for which it most likely would have been compensated.  In the face of these

1    obstacles, it is the possibility of recovering a substantial and fully compensatory fee award at the

2    conclusion of a successful case that creates the necessary incentive for private attorneys to provide

3    representation.  That is why fee-shifting provisions were enacted, and why it is an established and

4    standard practice for attorneys who provide representation on a contingent basis to be awarded

5    compensation in an amount greater than the standard hourly rate for pay-by-the-hour cases.

6          28.    My firm maintains records contemporaneously documenting all time spent, including

7    the specific tasks performed, and all expenses incurred in this matter.  All of the time and expenses

8    reported by my firm were incurred for the benefit of the members of the Settlement Class.

9          29.    The total number of hours reasonably expended on this litigation by my firm from

10   inception to November 20, 2014 is 195.6 hours, and the total lodestar for my firm (calculated based on

11   the rates in use in each year that the fees were incurred) is $147,042, broken down as follows:

| **Name of Professional** | **Title** | **Hours** | **Rate** | **Lodestar** |
|---|---|---|---|---|
| Mark Chavez | Partner | 184.20 | $725-775 | $139,225 |
| Nance Becker | Partner | 11.40 | $675-695 | $   7,817 |
| **TOTALS:** | | **195.60** | | **$147,042** |

18         30.    A computerized printout of the work performed by my firm in this case through

19   November 20, 2014, which includes each individual time entry with a description of the work done, is

20   attached as Exhibit B hereto.  The report was generated from the contemporaneous time records

21   maintained by my firm, which document all time spent on the matter to the tenth of an hour.  In

22   preparing the printout and in calculating my firm's lodestar, I reviewed the contemporaneous billing

23   records in the exercise of billing judgment.  My firm made serious efforts to avoid duplication of

24   effort and I have not made wholesale or across-the-board cuts.  Also, although the printout of our time

25   records includes some word processing charges for our tracking purposes, that time is *not* included in

26   our lodestar calculation.

27         31.    Our normal practice is to calculate our attorneys' fees based on our current  rates;

28   however, in this case we have based the lodestar on the rates in effect at the time our services were

1  performed.  My partner and I periodically establish hourly rates for all billable personnel in my firm.

2  We set the rates based on our regular and on-going monitoring of prevailing market rates for attorneys

3  of comparable skill, experience, and qualifications.  In doing so, we consult with experts on attorneys'

4  fees issues.  We also obtain information concerning market rates from other attorneys in the area who

5  perform comparable litigation, including the prosecution or defense of complex and/or class action

6  litigation, from conversations with attorneys who are involved in fee litigation, from reviewing fee

7  applications that are submitted in other cases (which report the billing rates of attorneys practicing in

8  other firms), and the orders approving or disapproving them.  We set the billing rates for our firm to

9  be consistent with prevailing market rates in the private sector for attorneys of comparable skill,

10  qualifications and experience, but not at the higher or most aggressive end of the spectrum despite our

11  belief that our work product and efficiency and general quality of representation is at the upper end of

12  that continuum.

13          32.     The hourly rate of each of my firm's partners, attorneys and professional support staff

14  as stated above is the usual and customary hourly rate charged for their services.  The appropriateness

15  of those rates is supported by past orders approving them.  Chavez & Gertler has been awarded its

16  customary hourly rates in connection with numerous class actions.  For example, our rates were

17  approved in the following cases.  2014 rates:  *Jones v. Armanino LLP*, Alameda Superior Court No.

18  RG13-684105, *Freeman v. On Assignment Staffing Services, Inc.,* Alameda County Superior Court

19  No. RG12652237 (awarding $745,000 in fees and finding that "[t]he hourly rates claimed by Class

20  Counsel Chavez & Gertler LLP … are reasonable and appropriate and consistent with the rates

21  charged in the San Francisco Bay Area for attorneys with similar qualifications, skills and

22  experience") and *Vazquez Flores v. Neal C. Tenen, A Law Corporation, et al.*, Sacramento County

23  Superior Court Case No. 34-2012-00118707.  2013 rates: approved by the United States District

24  Court for the Northern District of California in *Bolton v. U.S. Nursing*, No. 12-4466 LB; approved by

25  the California Superior Courts in *Moss-Clark v. New Way Services, Inc.*, Contra Costa County

26  Superior Court No. 12-01391 and *Mejia v. Prologix Distribution Services (West) Inc.,* Alameda

27  County Superior Court No. RG12640974.  Our 2012 rates were approved by the Alameda County

28  Superior Court in *Ely v. Davey Tree*, Alameda Superior Court No. RG08398173, the San Francisco

DECLARATION OF MARK A. CHAVEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
11

1   Superior Court in *Mitchell v. Mirant*, San Francisco Superior Court No. CGC 07-468320, and by the

2   United States District Court for the Northern District of California in *Aguilar, et al. v. Citizens*

3   *Automobile Finance, Inc.*, Case No. C10-05345 JSW.   2011 rates: approved in *Sosa v. Dreyer's*

4   *Grand Ice Cream*, Alameda Superior Court No. RG08424366.   2010 rates: approved in *Asabi v.*

5   *Santander*, Alameda Superior Court, RG0943628.  In *In Re Honda Auto Finance Cases*, JCCP No.

6   4596, the San Diego Superior Court approved and awarded our 2010 rates, finding that the rates are

7   "consistent with the rates charged by attorneys with similar qualifications, skills, and experience, and

8   reasonable for [consumer class action] litigation of this type."  My firm was also been awarded its

9   2009 billing rates in *Keck v. Bank of America*, Northern Dist. Cal. Case No. C08-01219 CRB,

10  *Friedrichs v. BMW Financial Services LLC*, Northern District California Case No. C08-04486 (in

11  which the District Court ruled that "the hourly rates claimed by Plaintiff's counsel [including myself

12  and Ms. Becker] are reasonable and commensurate with prevailing market rates for the legal services

13  of attorneys with similar qualifications, skills and experience in the San Francisco Bay Area"); and

14  *Tolentino v. Bank of Stockton*, Santa Cruz Superior Court Case No. CV160904.

15       33.  In the orders listed above, my rates were expressly approved in *Jones, Vazquez Flores,*

16  *Ely, Mitchell, Aguilar, Sosa, Asabi, In re Honda, Keck, Friedrichs, and Tolentino,* and Ms. Becker's

17  rates were expressly approved in *Jones, Vazquez Flores, Ely, Aguilar, Asabi, In re Honda, Keck,*

18  *Friedrichs, and Tolentino.*

19       34.  In addition to performing the work described above, my firm also incurred a total of

20  $404.44 in unreimbursed costs and expenses.  A summary of these costs, prepared by one of my

21  employees, using an accounting system, under my supervision, is attached as Exhibit C.  The costs

22  were contemporaneously recorded and entered throughout this case.  All of the firm's costs were, in

23  my opinion, necessary and appropriate for the conduct of this litigation, and reasonable and were

24  necessary to the prosecution of this case.

25  <u>ATTORNEY QUALIFICATIONS AND CONTRIBUTIONS</u>

26       35.  I and our co-counsel began investigating Plaintiffs' claims in December, 2011, and I

27  have been actively involved in this litigation since then.  I reviewed the pleadings, attended all three of

28  the mediations, prepared case management statements, reviewed and approved draft documents

1    prepared by co-counsel, and frequently communicated with defense counsel regarding BMW FS's

2    collection activities and settlement issues.  I also participated in drafting the Settlement Agreement

3    and the numerous required revisions thereto.

4         36.    Ms. Becker is a partner at Chavez & Gertler with over 30 years of litigation

5    experience.  Ms. Becker graduated with honors from Stanford Law School in 1981 and worked as a

6    litigator in San Francisco, managing a wide variety of cases ranging from contract and insurance

7    coverage disputes to environmental responsibility to investment fraud, for 20 years prior to joining

8    Chavez & Gertler.  She has extensive experience in complex motion practice as well as appellate

9    litigation, and has appeared before the Courts of Appeal of California, Washington, and Utah as well

10   as the California Supreme Court and the Ninth Circuit Court of Appeals.  Ms. Becker's recent cases

11   include both consumer protection and civil rights class actions.  She has been one of the attorneys

12   approved as class counsel in at least six class actions over the last three years, including other cases

13   alleging Rees-Levering Act violations.

14        37.    Ms. Becker's work on this case was limited to preparing and conferring with defense

15   counsel about case management conferences, assisting with the settlement documents and preparing

16   Plaintiffs' motion for an award of costs, attorneys' fees, and service awards.  Through mid-November

17   she spent a total of 11.4 hours on this case, plus additional time spent putting together these motion

18   papers.  Her 2014 hourly rate is $695, which is well within the prevailing range for attorneys of her

19   credentials and experience.

20                    THE REASONABLENESS OF THE FEE REQUEST

21        38.    Overall, the results obtained in the case were the product of over 200 hours of work by

22   my firm as well as 439.2 hours reported by co-counsel, with a lodestar after the application of billing

23   judgment of $ 404,542 and costs of $23,562.90.  In my professional opinion, all of the time devoted

24   by my firm to this case was reasonable, appropriate, and necessary to the outcome achieved.

25   ///

26   ///

27   ///

28

DECLARATION OF MARK A. CHAVEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
13

1        I declare under penalty of perjury under the laws of the State of California that the foregoing is

2   true and correct, executed on December 1, 2014, in Mill Valley, California.

3

4

                                                     Mark A. Chavez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARK A. CHAVEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
14

# EXHIBIT A

## SETTLEMENT AGREEMENT AND RELEASE

*Salimi, et al, v BMW Financial Services, et al.*
United States District Court, Northern District of California, Case No. C12-01754 JSW

This Settlement Agreement and Release ("Agreement") is entered into as of June 18, 2013, by and between BMW FINANCIAL SERVICES NA, LLC; ALPHERA FINANCIAL SERVICES, A DIVISION OF BMW FINANCIAL SERVICES NA, LLC; MINI FINANCIAL SERVICES, A DIVISION OF BMW FINANCIAL SERVICES NA, LLC; ROLLS-ROYCE MOTOR CARS FINANCIAL SERVICES, A DIVISION OF BMW FINANCIAL SERVICES NA, LLC; and ASSET ACQUISITION GROUP, LLC, (collectively "BMW FS") on the one hand, and MOHAMMAD SALIMI, AUGUSTO GALARAGA, ALVIN LEUNG, and VELIA SERRANO (individually and on behalf of the Settlement Class below) (collectively "Plaintiffs"), on the other hand.

## I.    RECITALS

WHEREAS, MOHAMMAD SALIMI and AUGUSTO GALARAGA, as Plaintiffs, commenced an action which is currently pending against BMW FS (US District Court, Northern District of California Case Number C12-01754 JSW) (the "Action"), which has been brought as a class action and which asserts class claims for violations of the Rees- Levering Automobile Sales Financing Act, Civil Code § 2981, *et seq.* Business and Professions Code § 17200, and declaratory relief; and

WHEREAS, VELIA SERRANO, as Cross-Complainant, commenced a class action, by way of a cross-complaint against PERSOLVE in Orange County Superior Court, entitled *Persolve, LLC dba Account Resolution Associates v. Velia Serrano*, Case No. 30-2013-00629313-CL-CL-CJC, which arises out of BMW FS's collection activities and which asserts

class claims for violations of the Rees- Levering Automobile Sales Financing Act, Civil Code §

2981, *et seq.* Business and Professions Code § 17200, and declaratory relief; and

WHEREAS, BMW FS denies the material allegations made in the Action and

denies any and all liability with respect to any and all facts and claims alleged in the Action and

further denies that the Plaintiff Settlement Class has suffered any damage; and

WHEREAS, sharply contested issues of both law and fact exist concerning the

allegations and claims made by and against BMW FS; and

WHEREAS, Plaintiffs' Counsel has conducted an extensive investigation into the

facts and law relating to the Action; and

WHEREAS, Plaintiffs' Counsel has fully analyzed and evaluated the merits of all

Parties' contentions and this settlement as it impacts upon all Parties, including the individual

members of the Plaintiff Settlement Class, and after taking into account the foregoing along with

the substantial risks of continued litigation and the likelihood that the Action, if not settled now,

will be protracted and expensive, are satisfied that the terms and conditions of this Agreement

are fair, reasonable, adequate and equitable, and that a settlement of the Action is in the best

interests of the Plaintiff Settlement Class defined below; and

WHEREAS, BMW FS denies liability, but nevertheless desires to settle the

Action on the terms and conditions herein set forth, for the purposes of avoiding the burden,

expense, and uncertainty of continuing litigation, and for the purpose of putting to rest the

controversies engendered by the litigation for the Plaintiff Settlement Class.

NOW THEREFORE, in consideration of the covenants and agreements set forth

herein, the Representative Plaintiffs, the Plaintiff Settlement Class and BMW FS, themselves and

2

through their undersigned counsel, agree to the settlement of the Action, subject to Court approval, under the following terms and conditions.

1.    <u>DEFINITIONS</u>

1.01    "Agreement" means this Settlement Agreement.

1.02    "Buyer" means any person who bought a vehicle in California pursuant to a Conditional Sales Contract which was later assigned to BMW FS, and any co-buyer on such contract.

1.03    "Conditional Sale Contract" means any contract for the purchase of a vehicle entered into in California.

1.04    "Court" means the United States District Court for the Northern District of California.

1.05    "Defendant" or "BMW FS" means BMW Financial Services NA, LLC, Alphera Financial Services, Mini Financial Services, Rolls-Royce Motor Cars Financial Services, and Asset Acquisition Group, LLC, and their parents, subsidiaries, affiliates, successors, and assigns, including any collection agencies who has sought to collect any Deficiency Balance owing on any Conditional Sale Contract with any member of the Plaintiff Settlement Class.

1.06    "Defendant's Counsel" means the law firm of Jeffer, Mangels, Butler & Mitchell LLP.

1.07    "Deficiency Balance" means the outstanding balance of a Buyer's Conditional Sale Contract account after sale or other disposition of the loan collateral and application of the disposition proceeds to the account balance, including interest and principal and any other charges or fees assessed before or after the repossession.

1.08    "Distribution Date" means twenty (20) days after the date of Final Approval.

1.09    "Final Approval" of this Agreement means the last date by which final judgment is entered approving this Agreement and dismissing the claims of the Representative Plaintiffs and the Plaintiff Settlement Class with prejudice and the Court has made its final award of attorneys' fees and costs under the terms of this Agreement; provided however, that if a class member objects to approval of the Agreement, Final Approval means the date by which thirty-one days have passed after the final judgment approving the settlement, and award of attorneys' fees, costs and expenses and payments was entered without any appeals being taken, or, if appeals or requests for review have been taken, after orders affirming the judgment or denying review or the judgment otherwise becoming final with any appeal being dismissed or otherwise terminated.

1.10    "NOI" means a notice of intent to dispose of repossessed or surrendered motor vehicle within the meaning of Civil Code § 2983.2.

1.11    "Parties" means the Representative Plaintiffs, the Plaintiff Settlement Class and BMW FS.

1.12    "Plaintiff Settlement Class" means all Buyers: (1) who purchased a motor vehicle in California and entered into a conditional sales contract with any person or entity that was assigned to BMW FS; (2) whose motor vehicle was repossessed or voluntarily surrendered in California, and was not reinstated or redeemed; and (3) who were issued an NOI by BMW FS between September 6, 2008 to January 15, 2013. Excluded from the class are those persons who have filed bankruptcy proceedings, accounts of individuals who are deceased, those persons with a Conditional Sale Contract entered into outside of California, those persons whose vehicles were repossessed outside of California, those persons who signed releases with BMW FS from

4

any liability for Deficiency Balance payments on their accounts prior to January 15, 2013, and those persons against whom BMW FS obtained judgments prior to January 15, 2013.

      1.13   "Plaintiffs' Counsel" means the law firms of Chavez & Gertler LLP and Kemnitzer, Barron & Krieg, LLP.

      1.14   "Preliminary Approval" of this Agreement means that the Court has entered orders certifying a settlement class and preliminarily approving the terms and conditions of this Agreement, including the manner of providing notice to the Plaintiff Settlement Class.

      1.15   "Representative Plaintiffs" means Mohammad Salimi, Augusto Galaraga, Alvin Leung, and Velia Serrano.

      1.16   "Class Administrator" refers to Kurtzman Carson Consultants.

      1.17   "Collected Deficiency Balance" means the amount of the Deficiency Balance collected by BMW FS as defined herein.

      1.18   As used herein, the plural of any defined term includes the singular thereof and the singular of any defined term includes the plural thereof as the case may be.

2.     <u>GENERAL TERMS OF THE SETTLEMENT</u>

      2.01   For the purposes of settlement and the proceedings contemplated herein, the Parties stipulate and agree that a settlement class shall be certified in accordance with the definition of the "Plaintiff Settlement Class" set forth in Section 1.12 hereof, and that Plaintiffs shall be the Settlement Class Representatives and their counsel of record, Chavez & Gertler LLP and Kemnitzer, Barron & Krieg, LLP, shall be appointed as Class Counsel for the Plaintiff Settlement Class. The certification of the Plaintiff Settlement Class shall be binding only with respect to the settlement and this Agreement. In the event this Agreement terminates pursuant to its terms for any reason, the Settlement Class Certification Order shall be vacated by its terms,

and this Action shall revert to its status with respect to class certification as existed prior to the date of the execution of the Settlement Agreement.

2.02    Within fifteen (15) days of execution, Representative Plaintiffs shall move for Preliminary Approval of this Agreement and for the entry of an order, in a form to be subsequently agreed to or, in the absence of an agreement, determined by the Court, certifying a settlement class in accordance with the definition of the Plaintiff Settlement Class, appointing the Representative Plaintiffs as the Representative of the Plaintiff Settlement Class, appointing his counsel of record as Plaintiff Settlement Class Counsel, and granting Preliminary Approval to the settlement. In addition, the Parties stipulate and agree that an Injunction in the form of Exhibit A hereto shall be issued as a Preliminary Injunction by the Court at the time of Preliminary Approval, and automatically become a Permanent Injunction upon Final Approval. The Injunction shall prohibit the collection of Deficiency Balances from members of the Plaintiff Settlement Class.

2.03    Within fifteen (15) days of Preliminary Approval, BMW FS shall identify all members of the Plaintiff Settlement Class through diligent investigation and review of its records and provide the Class Administrator with the following:

        a.    a list of the names, last known addresses, and last 4 digits of account numbers of all Plaintiff Settlement Class members identified;

        b.    the aggregate amount of each Plaintiff Settlement Class member's Deficiency Balance; and

        c.    the aggregate amount of the Deficiency Balances collected from each Plaintiff Settlement Class member.

Also on or before June 28, 2013, BMW FS shall provide Plaintiff's Counsel with a declaration under penalty of perjury from an officer of BMW FS describing BMW FS's efforts to compile the above information completely and accurately and confirming the above information, as well as what steps were taken to gather the information necessary to generate an Excel spreadsheet that reveals the class size, the outstanding deficiencies and amounts collected, with the members of the Plaintiff Settlement class identified only by the last 4 digits of their account number.

2.04    Within twenty (20) days after Preliminary Approval, the Class Administrator shall (a) run a National Change of Address Registry check for all of the addresses; and (b) mail the class notice in the form approved by the Court by first class United States mail to the updated addresses for the Plaintiff Settlement Class obtained by that process. The Parties shall propose a class notice in the form attached as Exhibit B, which class notice shall advise Plaintiff Settlement Class members of their rights to opt out of the class or object to the settlement under the procedures and in accordance with the deadlines set by the Court.  The class notice shall also give members of the Plaintiff Settlement Class notice of BMW FS's cessation of collection efforts.  At least thirty-five (35) days prior to the Final Approval Hearing, the Class Administrator shall file with the Court and serve on Plaintiffs' Counsel and Defendant's Counsel a declaration detailing compliance with this Section.

2.05    After the mailing of class notice and in accordance with the schedule established by the Court, Representative Plaintiffs shall move for Final Approval of the Settlement Agreement through a form of Final Approval Order and Final Judgment to be subsequently agreed to or, in the absence of an agreement, determined by the Court. BMW FS shall support this motion. At the Final Approval Hearing, Representative Plaintiffs shall also move for an award of attorneys' fees, costs, and expenses consistent with the terms of this Agreement.

Without affecting the finality of the Final Judgment in any way, the Court shall retain jurisdiction over:

a. any other action necessary to implement the terms of the Final Judgment and/or the Settlement Agreement, including any further amendments to the Final Judgment to provide relief to additional members of the Plaintiff Settlement Class who may be identified after entry of the Final Judgment.

b. the construction, interpretation, implementation, and enforcement of the Final Judgment, until each and every act agreed to be performed by the parties there under has in fact been fully performed.

3.    <u>MONETARY RELIEF TO PLAINTIFF SETTLEMENT CLASS MEMBERS</u>

3.01    BMW FS shall determine by diligent investigation from its records, for each Plaintiff Settlement Class member, the amount of the Plaintiff Settlement Class member's Deficiency Balance, and the amount of money paid by the Plaintiff Settlement Class member on the Deficiency Balance ("the Collected Deficiency Balances").  No later than 10 days prior to the Distribution Date, BMW FS shall deposit with the Class Administrator amount equal to the total of the Collected Deficiency Balances plus the amount necessary to cover the total amount of incentive awards and attorneys' fees and costs awarded by the Court.

3.02    On the Distribution Date, the Class Administrator shall issue refunds to Plaintiff Settlement Class members of the amount of money paid by the Plaintiff Settlement Class members on their Deficiency Balances. BMW FS has represented that approximately 636 Plaintiff Settlement Class members are entitled to refunds pursuant to this Section and that the amount to be refunded is $2,088,202.43.  No interest shall accrue or be paid on refunds to members of the Plaintiff Settlement Class.

3.03     If there are co-borrowers on an account, then the refund payment pursuant to Section 3.01 shall be by check made payable to the payor of the Deficiency Balance if readily determinable or, if not, to the first named borrower. In the event of any dispute about a refund or the proper recipient of a refund, whether caused by the death of a Buyer, a dispute between a Buyer and Co-Buyer, or for any other reason, Plaintiffs' Counsel and Defendant's Counsel shall meet and confer in a good faith attempt to resolve that dispute. In the event the dispute cannot be resolved informally between the Parties, either party may ask the Court to resolve the dispute. Any such disputes shall be resolved and all refund checks must be negotiated within 180 days of the Distribution Date. Unless the court otherwise orders, if any refund check is not cashed within 180 days of the Distribution Date, neither the Buyer nor Co-Buyer shall be entitled to the proceeds of the check, and BMW FS shall have no further obligation to make a payment to that Buyer or Co-Buyer.

3.04     On the Distribution Date, BMW FS shall permanently terminate collection of the Deficiency Balances of Plaintiff Settlement Class members by adjusting their account balances to permanently reflect that they do not owe any amounts to BMW FS. BMW FS shall not issue Form 1099s as to any Plaintiff Settlement Class Member in connection with this acknowledgement that they do not owe any Deficiency Balances.  BMW FS has represented that 5,178 Plaintiff Settlement Class members are entitled to such waivers and that the amount to be waived is $50,924,483.33.

3.05     The Parties understand and agree that Plaintiffs' Counsel shall make an application to the Court for an award of attorneys' fees, costs and expenses. BMW FS agrees not to oppose in any manner such an application for fees, costs and expenses in an amount not to exceed $360,000. The Court's award of attorneys' fees, costs and expenses shall be paid by the

Class Administrator on the Distribution Date through a wire transfer to the bank account of Chavez & Gertler LLP in accordance with wire transfer instructions to be provided by Chavez & Gertler LLP. The award shall be paid separate from and in addition to the payments to the Plaintiff Settlement Class and shall not reduce the amounts of those payments.

3.06    Subject to the Court's approval, the Class Administrator shall pay the Representative Plaintiffs service awards as follows:  Plaintiff Salimi in the amount of $3500, Plaintiff Galaraga in the amount of $3500, Plaintiff Leung in the amount of $1000, and Plaintiff Serrano in the amount of $3500. The service award shall be paid by a check made payable to each of the Representative Plaintiffs, individually,  delivered to Plaintiffs' Counsel on the Distribution Date. The service award shall be paid by BMW FS separate from and in addition to the payments to the Plaintiff Settlement Class and shall not reduce the amounts of those payments.  In addition, BMW FS shall provide to the Representative Plaintiffs all other relief provided under the terms of this Settlement Agreement to the members of the Plaintiffs Settlement Class.

4.    NON-MONETARY RELIEF TO PLAINTIFF SETTLEMENT CLASS MEMBERS

4.01    On the Distribution Date, the BMW FS shall transmit requests to the three major credit reporting agencies, Experian, Trans Union and Equifax, asking them to update the trade line on the credit reports pertaining to members of the Plaintiff Settlement Class to reflect that their BMW FS accounts have a zero balance and have been settled. BMW FS shall not, in the future, change its credit reporting for a Plaintiff Settlement Class member to report something other than a zero balance and that the account was settled. In the event that Plaintiffs' Counsel notifies BMW FS in the manner set forth below that an account is being reported differently, BMW FS shall separately instruct the credit reporting agencies to report such accounts as having a zero balance and settled. However, neither the Class Administrator nor BMW FS shall be

responsible for any failure of a credit reporting agency to follow their instructions, and neither the Class Administrator nor BMW FS shall have any liability for the failure of a credit reporting agency to carry out these instructions.  BMW FS shall only be obligated to reinstruct the credit reporting agencies, and to provide confirmation of the reinstruction to Plaintiffs' Counsel, if Plaintiffs' Counsel (1) notifies BMW FS in writing of the name and account number of the Plaintiff Settlement Class member at issue, (2) provides written evidence of the manner in which the account is then being reported by including a copy of the relevant page(s) of the Plaintiff Settlement Class member's credit report(s), and (3) provides a complete copy of this Settlement Agreement.

      4.02    On the date the Preliminary Injunction is issued, to the extent that BMW FS has not already done so, BMW FS and its agents (including any lawyers or debt collection agencies) shall cease all collection activities on Plaintiff Settlement Class members' accounts, except as to matters in which cross-complaints have been filed or in which BMW FS is a defendant, or as to actions advancing claims involving matters other than the collection of deficiencies. BMW FS shall also inform all outside counsel and debt collection agencies holding such accounts that they have been withdrawn from collection, and that collections and any credit reporting must immediately cease. BMW FS shall reacquire all such Plaintiff Settlement Class members' accounts which were previously sold to any third party debt collection agency.

5.     <u>ADMINISTRATION OF THE SETTLEMENT</u>

      5.01    The costs of class notice and administration through the Class Administrator shall be capped at $30,000, which sums shall be advanced by BMW FS.  The Class Administrator shall set up an 800 number, and shall locate class members as follows:  BMW FS will provide the Class Administrator with a list of class members and their last known address in an electronic format; the Class Administrator will run a national change of address search for all class

members; the required notice shall be sent in English only; for those consumers who are entitled to receive money under this Agreement but whose notices are returned as undeliverable, BMW FS will provide the Class Administrator with the social security numbers of the consumers and the Class Administrator will run a check with the credit reporting companies or run an Accurint check to determine the consumers' last known address and resend the notice.  All activities by the Class Administrator shall fall within this $30,000 cap.  If the Class Administrator will not agree to cap its fees and costs at $30,000 then the Parties shall agree upon another Class Administrator who will agree to cap its fees and costs at $30,000.

5.02    As used in this Section, the word "costs" includes payments made to third parties, if any. The costs described in this Section shall be paid by BMW FS separate from and in addition to the payments to the Plaintiff Settlement Class and shall not reduce the amounts of those payments.

5.03    For those members of the Plaintiff Settlement Class whose refund checks mailed pursuant to Section 3.02 are returned by the Postal Service for lack of current correct address, the Class Administrator shall seek an address correction via a social security number search or an Accurint check for those individuals and their checks will be re-sent to any subsequently-obtained addresses. The Class Administrator shall have no further obligation to locate members of the Plaintiff Settlement Class.

5.04    Those members of the Plaintiff Settlement Class who are not located or whose checks are not cleared within one hundred and eighty (180) days after the Distribution Date, shall be ineligible to receive refunds.

5.05    Seven (7) months after the Distribution Date, the first $105,000 of any uncashed checks shall revert to BMW FS in partial reimbursement of the payments of class notice and

administration and attorneys' fees incurred under this Agreement.  The remainder of any uncashed checks shall be distributed to the National Consumer Law Center.

5.06    Within twenty (20) days after the final distribution of all amounts pursuant to this Agreement, the Class Administrator shall file a declaration certifying to the Court that the refunds and account corrections have all been timely made in accordance with the terms of this Agreement and certifying that the Class Administrator has taken all steps required to correct the credit reports of Plaintiff Settlement Class members. The Class Administrator shall serve a copy of this declaration on Plaintiffs' Counsel and Defendant's Counsel. The declaration shall establish that:

> a.    after a reasonable search and a diligent inquiry, based on the information provided by BMW FS, has identified to the best of its ability the Plaintiff Settlement Class members;
>
> b.    the Class Administrator has provided the monetary relief due to the then known Plaintiff Settlement Class members; and
>
> c.    the number of Plaintiff Settlement Class members who opted out and/or objected to this Agreement.

5.07    The Class Administrator shall also, on or before the Distribution Date, provide BMW FS with a list of all individuals who have elected to opt out of the settlement, and shall on the Distribution Date remit to BMW FS all of the Collected Deficiency Funds that have not been distributed to members of the Plaintiff Settlement Class.

6.    <u>RELEASES</u>

6.01    Upon Final Approval, the Representative Plaintiffs on the one hand and BMW FS on the other hand shall mutually release and forever discharge each other from:

13

    a.    any and all claims, liens, demands, causes of action, obligations, damages, and liabilities, known or unknown, that the Representative Plaintiffs or BMW FS have had in the past, or now have, or may have in the future against each other, arising directly or indirectly out of the claims in the Action; and

    b.    any and all other claims, liens, demands, causes of action, obligations, damages, and liabilities of any nature whatsoever, known or unknown, that the Representative Plaintiffs or BMW FS have had in the past or now have against each other.

6.02    Representative Plaintiffs and BMW FS expressly understand and acknowledge that it is possible that unknown losses or claims exist or that present losses may have been underestimated in amount or severity. Representative Plaintiffs and BMW FS explicitly took that possibility into account in entering into this Agreement, and a portion of the consideration and the mutual covenants contained herein, having been bargained for between Representative Plaintiffs and BMW FS with the knowledge of the possibility of such unknown losses or claims, was given in exchange for a full accord, satisfaction, and discharge of all such losses or claims. Consequently, Representative Plaintiffs and BMW FS expressly waive all rights under California Civil Code Section 1542, which provides that:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

6.03    Upon Final Approval, the members of the Plaintiff Settlement Class who have not timely excluded themselves after being mailed class notice shall be deemed to have covenanted and agreed that, upon the mailing of all settlement monies due and owing and the application of

all credits to be made pursuant to this Agreement: (1) the non-excluded members of the Plaintiff Settlement Class shall be forever barred from instituting, maintaining, or prosecuting against BMW FS any claim, demand, action, cause of action or liability of any nature, whether known or unknown, suspected or unsuspected, which the non-excluded Plaintiff Settlement Class members ever had relating to the NOI's issued by BMW FS and other related claims arising under Civil Code § 2983.2 or based upon any violation of any state or federal law, other statutory or common law related to the facts alleged in the complaint on behalf of the class, and (2) BMW FS, its parent, affiliated and/or subsidiary companies, and any of their present and former officers, inside and outside directors, attorneys, accountants, agents, representatives, employees, heirs, successors and assigns shall be forever released and discharged from any and all liability with respect to such claims.  This release also specifically includes a related class action recently filed by Plaintiff's Counsel in the Orange Superior Court entitled, *Persolve, LLC dba Account Resolution Associates v. Velia Serrano*, Case No. 30-2013-00629313-CL-CL-CJC, which shall be stayed upon execution of this Agreement and upon Final Approval be dismissed with prejudice by cross-complainant Serrano with respect to her individual claims and without prejudice as to any claims purported to be brought on behalf of a putative class.

6.04    The release provided in this Agreement is intended to be and shall be construed to constitute a full release of the factual claims alleged in the complaint on behalf of the class. It excludes any and all claims that are unrelated to and not based upon the factual allegations of the complaint on behalf of the class. With respect to the Representative Plaintiffs, the release provided in this Agreement is intended to be and shall be construed to be broad in scope and to include claims against BMW FS that are unrelated to and not based upon the factual allegations in the Complaint. For Plaintiff Settlement Class members other than the Representative

15

Plaintiffs, the release encompasses only those claims specifically identified as being released and excludes all and any other claims not so identified. With respect to the Representative Plaintiffs, the release provided in this Agreement is intended to be and shall be construed to be broad in scope, and to include claims that are unrelated to and not based upon the factual allegations of the Complaint.

6.05    BMW FS has sold the accounts and assigned the conditional sales contracts of certain Settlement Class members to various third parties and/or debt collectors, which have filed suit and/or initiated collection activities against some or all of the members of the Plaintiff Settlement Class for the purpose of obtaining Deficiency Balances from them. As part of this Settlement, BMW FS is obligated to repurchase each such Plaintiff Settlement Class member's accounts from these entities, and those entities have to immediately cease all collection activities on such accounts and dismiss any and all collection actions pending against members of the Plaintiff Settlement Class relating to such accounts on or before the close of business on June 1, 2013.

6.06    In consideration of the foregoing, the Settlement Class members hereby release all such third parties and/or debt collectors from liability for any and all claims arising directly from the defects in the NOIs alleged in the Complaint in this action. This limited release does not, however, extend to any claims against any such entity, its employees or its agents for improper conduct in connection with the collection, or attempted collection, of any debt.  Notwithstanding the foregoing, this release specifically includes a related class action recently filed by Plaintiff's Counsel in the Orange Superior Court entitled, *Persolve, LLC dba Account Resolution Associates v. Velia Serrano*, Case No. 30-2013-00629313-CL-CL-CJC, which shall be stayed upon execution of this Agreement and upon Final Approval be dismissed with prejudice, by cross-

complainant Serrano with respect to her individual claims and without prejudice as to any claims purported to be brought on behalf of a putative class.

7.    <u>MISCELLANEOUS PROVISIONS</u>

7.01    This Agreement was entered only for purposes of settlement. If for any reason this Agreement is not approved or does not become final, this Agreement and the Plaintiff Settlement Class, and anything said or done pursuant to this Agreement, or as part of the negotiations leading hereto, shall be null and void and shall not be used in this or any other proceeding for any purpose.

7.02    Neither this Agreement nor any document referred to herein nor any action taken to carry out this Agreement is, or may be construed as, or may be used as, an admission or concession by or against BMW FS on any point of fact or law, or of any alleged fault, wrongdoing, or liability whatsoever.

7.03    BMW FS shall not issue 1099 forms to class members for any relief provided in this Agreement.

7.04    The Parties' Counsel shall use their best efforts to cause the Court to give Preliminary Approval to this Agreement as promptly as practicable, to take all steps contemplated by this Agreement to effectuate the settlement on the stated terms and conditions and to obtain Final Approval of this Agreement.

7.05    This Agreement is intended to and shall be governed by the laws of the State of California.

7.06    The terms and conditions set forth in this Agreement constitute the complete and exclusive statement of the agreement between the Parties hereto relating to the subject matter of this Agreement, superseding all previous negotiations and understandings, and may not be contradicted by evidence of any prior or contemporaneous agreement. The Parties further intend

that this Agreement constitutes the complete and exclusive statement of its terms as between the Parties hereto and that no extrinsic evidence whatsoever may be introduced in any judicial proceeding, if any, involving this Agreement.

7.07    Plaintiffs' Counsel, on behalf of the Representative Plaintiffs and the Plaintiff Settlement Class, are authorized by the Representative Plaintiffs to take all appropriate action required or permitted to be taken by the Plaintiff Settlement Class pursuant to this Agreement to effectuate its terms as the same pertains to the Plaintiff Settlement Class and is authorized to enter into any modifications or amendments to this Agreement on behalf of the Plaintiff Settlement Class which they deem appropriate and/or necessary.

7.08    The person signing this Agreement on behalf of BMW FS is authorized to sign this Agreement on behalf of BMW FS.

7.09    This Settlement Agreement embodies the entire agreement and understanding between the Parties hereto and supersedes all prior agreements and understandings relating to the subject matter hereof. No course of prior dealing between the Parties, no usage of the trade, and no extrinsic evidence of any nature shall be used or be relevant to supplement, explain or modify any term used herein. The parties represent and warrant to the other party that they are not relying on any other party for advice. This Settlement Agreement is a product of negotiation and preparation by and among each Party and their attorneys. Therefore, each party expressly waives the provisions of Civil Code 1654 and acknowledges and agrees that this Settlement Agreement should not be deemed prepared or drafted by one party or the other and shall be construed accordingly.

7.10    This Agreement shall be binding upon, and enure to the benefit of, the respective heirs, successors and assigns of the Parties hereto.

7.11   The waiver by one party of any provision or breach of this Agreement shall not be deemed a waiver of any other provision or breach of this Agreement.

7.12   This Agreement shall become effective upon its execution by all of the undersigned. The Parties may execute this Agreement in counterparts, and execution of counterparts shall have the same force and effect as if all Parties had signed the same instrument.

7.13   The Court shall retain jurisdiction over the interpretation, effectuation and implementation of this Agreement, and all orders entered in connection therewith and the Parties and their attorneys submit to the jurisdiction of the Court. In any proceeding or action to enforce the terms of this Settlement Agreement or the Court's orders, the prevailing party shall be entitled to recover their reasonable attorneys' fees, costs, and expenses.

7.14   The Parties stipulate and agree that Plaintiffs shall file an amended complaint in the Action adding Alvin Leung and Velia Serrano as named Plaintiffs.

IN WITNESS HEREOF the undersigned, being duly authorized, have caused this Agreement to be executed on the dates shown below.

**APPROVED AS TO FORM:**

CHAVEZ & GERTLER LLP

DATED: _____9/25_____, 2013        By: _____

Mark A. Chavez

KEMNITZER, BARRON & KRIEG, LLP

DATED: _____9/10_____, 2013        By: _____

Bryan Kemnitzer

Attorneys for Plaintiffs
MOHAMMAD SALIMI, AUGUST GALARGA, ALVIN LEUNG, AND VELIA SERRANO

19

JEFFER, MANGELS, BUTLER
& MITCHELL LLP

DATED: _____, 2013          By: *Michael J Hassen*
                                          Michael J. Hassen /CMD

Attorneys for Defendants
BMW FINANCIAL SERVICES LLC, ALPHERA
FINANCIAL SERVICES, MINI FINANCIAL
SERVICES, ROLLS-ROYCE MOTOR CARS
FINANCIAL SERVICES, ASSET ACQUISITION
GROUP, LLC

**AGREED TO AND ACCEPTED:**

DATED: _____, 2013          _____
                                          Mohammad Salimi
                                          Individually and as a
                                          Representative of the Class

DATED: *Sept 12*, 2013          *August Galarga*
                                          August Galarga
                                          Individually and as a
                                          Representative of the Class

DATED: _____, 2013          _____
                                          Alvin Leung
                                          Individually and as a
                                          Representative of the Class

DATED: _____, 2013          _____
                                          Velia Serrano
                                          Individually and as a
                                          Representative of the Class

20

JEFFER, MANGELS, BUTLER
& MITCHELL LLP

DATED: _____, 2013          By: _____
                                         Michael J. Hassen

Attorneys for Defendants
BMW FINANCIAL SERVICES LLC, ALPHERA
FINANCIAL SERVICES, MINI FINANCIAL
SERVICES, ROLLS-ROYCE MOTOR CARS
FINANCIAL SERVICES, ASSET ACQUISITION
GROUP, LLC

**AGREED TO AND ACCEPTED:**

DATED: _September 10_, 2013       _____
                                  Mohammad Salimi
                                  Individually and as a
                                  Representative of the Class

DATED: _____, 2013          _____
                                  August Galarga
                                  Individually and as a
                                  Representative of the Class

DATED: _____, 2013          _____
                                  Alvin Leung
                                  Individually and as a
                                  Representative of the Class

DATED: _____, 2013          _____
                                  Velia Serrano
                                  Individually and as a
                                  Representative of the Class

20

JEFFER, MANGELS, BUTLER
& MITCHELL LLP

DATED: _____, 2013          By: _____
                                          Michael J. Hassen

                                    Attorneys for Defendants
                                    BMW FINANCIAL SERVICES LLC, ALPHERA
                                    FINANCIAL SERVICES, MINI FINANCIAL
                                    SERVICES, ROLLS-ROYCE MOTOR CARS
                                    FINANCIAL SERVICES, ASSET ACQUISITION
                                    GROUP, LLC

                                    AGREED TO AND ACCEPTED:

DATED: _____, 2013          _____
                                    Mohammad Salimi
                                    Individually and as a
                                    Representative of the Class

DATED: _____, 2013          _____
                                    August Galarga
                                    Individually and as a
                                    Representative of the Class

DATED: 9/12, 2013                   _____
                                    Alvin Leung
                                    Individually and as a
                                    Representative of the Class

DATED: _____, 2013          _____
                                    Velia Serrano
                                    Individually and as a
                                    Representative of the Class

JEFFER, MANGELS, BUTLER
& MITCHELL LLP

DATED: _____, 2013

By: _____
          Michael J. Hassen

Attorneys for Defendants
BMW FINANCIAL SERVICES LLC, ALPHERA
FINANCIAL SERVICES, MINI FINANCIAL
SERVICES, ROLLS-ROYCE MOTOR CARS
FINANCIAL SERVICES, ASSET ACQUISITION
GROUP, LLC

**AGREED TO AND ACCEPTED:**

DATED: _____, 2013

_____
Mohammad Salimi
Individually and as a
Representative of the Class

DATED: _____, 2013

_____
August Galarga
Individually and as a
Representative of the Class

DATED: _____, 2013

_____
Alvin Leung
Individually and as a
Representative of the Class

DATED: 9/11/ , 2013

_____
Velia Serrano
Individually and as a
Representative of the Class

20

BMW FINANCIAL SERVICES NA, LLC

DATED: _9/19_____, 2013       By: _____

                              Its: _Corporate Counsel_


ASSET ACQUISITION GROUP, LLC

DATED: _____, 2013      By: _____

                              Its: _____

21

BMW FINANCIAL SERVICES NA, LLC

DATED: _____, 2013

By: _____

Its: _____


ASSET ACQUISITION GROUP, LLC

DATED: _9/19___, 2013

By: _Dona J Meier_

Its: _Manager_

21

1

2

3

4                                  **[EXHIBIT A]**

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11  MOHAMMMAD SALIMI; AUGUST          )   Case No. 3:12-cv-1754 JSW
    GALARGA                           )
12                                    )
                                      )   **INJUNCTION**
13              Plaintiff,            )
                                      )
14        vs.                         )
                                      )
15  BMW FINANCIAL SERVICES NA, LLC;   )
    ALPHERA FINANCIAL SERVICES;       )
16  MINI FINANCIAL SERVICES; ROLLS-   )
    ROYCE MOTOR CARS FINANCIAL        )
17  SERVICES; ASSET ACQUISITION       )
    GROUP, LLC; and DOES 1-50, inclusive, )
18                                    )
                                      )
19              Defendants.           )
                                      )
20                                    )
                                      )
21  _____)

22

23

24

25

26

27

28

1    The Settlement Agreement entered into by the parties to this case having been considered

2    by this Court, and good cause appearing therefore,

3    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

4    BMW FINANCIAL SERVICES NA, LLC, ALPHERA FINANCIAL SERVICES,  MINI

5    FINANCIAL SERVICES, ROLLS-ROYCE MOTOR CARS FINANCIAL SERVICES, and

6    ASSET ACQUISITION GROUP, LLC, (collectively "BMW FINANCIAL SERVICES")  shall

7    and hereby are enjoined and restrained from taking any further steps to collect any amounts

8    purportedly owed by any member of the Settlement Class arising out of a deficiency following

9    repossession.  BMW FINANCIAL SERVICES shall immediately cease and shall not resume any

10   such collection efforts.  However, this Injunction does not bar BMW FINANCIAL SERVICES

11   from filing suit for fraud and misrepresentation against any member of the Settlement Class

12   arising out of inaccurate information provided by or on behalf of the class member in connection

13   with the vehicle purchase and/or loan, and seeking fraud damages.

14   The parties waive any requirement of a bond of undertaking and none shall be required.

15   No person who has notice of this Injunction shall fail to comply with it nor shall any person

16   subvert the Injunction by any sham, indirection or other artifice.

17

18   **SO ORDERED**

19

20   Dated: _____, 2013          _____

21                                                        The Honorable Jeffrey S. White

22

23

24

25

26

27

28

**[EXHIBIT B]**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOHAMMMAD SALIMI; AUGUST GALARGA | Case No. 3:12-cv-1754 JSW |
| Plaintiff, | **CLASS ACTION** |
| vs. | **[PROPOSED] ORDER CERTIFYING CLASS FOR SETTLEMENT PURPOSES, GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| BMW FINANCIAL SERVICES NA, LLC; ALPHERA FINANCIAL SERVICES; MINI FINANCIAL SERVICES; ROLLS-ROYCE MOTOR CARS FINANCIAL SERVICES; ASSET ACQUISITION GROUP, LLC; and DOES 1-50, inclusive, | Unlimited Civil Case |
| Defendants. | **Date:**<br>**Time:**<br>**Dept.:**<br>**Hon.**<br>**Reservation No.** |

1      On _____, 2013, Plaintiffs MOHAMMAD SALIMI, AUGUST

2  GALARAGA, ALVIN LEUNG and VELIA SERRANO filed a Motion (1) for Conditional

3  Certification of a Settlement Class; (2) for Preliminary Approval of Settlement Agreement; (3) for

4  Order for Distribution of Class Notice; and (4) for Order Setting Hearing For Final Approval,

5  including terms and conditions for requests for exclusion and objectors, if any there may be.

6      With the Motion for Preliminary Approval, Plaintiffs also filed Points and Authorities in

7  Support of the Motion, the Proposed Settlement Agreement, the Proposed Class Notice, and

8  Affidavits. There is no opposition to the Motion. Having read and considered all papers provided,

9  and having reviewed the Proposed Settlement Agreement and proposed Class Notice in this

10 matter, THE COURT HEREBY GRANTS THE MOTION AND ORDERS AS FOLLOWS:

11 1.     This Order of Preliminary Approval incorporates the Settlement Agreement, and the terms

12 used in this Order shall have the meanings and/or definitions given to them in the Settlement

13 Agreement, as submitted to the Court with the Motion for Preliminary Approval of Class Action

14 Settlement.

15 2.     For purposes of the Settlement, and conditioned upon the Settlement receiving final

16 approval following the Final Approval Hearing and upon the occurrence of the Effective Date of

17 Settlement, this Court hereby conditionally certifies a Settlement Class, defined as follows and

18 subject to the stated exclusions below:

19          (A)    The phrase "Settlement Class" is defined as all persons:

20              1)    who purchased a motor vehicle in California and entered into a conditional
21                    sales contract with any person or entity that was assigned to BMW FS.;

22              2)    whose motor vehicle was repossessed or voluntarily surrendered in
23                    California, and was not reinstated or redeemed; and

24              3)    who were issued an NOI by BMW FS between September 6, 2008 to
                     January 15, 2013

25

26          (B)    The "Settlement Class" excludes:

27              1)    those persons who have filed bankruptcy proceedings,

28              2)    accounts of individuals who are deceased,

3)      those persons with a Conditional Sale Contract entered into outside of California,

4)      those persons whose vehicles were repossessed outside of California out of state contracts or repossessions.

5)      persons who signed releases with BMW FS from any liability for Deficiency Balance payments on their accounts prior to January 15, 2013

6)      those persons against whom BMW FS obtained judgments prior to January 15, 2013.

3.      Without prejudice to Final Approval, the Settlement, on the terms and conditions stated therein, is preliminarily approved by this Court as being fair, reasonable and adequate, free of collusion or indicia of unfairness, and within the range of possible final judicial approval.  This Court specifically finds that the Settlement resulted from extensive arms-length negotiation, the Settlement is sufficient to warrant dissemination of notice of the Settlement, and of the Final Approval Hearing on said Settlement, to the Plaintiff Settlement Class, and the Representative Plaintiffs and Class Counsel provisionally are found to fairly and adequately represent the interests of the Class and to satisfy the requirements to be representatives of and counsel to the Class.

4.      Pursuant to the parties' stipulation, the Court shall enter an injunction in the form attached as **Exhibit A** to the Settlement Agreement.  The injunction shall automatically become a permanent injunction upon Final Approval.

5.      A Final Approval Hearing shall be held on _____, 2013 at _____ a.m./p.m. before the Honorable Jeffrey S. White in Courtroom 11 of UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION, located at 450 Golden Gate Avenue, San Francisco, CA 94102, to consider: (a) the fairness, reasonableness and adequacy of the proposed Settlement; (b) whether the Settlement should be finally approved by this Court; (c) the application of Class Counsel for an award of Attorneys' Fees and Expenses; (d) the application of an incentive award to the Class representatives; and (e) such other matters as this Court may deem proper and necessary.

6.      The Court approves Kurtzman Carson Consultants as the Class Administrator, to perform

the duties set forth in the proposed Settlement Agreement.

7.      The Notice of Proposed Settlement is attached to the Settlement Agreement as Exhibit C and is hereby approved for the purpose of notifying the Plaintiff Settlement Class as to the proposed Settlement, the Final Approval Hearing, and the rights of members of the Class, and it shall be sent substantially in the form approved to the members of the Plaintiff Settlement Class.

8.      The notice shall be sent by the Class Administrator to the respective members of the Plaintiff Settlement Class via first class postage pre-paid U.S. Mail on or before 20 days from the issuance of this Order of Preliminary Approval.

9.      35 days prior to the Final Approval Hearing, the Class Administrator shall provide declarations to the Court, with a copy to Class Counsel and counsel for BMW FS, attesting to the measures undertaken to provide Notice to the members of the Plaintiff Settlement Class.

10.     The Notice of Proposed Settlement to the Settlement Class, as set forth in Exhibit C to the Settlement Agreement, and approved by this Order, is the best notice practicable, and is reasonably calculated, under the circumstances, to apprise the members of the Plaintiff Settlement Class of the pendency of the Action and their right to participate in, object to, or exclude themselves from the Settlement.  This Court further finds that the Notice of Proposed Settlement is due and sufficient notice of the Final Approval Hearing, the Settlement, the application for attorneys' fees, and expenses, and incentive award, and other matters set forth therein, and that the Notice of Proposed Settlement fully satisfies Federal Rules of Court and due process of law, to all persons entitled thereto.  As set forth in the Settlement Agreement, BMW FS shall be responsible for all costs and expenses incurred in connection with disseminating the Notice to the Class.

11.     Any Settlement Class Member who intends to object ("Objector") to the fairness, reasonableness and adequacy of the Settlement ("Objections") must file a written Objection with the class administrator and mail a copy to counsel for BMW FS and to Class Counsel at the addresses set forth below, postmarked not later than sixty (60) days after the date the Class Notice is mailed to the Settlement Class.  Any Objector must set forth his/her full name, current address and telephone number.  Objections must be served:

Upon Class Administrator at:

KURTZMAN CARSON CONSULTANTS
75 Rowland Way, Suite 250
Novato, CA 94945
Telephone: (415) 798-5900

Upon BMW FINANCIAL SERVICES at:

JEFFER MENGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN
CHRISTOPHER H. DOYLE
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3813
Telephone:  (415) 398-8080
Facsimile:  (415) 398-5584

Upon Class Counsel at:

KEMNITZER, BARRON & KRIEG
BRYAN KEMNITZER
NANCY BARRON
445 Bush Street, 6th Floor
San Francisco, CA  94108
Telephone:     (415) 632-1900
Facsimile:     (415) 632-1901

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ          Bar No. 090858
NANCE F. BECKER         Bar No. 099292
DAN L. GILDOR           Bar No. 223027
42 Miller Ave.
Mill Valley, CA  94941
Telephone:  (415) 381-5599
Facsimile:  (415) 381-5572

12.     Objectors must state in writing all Objections and the reasons thereto, and a statement

whether the Objector intends to appear at the Final Approval Hearing(s).  No Objector shall be

entitled to be heard at the Final Approval Hearing, and no written objections or briefs submitted

by an Objector shall be received or considered by this Court at the Final Approval Hearing, unless

the Objector has fully complied with all terms and conditions set forth in the Notice of Proposed

Settlement as approved herein, and as set forth in the Settlement Agreement.  If an Objection is

overruled, the Objector will be bound by the terms of the Settlement.  Members of the Class who

1    fail to file and serve timely written objections in the manner specified above shall be deemed to

2    have waived any objections and shall be foreclosed from making any objection (whether by

3    appeal or otherwise) to the Settlement Agreement.

4    13.     Members of the Plaintiff Settlement Class may elect to exclude themselves from the

5    Settlement Agreement, relinquishing their rights to any and all benefits under the Settlement

6    Agreement.  Members of the Plaintiff Settlement Class who exclude themselves from the

7    Settlement will not release their claims pursuant to the release set forth in the Settlement

8    Agreement.  A Plaintiff Settlement Class member wishing to exclude himself/herself from the

9    Settlement must notify by letter postmarked no later sixty (60) days after the date the Class Notice

10   is mailed to the Plaintiff Settlement Class to the class administrator and mailing a copy to counsel

11   for BMW FS and class counsel at the addresses set forth in ¶11, which in all respects complies

12   with the terms and conditions for exclusion as set forth in the Notice of Proposed Settlement,

13   approved herein.  Members of the Plaintiff Settlement Class who fail to submit a valid and timely

14   request for exclusion shall be bound by all terms of the Settlement Agreement and the Final Order

15   and Judgment, regardless of whether they have requested exclusion from the Settlement.

16   14.     Any member of the Plaintiff Settlement Class who submits a timely request for exclusion

17   may not file an Objection to the Settlement and shall be deemed to have waived any rights or

18   benefits under the Settlement Agreement.

19   15.     The Court shall hold a Final Approval Hearing in this matter on _____, 2013.  Class

20   Counsel shall file their Motion for Final Approval and all supporting papers not later than thirty-

21   five (35) Court days before the Final Approval Hearing.  Should counsel for BMW FS desire to

22   file briefing in connection with Final Approval, such briefing shall be filed no later than nine (9)

23   Court days before the Final Approval Hearing.

24   16.     Class Counsel shall file their motion for award of attorneys' fees and costs at least twenty-

25   one (21) days prior to the date for Class Members to object to the Settlement Agreement.

26   17.     In the event that (a) this Court does not finally approve the settlement as provided in the

27   Settlement Agreement; (b) this Court does not enter the Final Order and Judgment as provided in

28   all material respects and substantial form set forth in the Settlement Agreement; or (c) the

1  Settlement does not become final for any other reason, and the Parties following reasonable

2  efforts, do not agree in writing to modify the Settlement Agreement and the Settlement is not

3  consummated, the Settlement Agreement shall be null and void and any order or judgment

4  entered by this Court in furtherance of this Settlement shall be vacated *nunc pro tunc.* In such a

5  case, the Parties shall proceed in all respects as if the Settlement Agreement had not been

6  executed and the Parties shall in no way be prejudiced in proceeding with or defending this

7  litigation, the conditional class certification effected herein will be null and void, and BMW FS

8  shall have the right to object to certification of the Plaintiff Settlement Class or any other class at

9  any future time.

10  18.     For the benefit of the Plaintiff Settlement Class and to protect this Court's jurisdiction, this

11  Court retains continuing jurisdiction over the Settlement proceedings to ensure the effectuation

12  thereof in accordance with the Settlement preliminarily approved herein and the related orders of

13  this Court.

14  19.     The parties are directed to carry out their obligations under the Settlement Agreement.

15  20.     Class Counsel shall serve a copy of this Order on all named parties or their counsel within

16  seven (7) days of receipt.

### Summary of Applicable Dates

| | | |
|---|---|---|
| 1. | Preliminary Approval Order served on parties | |
| 2. | Class Notice to be sent by Class Administrator (Settlement Agreement and Release ¶ 2.04 / Preliminary Approval Order ¶ 8) | _____(20 days after Preliminary Approval) |
| 3. | Motion for Attorneys' Fees and Costs filed by (Settlement Agreement and Release ¶ 3.05 / Preliminary Approval Order ¶ 16) | _____(21 days prior to the date for Class Members to object to the Settlement Agreement) |
| 4. | Exclusion from the Settlement Class postmarked by (Preliminary Approval Order ¶ 13) | _____(60 days after the date the Class Notice is mailed) |
| 5. | Objection to the Settlement postmarked by (Preliminary Approval Order ¶ 11) | _____(60 days after the date the Class Notice is mailed) |
| 6. | Motion for Final Approval filed by (Preliminary Approval Order ¶ 15) (CCP §1005) | _____(35 Court days before the Final Approval hearing |
| 7. | Defendants' Pleadings re Final Approval (Preliminary Approval Order ¶ 15) | _____(9 Court days before the Final Approval Hearing) |

| 8. | Class Administrator Declaration filed by (Settlement Agreement and Release ¶ 2.04 / Preliminary Approval Order ¶ 9) | _____(35 days prior to the Final Approval Hearing) |
|----|----|----|
| 9. | Final Approval hearing | |

**SO ORDERED**

Dated: _____, 2013                    _____
                                                  The Honorable Jeffrey S. White

**[EXHIBIT C]**

# UNITED STATES DISTRICT COURT– NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

IF YOUR VEHICLE WAS REPOSSESSED IN CALIFORNIA AND YOU RECEIVED A "NOTICE OF INTENT" FROM BMW FINANCIAL SERVICES NA, LLC, ALPHERA FINANCIAL SERVICES, MINI FINANCIAL SERVICES, or ROLLS-ROYCE MOTOR CARS FINANCIAL SERVICES, THIS NOTICE CONTAINS IMPORTANT INFORMATION THAT MAY AFFECT YOU

-PLEASE READ IT CAREFULLY-

*The Court Ordered this Notice – It is Not from a Lawyer, and You are Not being Sued*

This notice summarizes the terms of a proposed Class Action settlement.  This notice also describes what you can do to object to the proposed settlement or to request exclusion from the class.  If you wish to remain in the class, be bound by the settlement and receive the benefits of the settlement, you are not required to contact the court or the attorneys.

| Basic Information – This Action |
|---|

A lawsuit entitled *Salimi, et al. v BMW FINANCIAL SERVICES et al.* was filed in the Alameda County Superior Court, Case No. RG12618717 and removed to the UNITED STATES DISTRICT COURT– NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, Case No. C12-01754 JSW. Plaintiffs MOHAMMAD SALIMI, AUGUST GALARAGA, ALVIN LEUNG and VELIA SERRANO allege that Notices of Intent sent by BMW FINANCIAL SERVICES, ALPHERA FINANCIAL SERVICES, MINI FINANCIAL SERVICES, and ROLLS-ROYCE MOTOR CARS FINANCIAL SERVICES (collectively "BMW FINANCIAL SERVICES") between September 6, 2008 and January 15, 2013 regarding repossessed vehicles did not comply with a California law called the Automobile Sales Finance Act, and that BMW FINANCIAL SERVICES is not entitled to collect the deficiency balance remaining after a subsequent sale of the vehicle.  Plaintiffs brought claims for violation of Civil Code §2983.2, Business & Professions Code §17200, and Declaratory Relief.

The court in charge of the lawsuit is the UNITED STATES DISTRICT COURT– NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION.  Although no determination has been made about merits of this Action BMW FINANCIAL SERVICES is willing to enter into this settlement to end further litigation.  The settlement is a compromise.

The Action is called a "Class Action," because the Plaintiffs are Class Representatives suing on behalf of other people with similar claims, called "Class Members."  The parties have agreed to treat the Action as a Class Action for settlement purposes only.

## Who Is A Settlement Class Member?

Under the terms of the proposed settlement, you are a Class Member if all of the following apply to you, and the Court gives final approval of this Settlement:

(A)   The Settlement Class is composed of all persons:

    1)   who purchased a motor vehicle in California and entered into a conditional sales contract with any person or entity that was assigned to BMW FS.;

    2)   whose motor vehicle was repossessed or voluntarily surrendered in California, and was not reinstated or redeemed; and

    3)   who were issued an NOI by BMW FS between September 6, 2008 to January 15, 2013

(B)   The Settlement Class excludes:

    1)   those persons who have filed bankruptcy proceedings,

    2)   accounts of individuals who are deceased,

    3)   those persons with a Conditional Sale Contract entered into outside of California,

    4)   those persons whose vehicles were repossessed outside of California out of state contracts or repossessions.

    5)   persons who signed releases with BMW FS from any liability for Deficiency Balance payments on their accounts prior to January 15, 2013

    6)   those persons against whom BMW FS obtained judgments prior to January 15, 2013.

## The Settlement Benefits – What You Will Get

If the Settlement is approved by the Court, all Class Members will receive benefits.  In addition, some Class Members will be eligible to receive cash refunds, as described below.  If the Settlement is not approved by the Court, Class Members will not get any benefits of the Settlement and the parties will go back to Court for a trial on the merits of the Action.  The parties have made their best efforts to negotiate a settlement that is fair and reasonable under the circumstances.

After diligent investigation of its records, BMW FINANCIAL SERVICES affirms that there are 5,178 members of the Settlement Class, whose deficiency balances total $50,924,483.   As part of this settlement, BMW FINANCIAL SERVICES will permanently halt all efforts to collect the remaining deficiency balances as more specifically described below.

Benefits.  For all Class Members, BMW FINANCIAL SERVICES agrees not to pursue collection of any deficiency balance remaining after the sale of the repossessed vehicles which are the subject of the Action. This means BMW FINANCIAL SERVICES cannot collect any additional money from Class Members on these accounts.  BMW FINANCIAL SERVICES shall instruct Equifax, Experian and Trans Union to update the trade line concerning the subject accounts by reporting the accounts as a zero balance and that the accounts are settled.  As part of the Settlement, the Court will issue an injunction which provides: "BMW FINANCIAL SERVICES shall immediately cease and shall not resume any such collection efforts."  **You do NOT need to do anything to receive these benefits.**

Cash Refunds. If you are a Class Member who paid all or some of a deficiency balance after repossession, you will receive the benefits described above, **and in addition,** you will be sent a check refund of 100% of the amount you actually paid BMW FINANCIAL SERVICES toward your deficiency balance.

Attorneys' Fees and Award to Class Representatives.  Counsel for the class will receive attorneys' fees and costs in an amount not to exceed $360,000.00 subject to approval by the Court at the final approval hearing referred to below.  The fees and costs will be paid by BMW FINANCIAL SERVICES and will not diminish your benefits under the settlement.  In addition, the Representative Plaintiffs Mohammad Salimi, Augusto Galaraga and Velia Serrano will request an award of $3,500.00 each and Alvin Leung will request an award of $1,000.00 to be approved by the Court at the final approval hearing referenced below.  Attorneys' fees and costs as well as the incentive awards will be paid by BMW FINANCIAL SERVICES.

## Potential Tax Consequences

Any benefits you receive may or may not be the subject of state or federal taxation, depending on your circumstances. Counsel for the parties in this lawsuit are not tax attorneys and you are advised to seek separate legal advice on matters of taxation.

## The Settlement Release – What You Will Give Up

In exchange for the benefits described herein, every Class Member gives BMW FINANCIAL SERVICES a Release and agrees to be bound by all court orders in the Action.  You will be bound by the terms of the Settlement, once it is final.  **A release means you can't sue or be part of any other lawsuit against BMW FINANCIAL SERVICES about the claims or issues in** *this* **Action ever again.**  For more information about the terms of the Release, you may consult the Settlement Agreement, which is on file with the Court, and can be viewed as explained below.

## Your Rights – Exclusion

As a Class Member, you are included in the Settlement, unless you request to be excluded.  If you remain in the Class and this Settlement is approved by the Court, you will receive the non-monetary benefits described above, and if you paid all or part of a deficiency balance and may be entitled to receive the monetary benefits.  You can exclude yourself or "opt out."  If you exclude yourself, you will not receive any benefits of the Settlement, but you will not be bound by any judgment or release in this Action and will keep your right to sue BMW FINANCIAL SERVICES on your own if you want.  If you seek to be excluded, you may not object to the Settlement.

To exclude yourself from the Settlement, you must send a request for exclusion to the Claims Administrator, Kurtzman Carson Consultants by First Class Mail postmarked no later than_____, 2013, and containing all of the following:  (1) The name of the Action "*Salimi, et al. v BMW FINANCIAL SERVICES,* UNITED STATES DISTRICT COURT– NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, Case No. C12-01754 JSW," (2) Your full name, current address, telephone number, and your BMW FINANCIAL SERVICES account number (3) A statement of your intent to exclude yourself, (4) Your signature and the date you signed it.  If you do not follow these procedures to exclude yourself your rights will be determined in this Action if this Settlement receives final judicial approval.

## Your Rights – Objection to the Settlement

If you do not request to be excluded, you may object to the Settlement.  You may not do both.  To object to the Settlement in writing, send your objection to the Claims Administrator, Kurtzman Carson Consultants *and* counsel for BMW FINANCIAL SERVICES *and* Class Counsel at the addresses provided below, by First Class Mail postmarked no later than _____, 2013, and provide all of the following: (1) The name of the Action "*Salimi, et al. v BMW FINANCIAL SERVICES,* UNITED STATES DISTRICT COURT– NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, Case No. C12-01754 JSW," (2) Your full name, current address, telephone number, and your BMW FINANCIAL SERVICES account number (3) A clear statement of each objection, (4) All supporting evidence and briefing you wish to have considered in support of the objection, (5) Your signature and the date of your signature.  Objectors are not required to attend the Final Approval Hearing, but may do so.

## The Final Approval Hearing

The proposed Settlement must be finally approved by the Court.  The Court has set the Final Approval Hearing for_____, 2013 at __:00 __.m. (subject to change by the Court without further notice), in Courtroom 11 of UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION, located at 450 Golden Gate Avenue, San Francisco, CA 94102 to determine whether the proposed settlement should be approved as fair, reasonable and adequate, whether certification of the Settlement Class is proper, the amount of reasonable attorneys' fees, the amount of class representative award, and whether the Settlement should be finally approved.  Class Counsel will apply to the Court for an award of attorneys' fees and expenses not to exceed $360,000.00 plus $11,500.00 for the Class Representatives.  BMW FINANCIAL SERVICES has agreed not to oppose this application.

You do not need to hire a lawyer, but may do so if you want to.  You and the Settlement Class are already represented by Class Counsel listed below, at no out-of-pocket cost to you.

The Settlement will not take effect unless and until:  (1) the Court approves the Settlement at the Final Approval Hearing, and (2) a Final Order and Judgment is entered by the Court and no longer subject to any appellate challenge.  After the Court rules on the final approval and the time to appeal has expired or appeals are exhausted, the Settlement will become final, and you will receive the class benefits set forth above.  If the Court does not approve the Settlement, Settlement Class members will not receive any benefits described in this notice.  It will be as if no settlement had been reached and no class established.

| **More Information** |
| --- |

This Notice, which has been approved by the Court, is only a summary.  You may call the Class Administrator (Kurtzman Carson Consultants) directly for updates regarding the Court hearing dates, at 1-800-___-_____.  If you have additional questions concerning this Action, Notice, or Settlement, you may contact Class Counsel.  The Settlement Agreement, along with records and other papers regarding the Action, are on file with the Court and available to be inspected during regular business hours at the Clerk's Office.  The Clerk of the Court is located at:  450 Golden Gate Avenue, San Francisco, CA 94102-3489 . **Please do not contact the Judge.**

| **Class Administrator:** | **Counsel for BMW FINANCIAL SERVICES:** | **Class Counsel:** |
| --- | --- | --- |
| Kurtzman Carson Consultants<br>75 Rowlan Way, Suite 250<br>Novato, CA 94945 | JEFFER MENGELS BUTLER & MITCHELL LLP<br>MICHAEL J. HASSEN<br>CHRISTOPHER H. DOYLE<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, CA 94111-3813 | KEMNITZER, BARRON & KRIEG, LLP<br>BRYAN KEMNITZER<br>NANCY BARRON<br>445 Bush Street, 6th Floor<br>San Francisco, CA  94108<br><br>CHAVEZ & GERTLER LLP<br>MARK A. CHAVEZ<br>NANCE F. BECKER<br>DAN L. GILDOR<br>42 Miller Ave.<br>Mill Valley, CA  94941 |

**[EXHIBIT D]**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOHAMMMAD SALIMI; AUGUST GALARGA ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> BMW FINANCIAL SERVICES NA, LLC; ) ALPHERA FINANCIAL SERVICES; ) MINI FINANCIAL SERVICES; ROLLS- ) ROYCE MOTOR CARS FINANCIAL ) SERVICES; ASSET ACQUISITION ) GROUP, LLC; and DOES 1-50, inclusive, ) <br><br> Defendants. ) | Case No. 3:12-cv-1754 JSW <br><br> **CLASS ACTION** <br><br> **[PROPOSED] FINAL ORDER AND JUDGMENT** <br><br> Unlimited Civil Case <br><br> **Date:** <br> **Time:** <br> **Dept.:** <br> **Hon.** <br> **Reservation No.** |

The motion of Plaintiffs MOHAMMAD SALIMI, AUGUST GALARAGA, ALVIN LEUNG, and VELIA SERRANO for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Costs and Expenses came on regularly for hearing as scheduled on _____, 2013, at which time the parties and any other interested persons were afforded the opportunity to be heard in support of and in opposition to the proposed settlement. There was no opposition to the Motion. By Order dated _____, 2013, this Court preliminarily approved the settlement, certified a class for settlement purposes only, approved the proposed form of notice, and ordered that notice be given. The Court also separately entered an Injunction

enjoining and restraining defendants BMW FINANCIAL SERVICES NA, LLC, ALPHERA

FINANCIAL SERVICES, MINI FINANCIAL SERVICES, ROLLS-ROYCE MOTOR CARS

FINANCIAL SERVICES, and ASSET ACQUISITION GROUP, LLC, (collectively, "BMW

Financial") from taking any further steps to collect any amounts purportedly owed by any

member of the Settlement Class arising out of a deficiency following repossession of their motor

vehicle.  Notice of the Settlement was given to all potential members of the Settlement Class by

first class mail at their last known address and following a nationwide address check, and the

deadline for members of the settlement class to opt out or object has passed. Having read and

considered all papers provided, as well as the arguments of counsel, **THE COURT HEREBY**

**GRANTS THE MOTION AND IT IS ORDERED, ADJUDGED AND DECREED**:

      This Final Judgment incorporates the Settlement Agreement, and the capitalized terms

used in this Order shall have the meanings and/or definitions given to them in the Settlement

Agreement, as submitted to the Court with the Motion for Preliminary Approval of Class Action

Settlement.

      This Court has jurisdiction over the subject matter of this action and over all parties to this

action, including all members of the Settlement Class.

      This Court certifies this action, for settlement purposes only, as a Class Action.

      The following Settlement Class, provisionally certified by the Court in its Order dated

_____, 2013, is hereby certified under Federal Rule of Civil Procedure 23 for

settlement purposes only, and is hereinafter referred to as the "Class":

      The phrase "Settlement Class" is defined as all persons:

      1)      who purchased a motor vehicle in California and entered into a conditional sales contract with any person or entity that was assigned to BMW FS.;

      2)      whose motor vehicle was repossessed or voluntarily surrendered in California, and was not reinstated or redeemed; and

3)     who were issued an NOI by BMW FS between September 6, 2008 to January 15, 2013

The "Settlement Class" excludes:

1)     those persons who have filed bankruptcy proceedings,

2)     accounts of individuals who are deceased,

3)     those persons with a Conditional Sale Contract entered into outside of California,

4)     those persons whose vehicles were repossessed outside of California out of state contracts or repossessions.

5)     persons who signed releases with BMW FS from any liability for Deficiency Balance payments on their accounts prior to January 15, 2013

6)     those persons against whom BMW FS obtained judgments prior to January 15, 2013.

This Court finds on the record before it that the Class meets the requirements for class certification for settlement purposes as the Class is so numerous that joinder of all members is impracticable.

This Court finds on the record before it that the Class meets the requirement for class certification for settlement purposes as questions of law or fact common to the issues to be reviewed in connection with the Settlement predominate over the questions affecting only individual members for the purpose of implementing the Settlement in accordance with the Settlement Agreement.

This Court finds on the record before it that the Class meets the requirement for class certification for settlement purposes as Plaintiffs' claims are typical of the claims of the Class as a whole.

This Court finds on the record before it, that the Class meets the requirements for class certification for settlement purposes as Plaintiffs and their Class Counsel have adequately represented and will continue to adequately represent and protect the interests of the Class.

This Court finds on the record before it that the Class is appropriate for certification for settlement purposes as certification of the Class for settlement purposes only by this Court in this action is superior to other available methods for the fair and efficient adjudication of the issues before this Court at this time.  Manageability issues do not prevent certification here because there will be no trial.

The individual Notice by mail, given to each member of the Class at updated mailing addresses, constitutes the best notice practicable and is in full compliance with the requirements of Federal Rules of Civil Procedure and due process of law.

This Court finds that the Settlement and the Settlement Agreement are the product of arm's length negotiations between the parties and that the terms thereof are fair, reasonable, adequate, and in the best interests of the Class and are therefore approved and incorporated herein by the Court.

The Settlement and Settlement Agreement should be implemented and consummated in accordance with the terms of the Settlement Agreement.  To the extent already implemented by the parties, such implementation is hereby approved and ratified by the Court.

Upon the Effective Date of Settlement, Plaintiffs and all Plaintiff  Settlement Class members and their heirs, executors, estates, predecessors, successors, assigns, agents and representatives shall be deemed to have jointly and severally released and forever discharged BMW Financial from any and all Released Claims as that term is defined in the Settlement Agreement.

Plaintiff  Settlement Class members expressly waive and relinquish any and all rights and benefits which they may have under, or which may be conferred upon them by, the provisions of §1542 of the Civil Code, as set forth in the Settlement Agreement.

The terms of the Agreement and this Judgment shall be forever binding on, and shall have

*res judicata* effect in any pending or future lawsuits or proceedings that may be brought or maintained by or on behalf of any Plaintiff Settlement Class members.  This Court hereby bars and enjoins: (i) All Plaintiff Settlement Class members, and all persons acting on behalf of, or in concert or participation with, such Plaintiff Settlement Class members, from filing, commencing, prosecuting, intervening in, or participating in, any lawsuit in any jurisdiction on behalf of any Plaintiff Settlement Class member, based upon or asserting any of the Released Claims; and (ii) All Plaintiff Settlement Class members, and all persons acting on behalf of or in concert or participation with such Plaintiff Settlement Class members, from bringing a class action on behalf of Plaintiff Settlement Class members or seeking to certify a class which includes such Plaintiff Settlement Class members, in any lawsuit based upon or asserting any of the Released Claims.

Attached to this Judgment as **Exhibit 1** is a true and correct list of all Plaintiff Settlement Class members who timely submitted Requests for Exclusion.  No Plaintiff Settlement Class members, other than those listed in Exhibit 1, are excluded from the Class, or from the effect of this Judgment.

It is expressly determined that there is no just reason for delay and the entry of this Judgment expressly is hereby directed.  In the event that this Judgment is appealed, its mandate will automatically be stayed until and unless the Judgment is affirmed in its entirety by the court of last resort to which such appeal(s) has (have) been taken and such affirmance is no longer subject to further appeal or review.

This Final Order and Judgment is final for purposes of appeal and may be appealed, and the Clerk is hereby directed to enter Judgment thereon.

Attorneys' fees and reimbursement of expenses to counsel for the Class in the amount of $_____, plus an incentive payment of $3,500.00 to MOHAMMAD SALIMI,

1   AUGUSTO GALARAGA and VELIA SERRANO each and an incentive payment of $1,000.00

2   to ALVIN LEUNG is hereby approved as fair and reasonable and BMW Financial shall make

3   such payments in accordance with the terms of the Settlement Agreement.

4        Any and all objections to the Settlement and the Settlement Agreement are overruled as

5   being without merit.

6        In the event that the Settlement does not become effective in accordance with the terms of

7   the Settlement Agreement, then this Judgment shall be rendered null and void and be vacated and

8   the Settlement Agreement and all orders entered in connection therewith shall be rendered null

9   and void, and the Court's ruling on class certification shall be vacated *nunc pro tunc*.

10       The Parties are directed to carry out their obligations under the Settlement Agreement.

11       Jurisdiction is hereby reserved by this Court to assure compliance with all terms of this

12   Settlement, in accordance with the Settlement Agreement and this Order.

13   **SO ORDERED**

14   Dated: _____, 2013                _____

15                                                The Honorable Jeffrey S. White

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

LIST OF PLAINTIFF  SETTLEMENT CLASS MEMBERS WHO TIMELY

REQUESTED EXCLUSION

[PROPOSED] FINAL ORDER AND JUDGMENT

# EXHIBIT B

11/20/2014                                    Chavez & Gertler
1:49 PM                                      Expenses By Client                                    Page      1

---

Selection Criteria

---

Clie.Selection          Include: Salimi v. BMW

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| **Client: Salimi v. BMW** | | | | | |
| 137970          TIME<br>12/13/2011<br>WIP | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 1.10<br>0.00<br>0.00<br>0.00 | 725.00<br>T@1 | 797.50 | 797.50 |
| Review background documents; research re claims; telephone call with B. Kemnitzer re claims. | | | | | |
| 137974          TIME<br>12/14/2011<br>WIP | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 725.00<br>T@1 | 435.00 | 435.00 |
| Review and prepare emails re claims. | | | | | |
| 139523          TIME<br>2/1/2012<br>WIP | Mark Chavez<br>Legal Work<br>Salimi v. BMW | 0.30<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 225.00 | 225.00 |
| Review email and engagement agreement for new plaintiff. | | | | | |
| 139538          TIME<br>2/6/2012<br>WIP | Mark Chavez<br>Legal Work<br>Salimi v. BMW | 0.10<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 75.00 | 75.00 |
| Telephone call with B. Kemnitzer re status. | | | | | |
| 139567          TIME<br>2/12/2012<br>WIP | Mark Chavez<br>Legal Work<br>Salimi v. BMW | 1.10<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 825.00 | 825.00 |
| Review and edit complaint. | | | | | |
| 139922          TIME<br>2/27/2012<br>WIP | Mark Chavez<br>Legal Documents<br>Salimi v. BMW | 0.70<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 525.00 | 525.00 |
| Review email and correspondence; telephone call with B. Kemnitzer re status and strategy. | | | | | |

11/20/2014                          Chavez & Gertler
1:49 PM                           Expenses By Client                                    Page     2

| Slip ID | | Attorney | Units | Rate | Slip Value | Billed SV |
|---|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | | Adjustment |
| Posting Status | | Client | Est. Time | Bill Status | | Markup |
| Description | | Reference | Variance | | | |
| 140542 | TIME | Mark Chavez | 0.20 | 750.00 | 150.00 | 150.00 |
| 3/14/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Telephone call with B. Kemnitzer re status

| | | | | | | |
|---|---|---|---|---|---|---|
| 141502 | TIME | Mark Chavez | 0.60 | 750.00 | 450.00 | 450.00 |
| 4/10/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Telephone call with B. Kemnitzer and review and prepare emails re
potential settlement.

| | | | | | | |
|---|---|---|---|---|---|---|
| 141840 | TIME | Mark Chavez | 0.60 | 750.00 | 450.00 | 450.00 |
| 4/11/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review emails re removal and scheduling meeting with counsel for
defendant.

| | | | | | | |
|---|---|---|---|---|---|---|
| 141845 | TIME | Mark Chavez | 0.40 | 750.00 | 300.00 | 300.00 |
| 4/16/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Telephone call with B. Kemnitzer re status; Review stipulation re
extension.

| | | | | | | |
|---|---|---|---|---|---|---|
| 142421 | TIME | Mark Chavez | 0.70 | 750.00 | 525.00 | 525.00 |
| 5/7/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Telephone call with B. Kemnitzer and preparation of emails re
conference call with defendant's counsel.

| | | | | | | |
|---|---|---|---|---|---|---|
| 142292 | TIME | Mark Chavez | 1.10 | 750.00 | 825.00 | 825.00 |
| 5/8/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Telephone call with Defendant's counsel re investigation and
claims; Telephone call with Bryan re same; Review complaint and
worksheet.

| | | | | | | |
|---|---|---|---|---|---|---|
| 142299 | TIME | Mark Chavez | 0.60 | 750.00 | 450.00 | 450.00 |
| 5/9/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Telephone call with B. Kemnitzer re status and strategy.

| 11/20/2014 | | Chavez & Gertler | | | | | |
| 1:49 PM | | Expenses By Client | | | | Page | 3 |

| Slip ID | | Attorney | Units | Rate | Slip Value | Billed SV |
| Dates and Time | | Activity | DNB Time | Rate Info | | Adjustment |
| Posting Status | | Client | Est. Time | Bill Status | | Markup |
| Description | | Reference | Variance | | | |
|---|---|---|---|---|---|---|
| 142307 | TIME | Mark Chavez | 0.20 | 750.00 | 150.00 | 150.00 |
| 5/11/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |
| Telephone call with Bryan re status and strategy. | | | | | | |
| 142314 | TIME | Mark Chavez | 0.20 | 750.00 | 150.00 | 150.00 |
| 5/16/2012 | | Legal Work | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |
| Telephone call with B. Kemnitzer re claims | | | | | | |
| 143208 | TIME | Mark Chavez | 4.20 | 750.00 | 3150.00 | 3150.00 |
| 6/11/2012 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |
| Review files; Preparation for and attend meeting with defendant's counsel re facts and settlement. | | | | | | |
| 143730 | TIME | Mark Chavez | 0.40 | 750.00 | 300.00 | 300.00 |
| 6/18/2012 | | 10-Case Org | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |
| Review correspondence re scope of class; review file. | | | | | | |
| 146624 | TIME | Mark Chavez | 0.60 | 750.00 | 450.00 | 450.00 |
| 8/8/2012 | | 08-CMC | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |
| Preparation and review of emails re Case Management Conference and scheduling of new date. | | | | | | |
| 146936 | TIME | Mark Chavez | 0.40 | 750.00 | 300.00 | 300.00 |
| 9/7/2012 | | 08-CMC | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |
| Telephone call with B. Kemnitzer regarding status and Case Management Conference. | | | | | | |
| 146944 | TIME | Mark Chavez | 0.60 | 750.00 | 450.00 | 450.00 |
| 9/14/2012 | | 08-CMC | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |
| Review file; conference with N. Becker regarding ADR forms and Case Management Conference. | | | | | | |

11/20/2014                                        Chavez & Gertler
1:49 PM                                        Expenses By Client                                        Page        4

| Slip ID Dates and Time Posting Status Description | | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value | Billed SV Adjustment Markup |
|---|---|---|---|---|---|---|
| 146879 9/14/2012 WIP | TIME | Nance Becker 08-CMC Salimi v. BMW | 1.30 0.00 0.00 0.00 | 675.00 T@1 | 877.50 | 877.50 |
| Begin drafting Case Management Conference statement; telephone calls to counsel regarding ADR Stipulation | | | | | | |
| 146890 9/17/2012 WIP | TIME | Nance Becker 08-CMC Salimi v. BMW | 2.40 0.00 0.00 0.00 | 675.00 T@1 | 1620.00 | 1620.00 |
| Telephone calls with M. Hassen, B. Kemnitzer; finish draft Case Management Conference statement | | | | | | |
| 146884 9/18/2012 WIP | TIME | Nance Becker 08-CMC Salimi v. BMW | 0.30 0.00 0.00 0.00 | 675.00 T@1 | 202.50 | 202.50 |
| Telephone call with B. Kemnitzer and email opposing counsel regarding Case Management Conference; supervise filing of court forms. | | | | | | |
| 146895 9/20/2012 WIP | TIME | Nance Becker 08-CMC Salimi v. BMW | 0.20 0.00 0.00 0.00 | 675.00 T@1 | 135.00 | 135.00 |
| Review defendant's edits to Case Management Conference and finalize for filing. | | | | | | |
| 146905 9/25/2012 WIP | TIME | Nance Becker 08-CMC Salimi v. BMW | 0.20 0.00 0.00 0.00 | 675.00 T@1 | 135.00 | 135.00 |
| Review court order; telephone call with B. Kemnitzer. | | | | | | |
| 147767 10/3/2012 WIP | TIME | Mark Chavez 08-CMC Salimi v. BMW | 0.60 0.00 0.00 0.00 | 750.00 T@1 | 450.00 | 450.00 |
| Review and prepare emails regarding Case Management Conference statement; review order regarding Case Management Conference | | | | | | |
| 146928 10/4/2012 WIP | TIME | Nance Becker 08-CMC Salimi v. BMW | 0.30 0.00 0.00 0.00 | 675.00 T@1 | 202.50 | 202.50 |
| Review and respond to emails regarding Case Management | | | | | | |

11/20/2014
1:49 PM

Chavez & Gertler
Expenses By Client

Page    5

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value | Billed SV Adjustment Markup |
|---|---|---|---|---|---|
| Conference additions and schedule. | | | | | |
| 147778 10/5/2012 WIP | TIME Mark Chavez 08-CMC Salimi v. BMW | 0.80 0.00 0.00 0.00 | 750.00 T@1 | 600.00 | 600.00 |
| Review and prepare emails regarding Case Management Conference schedule | | | | | |
| 147432 10/5/2012 WIP | TIME Nance Becker 08-CMC Salimi v. BMW | 0.10 0.00 0.00 0.00 | 675.00 T@1 | 67.50 | 67.50 |
| Further emails regarding Case Management Conference and discovery. | | | | | |
| 147786 10/8/2012 WIP | TIME Mark Chavez 08-CMC Salimi v. BMW | 0.80 0.00 0.00 0.00 | 750.00 T@1 | 600.00 | 600.00 |
| Review and prepare emails regarding Case Management Conference; telephone call with B. Kemnitzer regarding Case Management Conference | | | | | |
| 147793 10/9/2012 WIP | TIME Mark Chavez 08-CMC Salimi v. BMW | 0.60 0.00 0.00 0.00 | 750.00 T@1 | 450.00 | 450.00 |
| Review motion to continue Case Management Conference and emails regarding motion | | | | | |
| 147800 10/10/2012 WIP | TIME Mark Chavez 08-CMC Salimi v. BMW | 0.40 0.00 0.00 0.00 | 750.00 T@1 | 300.00 | 300.00 |
| Review and prepare emails regarding Case Management Conference | | | | | |
| 147805 10/11/2012 WIP | TIME Mark Chavez 08-CMC Salimi v. BMW | 1.20 0.00 0.00 0.00 | 750.00 T@1 | 900.00 | 900.00 |
| Telephone call with B. Kemnitzer regarding continuance of Case Management Conference and initial disclosures; preparation of response to continuance. | | | | | |

11/20/2014                                 Chavez & Gertler
1:49 PM                                   Expenses By Client                                    Page        6

| Slip ID Dates and Time Posting Status Description | | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value | Billed SV Adjustment Markup |
|---|---|---|---|---|---|---|
| 147473 10/11/2012 WIP | TIME | Nance Becker 08-CMC Salimi v. BMW | 0.20 0.00 0.00 0.00 | 675.00 T@1 | 135.00 | 135.00 |
| Discuss Case Management Conference with B. Kemnitzer and M. Chavez | | | | | | |
| 147808 10/12/2012 WIP | TIME | Mark Chavez 08-CMC Salimi v. BMW | 2.60 0.00 0.00 0.00 | 750.00 T@1 | 1950.00 | 1950.00 |
| Preparation of amended Case Management Conference statement; preparation of initial disclosures; prepare response to request for continuance; review file regarding mediation disclosure | | | | | | |
| 147681 10/15/2012 WIP | TIME | Nance Becker 08-CMC Salimi v. BMW | 0.10 0.00 0.00 0.00 | 675.00 T@1 | 67.50 | 67.50 |
| Review court order regarding Case Management Conference | | | | | | |
| 147817 10/16/2012 WIP | TIME | Mark Chavez 08-CMC Salimi v. BMW | 0.50 0.00 0.00 0.00 | 750.00 T@1 | 375.00 | 375.00 |
| Review order regarding Case Management Conference; telephone call with B. Kemnitzer regarding Case Management and discovery | | | | | | |
| 147821 10/18/2012 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 0.40 0.00 0.00 0.00 | 750.00 T@1 | 300.00 | 300.00 |
| Review and prepare emails regarding mediation | | | | | | |
| 147834 10/19/2012 WIP | TIME | Mark Chavez 02-Discovery Salimi v. BMW | 0.60 0.00 0.00 0.00 | 750.00 T@1 | 450.00 | 450.00 |
| Telephone call with B. Kemnizter regarding disclosure and deposition; review and prepare emails regarding discovery | | | | | | |
| 147898 10/30/2012 WIP | TIME | Mark Chavez 08-CMC Salimi v. BMW | 0.40 0.00 0.00 0.00 | 750.00 T@1 | 300.00 | 300.00 |
| Review and prepare emails regarding initial disclosures. | | | | | | |

11/20/2014                         Chavez & Gertler
1:49 PM                         Expenses By Client                         Page        7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 148828<br>11/19/2012<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Review and prepare email re mediation | | | | | | |
| 148843<br>11/20/2012<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1350.00 | 1350.00 |
| Review file and prepare for conference call with mediator; telephone calls with B. Kemnitzer re mediation; review and prepare emails re mediation; review draft letter re mediation | | | | | | |
| 148861<br>11/27/2012<br>WIP | TIME | Mark Chavez<br>02-Discovery<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 150.00 | 150.00 |
| Review correspondence re depositions; review email re same | | | | | | |
| 149683<br>12/3/2012<br>WIP | TIME | Mark Chavez<br>01-Pleadings<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Review emails re document production and deposition | | | | | | |
| 149975<br>12/10/2012<br>WIP | TIME | Mark Chavez<br>02-Discovery<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 150.00 | 150.00 |
| Telephone call with B. Kemnitzer re deposition of BMW. | | | | | | |
| 149978<br>12/11/2012<br>WIP | TIME | Mark Chavez<br>02-Discovery<br>Salimi v. BMW | 0.30<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 225.00 | 225.00 |
| Telephone call with B. Kemnitzer re deposition testimony | | | | | | |
| 149981<br>12/11/2012<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Review email re mediation; preparation of stipulation to vacate mediation order | | | | | | |
| 149985<br>12/12/2012<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00 | 750.00<br>T@1 | 450.00 | 450.00 |

11/20/2014                          Chavez & Gertler
1:49 PM                           Expenses By Client                              Page      8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| | | 0.00 | | | |

Preparation of stipulation to vacate ADR order; review file

| 150371<br>12/26/2012<br>WIP | TIME<br><br> | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

Review draft letter on information for mediation; telephone call with
B. Kemnitzer re same

| 150695<br>1/2/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

Review correspondence; telephone call with Elliot re draft of
mediation brief

| 150698<br>1/5/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1350.00 | 1350.00 |

Review draft of mediation brief and exhibits; prepare comments;
review and prepare emails re brief

| 150700<br>1/7/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

Review and prepare emails re mediation brief

| 151366<br>1/14/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 2.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1800.00 | 1800.00 |

Review mediation brief and prepare for mediation; telephone calls
with B. Kemnitzer re mediation; review and prepare email re
Lodestar information.

| 151375<br>1/15/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 11.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 8400.00 | 8400.00 |

Prepare for and attend mediation.

| 151383<br>1/16/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.00<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 750.00 | 750.00 |

11/20/2014                          Chavez & Gertler
1:49 PM                          Expenses By Client                                    Page        9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| Review email on settlement terms; telephone call with B.<br>Kemnitzer re settlement; prepare emails on settlement. | | | | | |
| 151405<br>1/22/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 150.00 | 150.00 |
| Telephone call with B. Kemnitzer re status. | | | | | |
| 151409<br>1/23/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.10<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 825.00 | 825.00 |
| Review drafts or settlement documents; prepare email with<br>comments | | | | | |
| 151541<br>1/30/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 450.00 | 450.00 |
| Review email and draft settlement documents | | | | | |
| 152202<br>2/1/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 150.00 | 150.00 |
| Review mediator's proposal. | | | | | |
| 152214<br>2/5/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 600.00 | 600.00 |
| Review and prepare emails re settlement terms; review discovery<br>responses | | | | | |
| 152224<br>2/6/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1050.00 | 1050.00 |
| Prepare Case Management Conference statement; telephone call<br>with B. Kemnitzer re Case Management Conference and settlement | | | | | |
| 152229<br>2/7/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 900.00 | 900.00 |
| Review and prepare emails re Case Management Conference and<br>filing Case Management Conference statement; review and prepare | | | | | |

11/20/2014                                   Chavez & Gertler
1:49 PM                                      Expenses By Client                                    Page      10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| emails re resolution of attorneys' fees issue | | | | | |
| 152245<br>2/12/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Prepare email re status of settlement documents; telephone call with B. Kemnitzer re status; review file | | | | | |
| 152751<br>2/26/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Telephone call with B. Kemnitzer re status of settlement and potential for new action | | | | | |
| 153651<br>3/7/2013<br>WIP | TIME<br>Mark Chavez<br>08-CMC<br>Salimi v. BMW | 1.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 900.00 | 900.00 |
| Review file; prepare Case Management Conference statement; prepare emails | | | | | |
| 153662<br>3/11/2013<br>WIP | TIME<br>Mark Chavez<br>01-Pleadings<br>Salimi v. BMW | 2.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1800.00 | 1800.00 |
| Review and edit cross-complaint | | | | | |
| 153673<br>3/13/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 600.00 | 600.00 |
| Review file; preparation of email to defendant's counsel re status; review drafts of settlement documents | | | | | |
| 153688<br>3/19/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Prepare email re status; review file | | | | | |
| 153721<br>3/26/2013<br>WIP | TIME<br>Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Telephone call with B. Kemnitzer re status; review file re status | | | | | |

11/20/2014
1:49 PM

Chavez & Gertler
Expenses By Client

Page    11

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 154720<br>4/1/2013<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 1.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1350.00 | 1350.00 |

Review file re Case Management Conference and prior emails on
settlement; preparation of email to defendant on settlement;
preparation of Case Management Conference statement draft;
telephone call with defendant's attorney re status; preparation of
email re draft Case Management Conference statement

| 154727<br>4/2/2013<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 1.30<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 975.00 | 975.00 |

Preparation of Case Management Conference statement;
telephone calls with B. Kemnitzer re collection activity; review and
preparation emails re Case Management Conference

| 154732<br>4/3/2013<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 1.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1350.00 | 1350.00 |

Preparation and review emails re Case Management Conference;
telephone call with B. Kemnitzer re collection activity and
communicating with defendant's counsel; finalize Case
Management Conference statement

| 154772<br>4/17/2013<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

Review and prepare emails re Case Management Conference

| 155053<br>4/18/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

Review and prepare emails to Defendant's counsel re settlement,

| 155072<br>4/24/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 450.00 | 450.00 |

Review and prepare emails re status of settlement; review file

| 155075<br>4/25/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.90<br>0.00<br>0.00 | 750.00<br>T@1 | 675.00 | 675.00 |

11/20/2014                           Chavez & Gertler
1:49 PM                             Expenses By Client                        Page    12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| | | 0.00 | | | |

Review correspondence to Defendant's counsel; review and prepare
emails re letter to defendant's counsel; prepare email re settlement

| 155080<br>4/26/2013<br>WIP | TIME<br><br> | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 450.00 | 450.00 |
|---|---|---|---|---|---|

Telephone call with B. Kemnitzer re status of settlement; review
file re settlement terms

| 155318<br>4/30/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 3.60<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 2700.00 | 2700.00 |

Telephone calls with Defendant's counsel and B. Kemnitzer re
settlement; review draft settlement agreement; prepare revised
version of settlement

| 156114<br>5/1/2013<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 3.10<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 2325.00 | 2325.00 |

Preparation of stipulation continuing Case Management
Conference; review and prepare emails re Case Management
Conference and continuance; preparation of revisions to settlement
agreement; prepare emails re settlement.

| 156125<br>5/5/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 450.00 | 450.00 |

 Review and prepare emails re settlement

| 156129<br>5/6/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 150.00 | 150.00 |

Telephone call with B. Kemnitzer re status

| 156130<br>5/6/2013<br>WIP | TIME | Mark Chavez<br>02-Discovery<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 150.00 | 150.00 |

Telephone call with B. Kemnitzer re discovery

11/20/2014                          Chavez & Gertler
1:49 PM                          Expenses By Client                              Page    13

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 156184<br>5/13/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 3.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 2400.00 | 2400.00 |
| Review Defendant's changes to settlement; telephone calls with<br>Defendant's counsel re changes to settlement; preparation of<br>revisions to settlement agreement; telephone calls with B.<br>Kemnitzer re changes | | | | | | |
| 156188<br>5/14/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.90<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 675.00 | 675.00 |
| Conference with Judge Sabraw and telephone call with B.<br>Kemnitzer re settlement | | | | | | |
| 156200<br>5/18/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Review and prepare emails re status of settlement | | | | | | |
| 156203<br>5/20/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 600.00 | 600.00 |
| Review draft correspondence and declaration; prepare email re<br>declaration and letter | | | | | | |
| 156750<br>6/4/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Review and prepare email re BMW's declaration on numbers | | | | | | |
| 157512<br>6/10/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 600.00 | 600.00 |
| Telephone call with B. Kemnitzer re settlement; review file re<br>settlement | | | | | | |
| 157517<br>6/11/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1050.00 | 1050.00 |
| Review file; preparation of Case Management Conference<br>statement; review and prepare emails re Case Management | | | | | | |

11/20/2014                          Chavez & Gertler
1:50 PM                          Expenses By Client                          Page     14

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| Conference | | | | | |
| 157520<br>6/12/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.10<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 825.00 | 825.00 |

Review and prepare emails re Case Management Conference;
review correspondence re declaration; review Case Management
Conference order; review and prepare emails re mediation

| 157527<br>6/13/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.30<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 975.00 | 975.00 |

Telephone calls with B. Kemnitzer re mediation; review draft of
mediation brief

| 157533<br>6/17/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1350.00 | 1350.00 |

Review files; preparation for mediation

| 157552<br>6/18/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 8.30<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 6225.00 | 6225.00 |

Preparation for and attend mediation; travel

| 157435<br>6/20/2013<br>WIP | TIME | Word Process/A<br>08-CMC<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 15.00 | 15.00 |

Telephone call with M. Chavez; drafted Supplemental Case
Management Conference Statement, made revisions.

| 157559<br>6/20/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.90<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1425.00 | 1425.00 |

Review Judge Sabraw's emails on settlement terms; prepare Case
Management Conference statement; prepare email to defendant's
counsel re Case Management Conference; review file re injunction
terms; review defendant's proposed class notice

| 157565<br>6/21/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

11/20/2014                              Chavez & Gertler
1:50 PM                                 Expenses By Client                                    Page      15

| Slip ID Dates and Time Posting Status Description | | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value | Billed SV Adjustment Markup |
|---|---|---|---|---|---|---|
| | | | 0.00 | | | |
| Review defendant's changes to exhibits | | | | | | |
| 157484 6/24/2013 WIP | TIME | Word Process/A 07-Settlement Salimi v. BMW | 0.40 0.00 0.00 0.00 | 25.00 T@1 | 10.00 | 10.00 |
| Incorporated edits into Final Approval Order and Settlement Order | | | | | | |
| 157574 6/24/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 3.60 0.00 0.00 0.00 | 750.00 T@1 | 2700.00 | 2700.00 |
| Review and prepare emails with defendant's counsel and B. Kemnitzer re changes to settlement and exhibits; review proposed changes to settlement and exhibits; preparation of changes to settlement and exhibits; telephone call with B. Kemnitzer re changes | | | | | | |
| 157479 6/24/2013 WIP | TIME | Word Process/A 07-Settlement Salimi v. BMW | 0.30 0.00 0.00 0.00 | 25.00 T@1 | 7.50 | 7.50 |
| Telephone call with M. Chavez; accepted changes in draft; incorporated redlined changes into draft. | | | | | | |
| 157659 6/25/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 0.40 0.00 0.00 0.00 | 750.00 T@1 | 300.00 | 300.00 |
| Telephone call with B. Kemnitzer re status; review file re status | | | | | | |
| 157663 6/26/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 4.20 0.00 0.00 0.00 | 750.00 T@1 | 3150.00 | 3150.00 |
| Review and prepare emails with defendant's counsel re changes to settlement documents and exhibits; prepare of revised versions of settlement agreement and exhibit | | | | | | |
| 157840 6/28/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 0.90 0.00 0.00 0.00 | 750.00 T@1 | 675.00 | 675.00 |
| Review defendant's declaration on data; review and prepare emails with defendant's counsel re status of settlement | | | | | | |

11/20/2014                           Chavez & Gertler
1:50 PM                            Expenses By Client                                    Page      16

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| 158351        TIME<br>7/2/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Telephone call with B. Kemnitzer re status. | | | | | |
| 158358        TIME<br>7/3/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 150.00 | 150.00 |
| Review correspondence re settlement. | | | | | |
| 158079        TIME<br>7/8/2013<br>WIP | Word Process/A<br>07-Settlement<br>Salimi v. BMW | 1.30<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 32.50 | 32.50 |
| Telephone call with M. Chavez; formatted Settlement agreement and exhibits; prepared redline; assembled exhibits into one word document and PDF. | | | | | |
| 158361        TIME<br>7/8/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 4.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 3300.00 | 3300.00 |
| Review defendant's proposed version of settlement; telephone call with B. Kemnitzer re proposed changes; review and prepare emails re Serrano Case Management Conference; review and prepare emails with Defendant's counsel re exhibits; finalize exhibits; review and prepare emails re execution version of all documents. | | | | | |
| 158078        TIME<br>7/9/2013<br>WIP | Word Process/A<br>07-Settlement<br>Salimi v. BMW | 3.00<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 75.00 | 75.00 |
| Organized and formatted settlement agreement, exhibits, Telephone call with M. Chavez; added and researched defense counsel and signature lines, re-formatted, added pleadings to exhibits, attached as one word document and saved and attached in PDF format, sent to M. Chavez for review and transmittal to opposing counsel. | | | | | |
| 158105        TIME<br>7/9/2013<br>WIP | Word Process/A<br>07-Settlement<br>Salimi v. BMW | 0.50<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 12.50 | 12.50 |
| Incorporated edits into class notice, created redline, entered edits into final word and pdf versions, emailed to M. Chavez. | | | | | |

11/20/2014
1:50 PM

Chavez & Gertler
Expenses By Client

Page     17

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 158365<br>7/9/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.70<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1275.00 | 1275.00 |
| Preparation of final versions of settlement documents; prepare<br>email re final versions. | | | | | | |
| 158376<br>7/11/2013<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 1.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1350.00 | 1350.00 |
| Telephone call with B. Kemnitzer re status; preparation and review<br>emails with defendant's counsel re Case Management Conference<br>and settlement; review file; preparation of joint Case Management<br>Conference | | | | | | |
| 158945<br>7/11/2013<br>WIP | TIME | Nance Becker<br>07-Settlement<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 675.00<br>T@1 | 135.00 | 135.00 |
| Review final settlement agreement. | | | | | | |
| 158382<br>7/12/2013<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 1.10<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 825.00 | 825.00 |
| Review Case Management Conference order; review and prepare<br>emails with defendant's counsel re Case Management Conference. | | | | | | |
| 159309<br>7/17/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.00<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 750.00 | 750.00 |
| Telephone call with B. Kemnitzer re status; review file; prepare<br>email to Defendant's counsel re status; telephone call with B.<br>Kemnitzer re status. | | | | | | |
| 159315<br>7/18/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 600.00 | 600.00 |
| Review file and telephone call with B. Kemnitzer re status; prepare<br>email re status. | | | | | | |
| 159303<br>7/19/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 150.00 | 150.00 |

11/20/2014                          Chavez & Gertler
1:50 PM                          Expenses By Client                              Page    18

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| Review email from Defendant's counsel re settlement. | | | | | |
| 159318<br>7/26/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.80<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 600.00 | 600.00 |
| Review proposed changes to settlement documents; review and prepare emails re Defendant's counsel re settlement. | | | | | |
| 159437<br>8/8/2013<br>WIP | Word Process/A<br>08-CMC<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 15.00 | 15.00 |
| Revised Case Management Conference statement per Mark Chavez; sent and responded to opposing counsel; prepared for filing. | | | | | |
| 159698<br>8/8/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.90<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 675.00 | 675.00 |
| Review and prepare emails re settlement documents and finalizing settlement. | | | | | |
| 159725<br>8/14/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.90<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 675.00 | 675.00 |
| Review emails from Defendant and B. Kemnitzer re settlement terms; telephone call with B. Kemnitzer re finalizing settlement. | | | | | |
| 159726<br>8/14/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 2.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1650.00 | 1650.00 |
| Review and edit draft final approval brief; review and prepare emails re claims process and notice | | | | | |
| 159731<br>8/15/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.90<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 675.00 | 675.00 |
| Review emails re settlement documents; review changes to settlement documents; review file | | | | | |
| 159741<br>8/19/2013<br>WIP | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.70<br>0.00<br>0.00 | 750.00<br>T@1 | 525.00 | 525.00 |

11/20/2014                              Chavez & Gertler
1:50 PM                                Expenses By Client                                    Page      19

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| | | 0.00 | | | |

Review email from Defendant's counsel re settlement; telephone
call with B. Kemnitzer re status; review file

| 160009<br>8/21/2013<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

Review email re settlement; review file re Case Management
Conference

| 160027<br>8/26/2013<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 0.90<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 675.00 | 675.00 |

Review and prepare emails to settlement administrator; telephone
call with B. Kemnitzer re settlement; review file re Case
Management Conference

| 160032<br>8/27/2013<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

Review and prepare emails with mediator re settlement.

| 160138<br>8/30/2013<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |

Review file; prepare email to defendant's counsel re status.

| 160410<br>9/3/2013<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 1.20<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 900.00 | 900.00 |

Telephone call with B. Kemnitzer re finalizing settlement
documents; review all settlement documents and revise section
4.01; prepare email re execution of final settlement.

| 160699<br>9/10/2013<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 1.00<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 750.00 | 750.00 |

Review file; telephone call with B. Kemnitzer re status; prepare
email re execution of settlement; check schedule re Case
Management Conference

11/20/2014                                   Chavez & Gertler
1:50 PM                                     Expenses By Client                                        Page      20

| Slip ID Dates and Time Posting Status Description | | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value | Billed SV Adjustment Markup |
|---|---|---|---|---|---|---|
| 160706 9/11/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 0.40 0.00 0.00 0.00 | 750.00 T@1 | 300.00 | 300.00 |
| Review and prepare emails re status of settlement documents | | | | | | |
| 160725 9/12/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 0.80 0.00 0.00 0.00 | 750.00 T@1 | 600.00 | 600.00 |
| Review and prepare emails re conforming exhibits to settlement agreement; telephone call with A. Randall re changes to exhibits. | | | | | | |
| 160683 9/17/2013 WIP | TIME | Word Process/A 08-CMC Salimi v. BMW | 0.20 0.00 0.00 0.00 | 25.00 T@1 | 5.00 | 5.00 |
| Draft Case Management Conference statement via dictation with M. Chavez; send to opposing counsel for review and preparation for filing. | | | | | | |
| 161105 9/17/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 1.20 0.00 0.00 0.00 | 750.00 T@1 | 900.00 | 900.00 |
| Review and prepare emails with co-counsel re status of settlement; preparation Case Management Conference statement; review current versions of settlement documents. | | | | | | |
| 161110 9/18/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 0.80 0.00 0.00 0.00 | 750.00 T@1 | 600.00 | 600.00 |
| Review and prepare email with N. Barron re settlement; telephone call with B. Kemnitzer re status. | | | | | | |
| 161135 9/24/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 0.60 0.00 0.00 0.00 | 750.00 T@1 | 450.00 | 450.00 |
| Telephone call with B. Kemnitzer re status; review file re status | | | | | | |
| 161142 9/25/2013 WIP | TIME | Mark Chavez 07-Settlement Salimi v. BMW | 0.60 0.00 0.00 0.00 | 750.00 T@1 | 450.00 | 450.00 |
| Prepare and review emails to Kirill re changes to settlement documents and final versions. | | | | | | |

11/20/2014                          Chavez & Gertler
1:50 PM                            Expenses By Client                                    Page    21

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 161791<br>10/2/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Review file; prepare email re status. | | | | | | |
| 161831<br>10/3/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 2.60<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1950.00 | 1950.00 |
| Review and prepare emails re changes to settlement documents; revise settlement documents; telephone call with B. Kemnitzer re changes to settlement documents. | | | | | | |
| 162680<br>10/9/2013<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Review file; prepare email to defendant's counsel re status. | | | | | | |
| 162688<br>10/10/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.10<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 825.00 | 825.00 |
| Review email re status of settlement documents; prepare email re transmittal of settlement signature pages; telephone call with B. Kemnitzer re status; review file. | | | | | | |
| 162611<br>10/15/2013<br>WIP | TIME | Word Process/A<br>10-Case Org<br>Salimi v. BMW | 0.30<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 7.50 | 7.50 |
| Assemble exhibits for settlement agreement; make adjustments for finalizing signature page; email documents to M. Chavez. | | | | | | |
| 161871<br>10/15/2013<br>WIP | TIME | Word Process/A<br>01-Pleadings<br>Salimi v. BMW | 0.30<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 7.50 | 7.50 |
| Telephone call with M. Chavez; draft via dictation stipulation and PO authorizing filing of FAC; email to M. Chavez. | | | | | | |
| 162883<br>10/15/2013<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 450.00 | 450.00 |
| Review file re status; prepare emails re amended complaint. | | | | | | |

11/20/2014
1:50 PM

Chavez & Gertler
Expenses By Client

Page      22

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 162930<br>10/22/2013<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 1050.00 | 1050.00 |
| Review file; assemble final version of settlement and exhibits;<br>preparation of stipulation on complaint; prepare emails re filings | | | | | | |
| 162637<br>10/22/2013<br>WIP | TIME | Word Process/A<br>01-Pleadings<br>Salimi v. BMW | 0.80<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 20.00 | 20.00 |
| Incorporate edits into Stipulation and Proposed Order authorizing<br>filing of FAC; transmit to opposing counsel for review and signature<br>before filing; prepare for filing; prepare for finalization for settlement<br>agreement. | | | | | | |
| 162935<br>10/23/2013<br>WIP | TIME | Mark Chavez<br>01-Pleadings<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 300.00 | 300.00 |
| Review and prepare emails re filing of amended complaint. | | | | | | |
| 162641<br>10/23/2013<br>WIP | TIME | Word Process/A<br>01-Pleadings<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 5.00 | 5.00 |
| Incorporate final edits into stipulation and proposed order;<br>preparation for filing. | | | | | | |
| 162969<br>10/24/2013<br>WIP | TIME | Mark Chavez<br>01-Pleadings<br>Salimi v. BMW | 0.90<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 675.00 | 675.00 |
| Review order; prepare and review emails re filing amended<br>complaint and motion for preliminary approval; telephone call with<br>B. Kemnitzer re status | | | | | | |
| 162994<br>10/29/2013<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.70<br>0.00<br>0.00<br>0.00 | 750.00<br>T@1 | 525.00 | 525.00 |
| Review Case Management Conference order re Persolve; review file<br>re settlement terms; prepare email re seeking stay | | | | | | |
| 166419<br>1/21/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |

11/20/2014                          Chavez & Gertler
1:50 PM                          Expenses By Client                                    Page      23

| Slip ID | Attorney | Units | Rate | Slip Value | Billed SV |
| Dates and Time | Activity | DNB Time | Rate Info | | Adjustment |
| Posting Status | Client | Est. Time | Bill Status | | Markup |
| Description | Reference | Variance | | | |

Review order re hearing; prepare and review emails re hearing

| 167355 | TIME | Mark Chavez | 1.40 | 775.00 | 1085.00 | 1085.00 |
| 2/6/2014 | | 09-Other motion | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Telephone calls with B. Kemnitzer and N. Barron re defendant's
brief; review defendant's brief; review file; review court's order.

| 168010 | TIME | Mark Chavez | 1.40 | 775.00 | 1085.00 | 1085.00 |
| 2/24/2014 | | 01-Pleadings | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review order, defendant's supplemental brief and preparation of
plaintiffs' supplemental brief.

| 168012 | TIME | Mark Chavez | 0.90 | 775.00 | 697.50 | 697.50 |
| 2/25/2014 | | 01-Pleadings | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Finalize and file supplemental brief; review and prepare emails re
brief.

| 168539 | TIME | Mark Chavez | 0.40 | 775.00 | 310.00 | 310.00 |
| 3/3/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review court's order re settlement; review file.

| 168544 | TIME | Mark Chavez | 0.70 | 775.00 | 542.50 | 542.50 |
| 3/4/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Prepare email to defendant's counsel re court's order; review file.

| 168555 | TIME | Mark Chavez | 0.70 | 775.00 | 542.50 | 542.50 |
| 3/5/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Preparation of emails to defendant's counsel and Judge Sabraw re
court order; telephone call with N. Barron re status.

| 168562 | TIME | Mark Chavez | 0.80 | 775.00 | 620.00 | 620.00 |
| 3/6/2014 | | 10-Case Org | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Prepare email re order; review file.

11/20/2014                              Chavez & Gertler
1:50 PM                               Expenses By Client                          Page    24

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 168712<br>3/10/2014<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 1085.00 | 1085.00 |
| Telephone calls with B. Kemnitzer re status and returning to<br>mediator; review and prepare emails re settlement. | | | | | | |
| 168597<br>3/11/2014<br>WIP | TIME | Word Process/A<br>01-Pleadings<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 5.00 | 5.00 |
| Edits and preparation for filing of response to court's order. | | | | | | |
| 168708<br>3/11/2014<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Telephone call with B. Kemnitzer; review and prepare emails re<br>settlement. | | | | | | |
| 169560<br>3/25/2014<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Review and prepare emails re mediation date. | | | | | | |
| 169566<br>3/26/2014<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 310.00 | 310.00 |
| Review and prepare email re mediation. | | | | | | |
| 169570<br>3/27/2014<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 1.30<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 1007.50 | 1007.50 |
| Prepare and review emails re mediation and settlement;<br>conference with B. Kemnitzer re status and strategy; review file. | | | | | | |
| 169874<br>4/3/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Review and prepare emails re status. | | | | | | |
| 169949<br>4/7/2014<br>WIP | TIME | Mark Chavez<br>01-Pleadings<br>Salimi v. BMW | 0.70<br>0.00<br>0.00 | 775.00<br>T@1 | 542.50 | 542.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| | | 0.00 | | | |
| Review and prepare emails re status conference; review proposed joint statement. | | | | | |
| 170003<br>4/14/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 1.70<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 1317.50 | 1317.50 |
| Telephone calls with B. Kemnitzer and Nancy re status, strategy, and settlement; review file; preparation of email re filing of joint statement. | | | | | |
| 170105<br>4/18/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Review and prepare emails re meeting with mediator. | | | | | |
| 170109<br>4/19/2014<br>WIP | TIME<br>10-Case Org<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 310.00 | 310.00 |
| Conference with B. Kemnitzer re status and strategy. | | | | | |
| 170114<br>4/23/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 310.00 | 310.00 |
| Review emails and draft letter re settlement. | | | | | |
| 170365<br>4/24/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 1.30<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 1007.50 | 1007.50 |
| Review File re settlement; telephone call with B. Kemnitzer re Judge's draft letter; review draft letter. | | | | | |
| 170377<br>4/27/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 1.70<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 1317.50 | 1317.50 |
| Review email from Defendant's counsel re settlement; telephone call with Bayan re same; review file re defendant's provisions filing; prepare email re proceeding with preliminary approval. | | | | | |
| 170386<br>4/28/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 1.30<br>0.00<br>0.00 | 775.00<br>T@1 | 1007.50 | 1007.50 |

11/20/2014                                   Chavez & Gertler
1:50 PM                                    Expenses By Client                                    Page      26

| Slip ID | | Attorney | Units | Rate | Slip Value | Billed SV |
|---|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | | Adjustment |
| Posting Status | | Client | Est. Time | Bill Status | | Markup |
| Description | | Reference | Variance | | | |
| | | | 0.00 | | | |

Telephone calls with B. Kemnitzer re settlement; review and
prepare emails re settlement.

| 170389 | TIME | Mark Chavez | 1.10 | 775.00 | 852.50 | 852.50 |
|---|---|---|---|---|---|---|
| 4/29/2014 | | 10-Case Org | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review and prepare emails re status; review filing re Case
Management Conference and timing issues.

| 170698 | TIME | Mark Chavez | 1.30 | 775.00 | 1007.50 | 1007.50 |
|---|---|---|---|---|---|---|
| 5/6/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review current proposal from Judge Sabraw; review file and issues;
telephone call with B. Kemnitzer re settlement terms.

| 171486 | TIME | Mark Chavez | 1.30 | 775.00 | 1007.50 | 1007.50 |
|---|---|---|---|---|---|---|
| 5/7/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review and prepare e-mails re settlement; telephone calls with B.
Kemnitzer and N. Barron re settlement.

| 171632 | TIME | Mark Chavez | 1.20 | 775.00 | 930.00 | 930.00 |
|---|---|---|---|---|---|---|
| 5/8/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review e-mails re settlement and additional mediation; prepare
e-mails and telephone call with B. Kemnitzer re same.

| 171646 | TIME | Mark Chavez | 0.40 | 775.00 | 310.00 | 310.00 |
|---|---|---|---|---|---|---|
| 5/12/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review and prepare e-mails re mediation.

| 171655 | TIME | Mark Chavez | 0.40 | 775.00 | 310.00 | 310.00 |
|---|---|---|---|---|---|---|
| 5/14/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

Review and prepare e-mails re mediation.

| 171671 | TIME | Mark Chavez | 0.40 | 775.00 | 310.00 | 310.00 |
|---|---|---|---|---|---|---|
| 5/16/2014 | | 07-Settlement | 0.00 | T@1 | | |
| WIP | | Salimi v. BMW | 0.00 | | | |
| | | | 0.00 | | | |

11/20/2014                          Chavez & Gertler
1:50 PM                            Expenses By Client                              Page      27

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| Review and prepare e-mails re mediation. | | | | | |
| 171686<br>5/20/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 0.70<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 542.50 | 542.50 |
| Review file; telephone call with B. Kemnitzer re mediation. | | | | | |
| 171769<br>6/11/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Telephone call with B. Kemnitzer re mediation; review file. | | | | | |
| 172045<br>6/12/2014<br>WIP | TIME<br>08-CMC<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Review order; prepare e-mail re Case Management Conference;<br>review file. | | | | | |
| 172049<br>6/16/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 1.70<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 1317.50 | 1317.50 |
| Review file; prepare for mediation; prepare e-mail. | | | | | |
| 172051<br>6/17/2014<br>WIP | TIME<br>07-Settlement<br>Salimi v. BMW | 6.80<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 5270.00 | 5270.00 |
| Prepare for and attend mediation; travel to and from. | | | | | |
| 172057<br>6/18/2014<br>WIP | TIME<br>10-Case Org<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 310.00 | 310.00 |
| Review and prepare e-mails re status. | | | | | |
| 172293<br>6/19/2014<br>WIP | Word Process/A<br>08-CMC<br>Salimi v. BMW | 0.30<br>0.00<br>0.00<br>0.00 | 25.00<br>T@1 | 7.50 | 7.50 |
| Insert M. Chavez redlined edits into Case Management Conference<br>statement. | | | | | |

11/20/2014                          Chavez & Gertler
1:50 PM                            Expenses By Client                          Page      28

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| 172062<br>6/19/2014<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 1.10<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 852.50 | 852.50 |
| Review and edit Case Management Conference statement;<br>telephone call with B. Kemnitzer re Case Management<br>Conference; review and prepare e-mails re Case Management<br>Conference statement. | | | | | |
| 173044<br>7/1/2014<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 155.00 | 155.00 |
| Prepare e-mail re Case Management Conference statement; review<br>file. | | | | | |
| 173051<br>7/21/2014<br>WIP | TIME | Mark Chavez<br>08-CMC<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Review order on Case Management Conference and file re status. | | | | | |
| 174162<br>8/8/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 310.00 | 310.00 |
| Review file; prepare email on status. | | | | | |
| 174213<br>8/19/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.90<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 697.50 | 697.50 |
| Review defendant's proposed stipulation; review and prepare emails<br>re stipulation. | | | | | |
| 174318<br>8/22/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 155.00 | 155.00 |
| Telephone call with B. Kemnitzer re status. | | | | | |
| 174936<br>9/19/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 310.00 | 310.00 |
| Review Order to Show Cause; telephone call with B. Kemnitzer re<br>same. | | | | | |

11/20/2014
1:50 PM

Chavez & Gertler
Expenses By Client

Page   29

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 175112<br>9/23/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 155.00 | 155.00 |
| Review defendant's filing in response to Order to Show Cause;<br>review file. | | | | | | |
| 175163<br>9/29/2014<br>WIP | TIME | Mark Chavez<br>07-Settlement<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Review preliminary approval order; telephone call with B. Kemnitzer<br>and prepare emails re order. | | | | | | |
| 175311<br>9/30/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 310.00 | 310.00 |
| Review order and telephone call with B. Kemnitzer re same. | | | | | | |
| 175699<br>10/2/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.60<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 465.00 | 465.00 |
| Review and preparation of emails regarding settlement approval<br>process; telephone call with N. Barron regarding division of<br>responsibilities. | | | | | | |
| 175723<br>10/9/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.70<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 542.50 | 542.50 |
| Review and preparation of emails regarding settlement<br>administrative complaint issues; revisions to file and schedule. | | | | | | |
| 175885<br>10/14/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 0.40<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 310.00 | 310.00 |
| Review and preparation of emails regarding mailing of notice and<br>call script. | | | | | | |
| 176087<br>10/27/2014<br>WIP | TIME | Mark Chavez<br>10-Case Org<br>Salimi v. BMW | 1.20<br>0.00<br>0.00<br>0.00 | 775.00<br>T@1 | 930.00 | 930.00 |
| Telephone call with N. Barrow regarding final approval; conference<br>with N. Becker regarding preparation of of fee application; review | | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| file. | | | | | | |
| 176566<br>11/3/2014<br>WIP | TIME | Nance Becker<br>09-Other motion<br>Salimi v. BMW | 0.70<br>0.00<br>0.00<br>0.00 | 695.00<br>T@1 | 486.50 | 486.50 |
| Telephone call with N. Barron; revise attorney fee brief. | | | | | | |
| 176573<br>11/6/2014<br>WIP | TIME | Nance Becker<br>09-Other motion<br>Salimi v. BMW | 3.20<br>0.00<br>0.00<br>0.00 | 695.00<br>T@1 | 2224.00 | 2224.00 |
| Review memorandum in support of motion for attorney fees and draft supporting declaration of M. Chavez. | | | | | | |
| 176558<br>11/7/2014<br>WIP | TIME | Nance Becker<br>09-Other motion<br>Salimi v. BMW | 2.00<br>0.00<br>0.00<br>0.00 | 695.00<br>T@1 | 1390.00 | 1390.00 |
| Edit Chavez & Gertler time records for submission to court; revise M. Chavez declaration; email M. Chavez regarding same. | | | | | | |
| 176765<br>11/11/2014<br>WIP | TIME | Nance Becker<br>09-Other motion<br>Salimi v. BMW | 0.20<br>0.00<br>0.00<br>0.00 | 695.00<br>T@1 | 139.00 | 139.00 |
| Revise M. Chavez declaration in support of motion for attorney fees. | | | | | | |

## Selection Criteria

| Clie.Selection | Include: Salimi v. BMW | | | | |
|---|---|---|---|---|---|

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Mark Chavez | | | | |
| Total: Slip Value | 139225.00 | 94.68% | 184.20 | 94.17% |
| Nance Becker | | | | |
| Total: Slip Value | 7817.00 | 5.32% | 11.40 | 5.83% |
| | | | | |
| Grand Total | | | | |
| Total: Slip Value | 147042.00 | 100.00% | 195.60 | 100.00% |

# EXHIBIT C

# Chavez & Gertler llp

## ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE: (415) 381-5599
FACSIMILE: (415) 381-5572

**November 20, 2014**

## S U M M A R Y   O F   C A S E   C O S T S

### Inception through November 20, 2014

**Re:** *Salimi, et al. v. BMW, et al.*

COSTS INCURRED:

| | |
|---|---|
| PRINTING | 5.16 |
| RECORDS | 30.40 |
| OVERNIGHT DELIVERY | 90.94 |
| TRAVEL | 273.84 |
| POSTAGE | $4.10 |
| **TOTAL:** | **$404.77** |