UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEMORY APOSTOL,

    Plaintiff,

v.

BMW FINANCIAL SERVICES NA, LLC,

    Defendant.

Case No. 15-cv-05137-RS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jeffrey S. White for consideration of whether the case is related to Case No. 3:12-CV-1754 JSW.

**IT IS SO ORDERED.**

Dated: November 17, 2015

RICHARD SEEBORG
United States District Judge