| | |
|---|---|
| 1 | KEMNITZER, BARRON & KRIEG LLP |
| | BRYAN KEMNITZER (Bar No. 066401) |
| 2 | NANCY BARRON (Bar No. 099278) |
| | 445 Bush St., 6th fl. |
| 3 | San Francisco, CA 94108 |
| | Telephone (415) 632-1900 |
| 4 | bryan@kbklegal.com |
| | nancy@kbklegal.com |
| 5 | |
| | CHAVEZ & GERTLER LLP |
| 6 | MARK A. CHAVEZ (Bar No. 090858) |
| | NANCE F. BECKER (Bar No. 099292) |
| 7 | 42 Miller Ave. |
| | Mill Valley, CA 94941 |
| 8 | Telephone (415) 381-5599 |
| | mark@chavezgertler.com |
| 9 | nance@chavezgertler.com |
| | |
| 10 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | MICHAEL J. HASSEN (Bar No. 124823) |
| 11 | CHRISTOPHER H. DOYLE (Bar No. 190016) |
| | Two Embarcadero Center, 5th fl. |
| 12 | San Francisco, CA 94111-3813 |
| | Telephone (415) 398-8080 |
| 13 | mhassen@jmbm.com |
| | cdoyle@jmbm.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOHAMMAD SALIMI; AUGUST GALARAGA, ALVIN LEUNG, and VELIA SERRANO<br><br>     Plaintiffs,<br><br> vs.<br><br>BMW FINANCIAL SERVICES NA, LLC; ASSET ACQUISITION GROUP, LLC; and DOES 1-50, inclusive,<br><br>     Defendants | **Case No. 4:12-cv-01754 -JSW**<br><br>**[PROPOSED] ORDER SCHEDULING STATUS CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT STATEMENT**<br>**Date: April 8, 2016**<br>**Time: 11:00 a.m.**<br>**Dept: Courtroom 5, 2nd Floor**<br>**Hon. Jeffrey S. White** |

  Pursuant to the stipulation of the parties, it is hereby ORDERED that this case is

1  scheduled for Status Conference re Settlement Compliance on Friday, April 8, 2016 at 11:00
2  a.m. The parties shall file an updated joint case management statement no later than five court
   days prior to the conference.
3  Dated:  March  9 , 2016

   _____
   HON. JEFFREY S. WHITE