| | |
|---|---|
| 1 | KEMNITZER, BARRON & KRIEG LLP |
| | BRYAN KEMNITZER         Bar No. 066401 |
| 2 | ELLIOT CONN                    Bar No. 279920 |
| | 445 Bush St., 6th Floor |
| 3 | San Francisco, CA  94108 |
| | Telephone:  (415) 632-1900 |
| 4 | bryan@kbklegal.com |
| | elliot@kbklegal.com |
| 5 | |
| | CHAVEZ & GERTLER LLP |
| 6 | MARK A. CHAVEZ           Bar No. 090858 |
| | NANCE F. BECKER          Bar No. 099292 |
| 7 | 42 Miller Ave. |
| | Mill Valley, CA 94941 |
| 8 | Telephone:  (415) 381-5599 |
| | mark@chavezgertler.com |
| 9 | nance@chavezgertler.com |
| 10 | Attorneys for Plaintiffs |
| 11 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | MICHAEL J. HASSEN        Bar No. 124823 |
| 12 | CHRISTOPHER H. DOYLE Bar No. 190016 |
| | Two Embarcadero Center, 5th Floor |
| 13 | San Francisco, CA  94111-3813 |
| | Telephone:  (415) 398-8080 |
| 14 | mhassen@jmbm.com |
| | cdoyle@jmbm.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SALIMI and AUGUST GALARAGA, | Case No. 4:12-cv-1754-JSW |
| | ORDER GRANTING **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| Plaintiff(s), | |
| vs. | **Date:  June 10, 2016** |
| | **Time: 11:00 a.m.** |
| BMW FINANCIAL SERVICES NA, LLC; and ASSET ACQUISITION GROUP, LLC; | **Dept:   Courtroom 5, 2nd Floor (Oakland)** |
| | **Hon. Jeffrey S. White** |
| Defendant(s) / | |

28   Pursuant to the stipulation of the parties, it is hereby ORDERED that the June 10, 2016

1

[Proposed] Order Continuing Status Conference 160602

1  Status Conference is CONTINUED to **June 24, 2016** at 11:00 a.m. in Courtroom 5, 2nd Floor.

3  Dated: June  3 , 2016

HON. JEFFREY S. WHITE