United States District Court
Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 MOHAMMAD SALIMI, et al.,

Case No. 12-cv-01754-JSW

8 Plaintiffs,

**ORDER TO SHOW CAUSE**

9 v.

Re: Dkt. No. 136

10 BMW FINANCIAL SERVICES NA, LLC,
et al.,

11

Defendants.

12

13      On June 22, 2018, Defendant BMW Financial Services NA, LLC ("BMW") filed a motion

14 (i) to vacate the Court's order granting in part and denying in part Plaintiffs' motion for contempt

15 and (ii) requesting an order of preliminary approval of a class action settlement. Counsel for

16 BMW indicated that the request to vacate the Court's order on the motion for contempt was

17 unopposed, but did not attach a declaration (or an attestation of any kind) from Plaintiffs to this

18 effect. It is therefore not clear to the Court whether Plaintiffs, in fact, do not oppose BMW's

19 request. Further, it is unclear from BMW's motion whether Plaintiffs oppose or do not oppose

20 BMW's request for an order of preliminary approval of a class action settlement.

21      The deadline (July 6, 2018) for Plaintiffs to file an opposition has passed, and Plaintiffs

22 have filed no opposition.

23      Accordingly, Plaintiffs are ORDERED to file either (i) a notice of non-opposition or (ii) a

24 belated opposition to BMW's request to vacate the contempt order *and* request for preliminary

25 settlement approval. Plaintiffs are ORDERED to do so by July 19, 2018.

26      If Plaintiffs do not comply with this Order, the Court will consider these matters

27 unopposed. If Plaintiffs file a belated opposition by July 19, 2018, BMW's deadline for a reply

28 brief will be July 26, 2018.

1  **IT IS SO ORDERED.**

2  Dated:  July 12, 2018

3  _____

4  JEFFREY S. WHITE
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28